Andrew P. Napolitano (APN-3272)
Dreier LLP
499 Park Avenue
New York, NY 10022
(212) 328-6100

RECEIVED-CLERK
U.S. DISTRICT COURT

2007 NOV 14  P 12: 16

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---------------------------------------------------------------- x
AXACT (PVT.), LTD.                                               :
                                                                 :
                Plaintiff,                                       :
                                                                 :   Civ. Act. No. 07-CV-5491
        v.                                                       :                 (FLW)
                                                                 :
STUDENT NETWORK RESOURCES, INC., STUDENT                         :   **RULE 7.1 STATEMENT**
NETWORK RESOURCES, LLC, ROSS COHEN and                           :
JOHN DERIT,                                                      :
                                                                 :
                Defendants.                                      :
                                                                 x
----------------------------------------------------------------

   Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff Axact (Pvt.), Ltd. ("Axact") certifies that Axact has no publicly held parents, subsidiaries or affiliates.

New York, New York
November 14, 2007

                                            Dreier LLP

                                     by:    *[signature]*
                                            Andrew P. Napolitano (APN-3272)
                                            499 Park Avenue
                                            New York, NY 10022
                                            (212) 328-6100
                                            (212) 328-6101 (facsimile)

                                            Attorneys for Plaintiff