Andrew P. Napolitano (APN-3272)
Dreier LLP
499 Park Avenue
New York, NY 10022
(212) 328-6100

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
------------------------------------------------------------------------ x
AXACT (PVT.), LTD. :
 :
 Plaintiff, :
 : Civ. Act. No. 07-CV-5491 (FLW)
 v. :
 :
STUDENT NETWORK RESOURCES, INC., STUDENT : **DECLARATION OF**
NETWORK RESOURCES, LLC, ROSS COHEN and : **MELANIE J. SACKS**
JOHN DERIT, :
 x
 Defendants.
------------------------------------------------------------------------

 I, Melanie J. Sacks, declare under penalty of perjury pursuant to 28 U.S.C. § 1746, as follows:

 1. I am associated with the law firm Dreier LLP, counsel for the Plaintiff in this matter. Except as set forth expressly herein, this Declaration is made on personal knowledge.

 2. Attached hereto as Exhibits A through H, respectively, are Exhibits A through H of the Complaint in this matter, filed on November 14, 2007.

 I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Dated: New York, New York
 November 28, 2007

 s/ Melanie J. Sacks
 Melanie J. Sacks