Peter L. Skolnik
Michael A. Norwick
**LOWENSTEIN SANDLER PC**
65 Livingston Avenue
Roseland, New Jersey  07068
(973) 597-2500
Attorneys for Defendants Student Network Resources, Inc.,
Student Network Resources, LLC and Ross Cohen

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AXACT (PVT.), LTD.,<br><br>　　　　　　Plaintiff,<br><br>　　　　-v-<br><br>STUDENT NETWORK RESOURCES, INC.,<br>STUDENT NETWORK RESOURCES, LLC,<br>ROSS COHEN and JOHN DERIT,<br><br>　　　　　　Defendants. | **Civil Action No. 07-CV-5491 (FLW)**<br><br>**NOTICE OF APPEARANCE** |

　　　　I hereby enter my appearance for all purposes in this matter on behalf of Defendants, Student Network Resources, Inc., Student Network Resources, LLC and Ross Cohen and demand that all papers in this action be served upon me at my office.

　　　　　　　　　　　　　　　　　　**LOWENSTEIN SANDLER PC**
　　　　　　　　　　　　　　　　　　65 Livingston Avenue
　　　　　　　　　　　　　　　　　　Roseland, New Jersey  07068
　　　　　　　　　　　　　　　　　　973.597.2500
　　　　　　　　　　　　　　　　　　Attorneys for Defendants,
　　　　　　　　　　　　　　　　　　Student Network Resources, Inc.,
　　　　　　　　　　　　　　　　　　Student Network Resources, LLC and
　　　　　　　　　　　　　　　　　　Ross Cohen

　　　　　　　　　　　　　　　　　　By: __/s Peter L. Skolnik_____
　　　　　　　　　　　　　　　　　　　　　Peter L. Skolnik

Dated:  December 21, 2007

99999/1
12/21/2007 2274568.01