Peter L. Skolnik
Michael A. Norwick
**LOWENSTEIN SANDLER PC**
65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500
Attorneys for Defendants Student Network Resources, Inc.,
Student Network Resources, LLC and Ross Cohen

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AXACT (PVT.), LTD.,<br><br>               Plaintiff,<br><br>               -v-<br><br>STUDENT NETWORK RESOURCES, INC.,<br>STUDENT NETWORK RESOURCES, LLC,<br>ROSS COHEN and JOHN DERIT,<br><br>             Defendants. | **Civil Action No. 07-CV-5491 (FLW)**<br><br>**APPLICATION FOR AN<br>EXTENSION OF TIME TO ANSWER,<br>MOVE OR OTHERWISE REPLY<br>PURSUANT TO L. CIV. R. 6.1** |

Application is hereby made for an Order extending the time within which defendants Student Network Resources, Inc., Student Network Resources, LLC and Ross Cohen ("Defendants") may answer, move or otherwise reply to the Complaint filed by plaintiff AXACT (PVT.), LTD. ("Plaintiff"), and it is represented that:

      1.     No previous extension has been obtained.

      2.     On December 6, 2007, Defendants received copies of Plaintiff's Summons and Complaint, docketed as Civil Action No. 07-CV-07-549 (FLW), left on the doorstep of their place of business.  If service of the Complaint is deemed proper, a response to Plaintiff's Complaint would be due on December 26, 2007.

3. Without waiver of whether service of process was sufficient under F.R.C.P. 4(h), pursuant to L. Civ. R. 6.1 and F.R.C.P. 6, Defendants hereby request an extension of time to answer, move or otherwise respond through January 10, 2008.

**LOWENSTEIN SANDLER PC**
65 Livingston Avenue
Roseland, New Jersey 07068
973.597.2500
Attorneys for Defendant Student Network Resources, Inc., Student Network Resources, LLC and Ross Cohen


By: /s Peter L. Skolnik
      Peter L. Skolnik

Dated: December 21, 2007


## ORDER

The above application is GRANTED and the time within which defendant shall answer or otherwise move is extended to _____.

ORDER DATED:_____

WILLIAM T. WALSH, CLERK


By:_____
    Deputy Clerk