

September 10, 2007

Re: essayfraud.org

We have received and executed upon your subpoena requesting the records for our customer and the registrant of the domain www.essayfraud.org, all documents and records in the possession, custody and control of Bluehost, inc. evidencing the names, IP addresses, physical addresses, PO box addresses, email addresses, telephone, and/or fax numbers of all persons who are the owners, operators and/or registrants of the following websites hosted by Bluehost, inc. or any other information that would identify such persons.

a www.essayfraud.org,
b www.essayfraud.com.
c. www.essayfraud.net.
d www.essayripoff.com
e. wwwessaytown.com

The set up date and time were recorded in Mountain Standard Time. We are including the billing information on the site including credit card numbers.

The site content and the raw logs will be posted shortly to:

http://www.sharidixon.net/bluehost/bluehost1
Username bhost1
Password bluehost

You can login to the site and download the files for you access, once completed we will remove them from the site.

Please contact us again if you have furthers questions, or if we can be of further assistance.

*Shari Dixon*

Abuse Department

(801) 765-9400 ext. 215

# BLUEHOST.COM Cpanel Manager - *essayfraud.org*

Update Customer | RELOAD

cP DM (ADMIN sdixon) PARKER DIAGNOS RENAME NUKE PreviewTemp
N-NEW_DOMAIN SIGNUP

## Domains

| | | | | |
|---|---|---|---|---|
| **Main Site:** essayfraud.org | 2005-11-30 | Whois \| Probe | Dig Reg | MaxEmails Turn on filtering |
| PARKED: essayfraud.com | 2005-12-01 | Whois \| Probe | Dig Reg | MaxEmails Turn on filtering |
| PARKED: essayfraud.net | 2005-12-09 | Whois \| Probe | Dig Reg | MaxEmails Turn on filtering |
| PARKED: essayripoff.com | 2005-12-11 | Whois \| Probe | Dig Reg | MaxEmails Turn on filtering |
| PARKED: essayripoff.net | 2005-12-11 | | Dig Reg | MaxEmails Turn on filtering |
| PARKED: essayripoff.org | 2005-12-11 | | Dig Reg | MaxEmails Turn on filtering |

[ Register new domain | Add free domain ]

## cPanel Info

| | |
|---|---|
| **Username:** | essayfra |
| **Password:** | fraud11 [ Change \| FORGOT! \| (RE)SEND ] |
| **Box:** | box236 [ MoveSite ] 69.89.27.236 [ EditIP ] |
| **Server Info:** | 64bit, MySQL4, PHP4 |
| **Plan:** | 24 Mo @ $ 6.95 / Mo |
| **Expires:** | 2007-11-30 13:16:16 [ Renew \| Renew by check ] |
| **Signup Date:** | 2005-11-30 13:16:16 |
| **Affiliate:** | house^NOAFF |

house^NOAFFILIATE^-

**ClientIP:** 24.228.68.202 [ Ban this IP ]
**Last Modified:** 2007-02-20 08:21:46

**Postini:** (none)
**Mysql Whitelisted IPs:**
*no ip addresses whitelisted*
Add IP: [ ] ( [ ] use full class c)

### Customer Information

Domain: essayfraud.org
Plan: 24/Months $166.80
**PHONES:** day: +1. 551-643-5538
**First Name:** John
**Last Name:** Derit
**Company:** Essayfraud.org
**E-Mail:** help@essayfraud.org [ Edit | MailTo | Probe ]
**Address:** P.O Box 1534
**City:** east windsor
**State:** NJ
**Zip:** 08512
**Country:** US
**Real Country:** US
**IP Address:** 24.228.68.202
**Credit Cards:** 3790XXXXXXX8909 05/08
**Customer Since:** 2005-11-30 13:16:16

Update Customer  RELOAD

| anel Flag | Set | Description | Customer Flag | Set | Description |
|---|---|---|---|---|---|
| a | ☐ | Autorenew | c | ☐ | Chargebacked |
| b | ☐ | Bounty has been paid | deleted | ☐ | Deleted Account |
| d | ☐ | DE-Activated | f | ☐ | Fraud |
| deleted | ☐ | Deleted Account | n | ☐ | No Promotional Emails |
| e | ☐ | Expired for non-payment | pending | ☐ | Pending Account (no services yet) |
| free | ☐ | Free Account | | | |
| i | ☐ | Inbound mail suspended | u | ☐ | Unreachable |

| | | | | | |
|---|---|---|---|---|---|
| o | ☐ | Outbound relaying suspended | v | ☑ | Verified Legitimate |
| r | ☐ | Renewed | | | |
| s | ☐ | Scripted sendmail suspended | | | |
| sw | ☐ | Suspend Website | | | |
| tbd | ☐ | To Be Deleted | | | |
| x | ☐ | Cust requested to let the service eXpire | | | |



EMAIL this customer
CHARGE this customer for something
CREDIT this customer for something
Manage Bandwidth
NON DATABASE SERVER SETTINGS:
EDIT Live Quota (Does not do any billing!)
EDIT Live Bandwidth (Does not do any billing!)
EDIT Account (SSH/Addons/Parked/etc)

Scan Account

Time Spent: 0 Minutes
Category:

ttv/lm    ttr/lm
ttv/na    ttr/na
ttv/foreign    ttr/del
ttv/called-back    ttr/ph
deactivated 10    ttr/foreign
tos/must leave
tos/cpanel active
tos/email for refund

Add

**sdixon** Comments:

| Who | Date | Min | Category | Note |
|---|---|---|---|---|
| brooke* | 2005-11-30 13:21: | 0 | | [view] cust flag v added |

| | 21 | | |
|---|---|---|---|
| essayfraud.org | 2005-12-01 16:27:31 | 0 | [view]Customer Cart purchase: $VAR1 = { 'essayfraud.com:register_year' => { 'startdate' => '2005-12-01', 'qty' => 2, 'prodid' => 'essayfraud.com:register_year', 'domain' => 'essayfraud.com', 'enddate' => '2007-12-01', 'desc' => 'Domain Registration', 'priv' => 1, 'product' => 'register_year', 'price' => 10, 'qty_desc' => 'year(s)', 'unit_total' => '20.00' } }; |
| essayfraud.org | 2005-12-09 15:07:13 | 0 | [view]Customer Cart purchase: $VAR1 = { 'essayfraud.net:register_year' => { 'startdate' => '2005-12-09', 'qty' => 2, 'prodid' => 'essayfraud.net:register_year', 'domain' => 'essayfraud.net', 'enddate' => '2007-12-09', 'desc' => 'Domain Registration', 'priv' => 1, 'product' => 'register_year', 'price' => 10, 'qty_desc' => 'year(s)', 'unit_total' => '20.00' } }; |
| essayfraud.org | 2005-12-11 22:09:04 | 0 | [view]Customer Cart purchase: $VAR1 = { 'essayripoff.com:register_year' => { 'startdate' => '2005-12-11', 'qty' => 1, 'prodid' => 'essayripoff.com:register_year', 'domain' => 'essayripoff.com', 'enddate' => '2006-12-11', 'desc' => 'Domain Registration', 'priv' => 1, 'qty_desc' => 'year(s)', 'price' => 10, 'product' => 'register_year', 'unit_total' => '10.00' } }; |
| essayfraud.org | 2005-12-11 22:09:39 | 0 | [view]Customer Cart purchase: $VAR1 = { 'essayripoff.net:register_year' => { 'startdate' => '2005-12-11', 'qty' => 1, 'prodid' => 'essayripoff.net:register_year', 'domain' => 'essayripoff.net', 'enddate' => '2006-12-11', 'desc' => 'Domain Registration', 'priv' => 1, 'qty_desc' => 'year(s)', 'price' => 10, 'product' => 'register_year', 'unit_total' => '10.00' } }; |
| essayfraud.org | 2005-12-11 22:11:43 | 0 | [view]Customer Cart purchase: $VAR1 = { 'essayripoff.org:register_year' => { 'startdate' => '2005-12-11', 'qty' => 1, 'prodid' => 'essayripoff.org:register_year', 'domain' => 'essayripoff.org', 'enddate' => '2006-12-11', 'desc' => 'Domain Registration', 'priv' => 1, 'qty_desc' => 'year(s)', 'price' => 10, 'product' => 'register_year', 'unit_total' => '10.00' } }; |

| | | | |
|---|---|---|---|
| essayripoff.com:24.18 7.37.83* | 2006-12-15 01:10:42 | 0 | [view]Customer Cart purchase: $VAR1 = { 'essayripoff.com:renew_year' => { '\_\_counter\_\_' => undef, 'startdate' => '2006-12-11', 'qty' => 1, '\_\_inner\_\_' => 0, '\_\_odd\_\_' => 0, 'prodid' => 'essayripoff.com:renew_year', 'domain' => 'essayripoff.com', '\_\_last\_\_' => 0, 'enddate' => '2007-12-11', 'desc' => 'Domain Extension', 'qty_desc' => 'year(s)', 'price' => '10.00', 'product' => 'renew_year', '\_\_first\_\_' => 0, 'unit_total' => '10.00' } }; |
| sdixon | 2007-01-29 16:05:58 | 0 | [view]mail in and email regarding alleged fraud. We will require a court order to remove the site. |
| essayfraud.org:67.188. 1.224* | 2007-01-31 21:51:58 | 0 | [view]Customer Cart purchase: $VAR1 = { 'essayfraud.org:transfer_xfer' => { 'contact_info' => 'privacy', 'justone' => 1, 'startdate' => '2007-01-31', 'prodid' => 'essayfraud.org:transfer_xfer', 'domain' => 'essayfraud.org', 'enddate' => '2007-11-02', 'desc' => 'Free Domain Transfer', '\_\_first\_\_' => 0, 'setdns' => 0, '\_\_counter\_\_' => undef, '\_\_odd\_\_' => 0, '\_\_inner\_\_' => 0, 'qty' => 275, 'current_expires' => '2007-11-02 00:46:12', 'dependancies' => [ 'essayfraud.org:transfer_renew' ], '\_\_last\_\_' => 0, 'product' => 'transfer_xfer', 'price' => 0, 'qty_desc' => 'day(s)', 'unit_total' => '0.00', 'autorenew' => 1 }, 'essayfraud.org:transfer_renew' => { 'justone' => 1, 'startdate' => '2007-11-02', 'prodid' => 'essayfraud.org:transfer_renew', 'domain' => 'essayfraud.org', 'enddate' => '2008-11-02', 'desc' => 'Domain Extension', '\_\_first\_\_' => 0, '\_\_counter\_\_' => undef, '\_\_odd\_\_' => 0, 'qty' => 1, '\_\_inner\_\_' => 0, 'current_expires' => '2007-11-02 00:46:12', 'dependancies' => [ 'essayfraud.org:transfer_xfer' ], '\_\_last\_\_' => 0, 'product' => 'transfer_renew', 'price' => 0, 'qty_desc' => 'year(s)', 'unit_total' => '0.00' } }; |

| | | | |
|---|---|---|---|
| essayfraud.org:24.187.37.83 | 2007-01-31 21:56:32 | 0 | [view]firstname: old='ross', new='John' lastname: old='cohen', new='Derit' email: old='ross@snrinfo.com', new='help@essayfraud.org' city: old='aberdeen', new='east windsor' address: old='61 west aspen way', new='P.O Box 1534' zip: old='07747', new='08512' |
| essayfraud.org:24.187.37.83 | 2007-01-31 21:57:34 | 0 | [view]'+1.7325835941' successfully changed to '+1.5516435538'. |
| essayfraud.org:24.187.37.83 | 2007-01-31 21:57:38 | 0 | [view]'+1.7327914612' successfully changed to '+1.5516435538'. |
| essayfraud.org:24.187.37.83 | 2007-01-31 21:57:51 | 0 | [view]'+1.7327780246' successfully changed to '+1.5514566765'. |
| essayfraud.org:24.187.37.83 | 2007-01-31 21:57:54 | 0 | [view]Phone +1.5514566765(mobile) deleted. |
| essayfraud.org:24.187.37.83 | 2007-01-31 21:58:02 | 0 | [view]Phone +1.5516435538(fax) deleted. |
| essayfraud.org:24.187.37.83 | 2007-01-31 22:23:02 | 0 | [view]cc_num_53284 changed: old card ending in '2001', new card ending in '8909' cc_first_53284 changed: old card ending in '', new card ending in '' cc_last_53284 changed: old card ending in '', new card ending in '' address_53284 changed: old card ending in '', new card ending in '' city_53284 changed: old card ending in '', new card ending in '' zip_53284 changed: old card ending in '7747', new card ending in '8512' exp_month_53284 changed: old card ending in '', new card ending in '' |
| essayfra* | 2007-02-20 08:21:46 | 0 | [view]BOX migration Old=69.89.20.60 New=69.89.27.236 |

| | | | |
|---|---|---|---|
| sdixon | 2007-06-11 11:39:22 | 0 | [view]A mailed in DMCA report: copyright owner is Axact corporate Logo and letterhead the "protected Work" including but not limited to: http://www.essayfraud.org/forum/index.php?showtopic=485 http://www.essayfraud.org/forum/index.php?showtopic=485&pid=1032&st=0&#entry1032 |
| sdixon* | 2007-06-11 11:39:22 | 0 | [view]cp flag d added |
| rtew | 2007-06-12 18:45:27 | 0 | [view]client is removing copyrighted materials now - had to reactivate so they could get into their forum admin section and remove it. |
| rtew* | 2007-06-12 18:45:27 | 0 | [view]cp flag d deleted |
| sdixon | 2007-06-13 09:51:43 | 0 | [view]COPYRIGHT from AXACT coporate logo and letterhead- remove "AXACT" from all the forums and websites. http://www.essayripoff.com/forum/index.php?showforum=12 |
| sdixon* | 2007-06-13 09:51:43 | 0 | [view]cp flag sw added |
| david | 2007-07-05 22:34:47 | 0 | [view]Customer spoke to Brandon West. They will remove content, but they need web access to their forum to do so. Reactivating, and checking the site in 24 hours. |
| david* | 2007-07-05 22:34:47 | 0 | [view]cp flag sw deleted |
| sdixon | 2007-07-23 14:50:01 | 0 | [view]another report from AXACT, other than them being discussed in the message boards , I don't see logo's copyright etc. |

| Date | Email | LetterType |
|---|---|---|
| 2005-11-30 13:16:34 | ross@snrinfo.com | Welcome |
| 2006-08-04 23:46:16 | ross@snrinfo.com | TransferHope |
| 2006-09-12 01:01:15 | ross@snrinfo.com | Domain90Days |
| 2006-09-12 01:01:15 | ross@snrinfo.com | Domain90Days |
| 2006-09-12 01:01:15 | ross@snrinfo.com | Domain90Days |
| 2006-09-21 01:01:22 | ross@snrinfo.com | Domain90Days |
| 2006-09-21 01:01:22 | ross@snrinfo.com | Domain90Days |
| 2006-09-21 01:01:22 | ross@snrinfo.com | Domain90Days |
| 2006-09-30 01:01:05 | ross@snrinfo.com | Domain90Days |
| 2006-09-30 01:01:05 | ross@snrinfo.com | Domain90Days |
| 2006-09-30 01:01:06 | ross@snrinfo.com | Domain90Days |
| 2006-10-09 01:01:12 | ross@snrinfo.com | Domain90Days |
| 2006-10-09 01:01:12 | ross@snrinfo.com | Domain90Days |
| 2006-10-09 01:01:12 | ross@snrinfo.com | Domain90Days |
| 2006-10-12 01:01:10 | ross@snrinfo.com | Domain60Days |
| 2006-10-12 01:01:10 | ross@snrinfo.com | Domain60Days |
| 2006-10-12 01:01:10 | ross@snrinfo.com | Domain60Days |
| 2006-10-19 01:01:11 | ross@snrinfo.com | Domain60Days |
| 2006-10-19 01:01:11 | ross@snrinfo.com | Domain60Days |
| 2006-10-19 01:01:11 | ross@snrinfo.com | Domain60Days |
| 2006-10-26 01:01:01 | ross@snrinfo.com | Domain60Days |
| 2006-10-26 01:01:01 | ross@snrinfo.com | Domain60Days |
| 2006-10-26 01:01:01 | ross@snrinfo.com | Domain60Days |
| 2006-10-27 01:57:38 | ross@snrinfo.com | TransferHope |
| 2006-11-02 01:01:10 | ross@snrinfo.com | Domain60Days |
| 2006-11-02 01:01:10 | ross@snrinfo.com | Domain60Days |
| 2006-11-02 01:01:10 | ross@snrinfo.com | Domain60Days |
| 2006-11-09 01:01:16 | ross@snrinfo.com | Domain60Days |
| 2006-11-09 01:01:16 | ross@snrinfo.com | Domain60Days |
| 2006-11-09 01:01:16 | ross@snrinfo.com | Domain60Days |
| 2006-11-12 01:01:40 | ross@snrinfo.com | Domain30Days |
| 2006-11-12 01:01:40 | ross@snrinfo.com | Domain30Days |
| 2006-11-12 01:01:40 | ross@snrinfo.com | Domain30Days |
| 2006-11-15 01:01:17 | ross@snrinfo.com | Domain30Days |

| Date/Time | Email | Type |
|---|---|---|
| 2006-11-15 01:01:18 | ross@snrinfo.com | Domain30Days |
| 2006-11-15 01:01:18 | ross@snrinfo.com | Domain30Days |
| 2006-11-18 01:01:14 | ross@snrinfo.com | Domain30Days |
| 2006-11-18 01:01:14 | ross@snrinfo.com | Domain30Days |
| 2006-11-18 01:01:14 | ross@snrinfo.com | Domain30Days |
| 2006-11-21 01:01:18 | ross@snrinfo.com | Domain30Days |
| 2006-11-21 01:01:18 | ross@snrinfo.com | Domain30Days |
| 2006-11-21 01:01:18 | ross@snrinfo.com | Domain30Days |
| 2006-11-24 01:01:09 | ross@snrinfo.com | Domain30Days |
| 2006-11-24 01:01:09 | ross@snrinfo.com | Domain30Days |
| 2006-11-24 01:01:10 | ross@snrinfo.com | Domain30Days |
| 2006-11-27 01:01:09 | ross@snrinfo.com | Domain30Days |
| 2006-11-27 01:01:09 | ross@snrinfo.com | Domain30Days |
| 2006-11-27 01:01:09 | ross@snrinfo.com | Domain30Days |
| 2006-11-30 01:01:16 | ross@snrinfo.com | Domain30Days |
| 2006-11-30 01:01:17 | ross@snrinfo.com | Domain30Days |
| 2006-11-30 01:01:17 | ross@snrinfo.com | Domain30Days |
| 2006-12-03 01:01:58 | ross@snrinfo.com | Domain30Days |
| 2006-12-03 01:01:58 | ross@snrinfo.com | Domain30Days |
| 2006-12-03 01:01:58 | ross@snrinfo.com | Domain30Days |
| 2006-12-06 01:02:04 | ross@snrinfo.com | Domain30Days |
| 2006-12-06 01:02:04 | ross@snrinfo.com | Domain30Days |
| 2006-12-06 01:02:04 | ross@snrinfo.com | Domain30Days |
| 2006-12-09 01:01:42 | ross@snrinfo.com | Domain30Days |
| 2006-12-09 01:01:43 | ross@snrinfo.com | Domain30Days |
| 2006-12-09 01:01:43 | ross@snrinfo.com | Domain30Days |
| 2006-12-12 01:02:46 | ross@snrinfo.com | DomainExpires |
| 2006-12-12 01:02:46 | ross@snrinfo.com | DomainExpires |
| 2006-12-12 01:02:46 | ross@snrinfo.com | DomainExpires |
| 2006-12-13 01:02:51 | ross@snrinfo.com | DomainExpires |
| 2006-12-13 01:02:51 | ross@snrinfo.com | DomainExpires |
| 2006-12-13 01:02:51 | ross@snrinfo.com | DomainExpires |
| 2006-12-14 01:03:20 | ross@snrinfo.com | DomainExpires |
| 2006-12-14 01:03:20 | ross@snrinfo.com | DomainExpires |
| 2006-12-14 01:03:21 | ross@snrinfo.com | DomainExpires |

| Date | Email | Action |
|---|---|---|
| 2006-12-15 01:01:38 | ross@snrinfo.com | DomainExpires |
| 2006-12-15 01:01:38 | ross@snrinfo.com | DomainExpires |
| 2006-12-15 01:01:38 | ross@snrinfo.com | DomainExpires |
| 2006-12-16 01:01:29 | ross@snrinfo.com | DomainExpires |
| 2006-12-16 01:01:29 | ross@snrinfo.com | DomainExpires |
| 2006-12-17 01:01:30 | ross@snrinfo.com | DomainExpires |
| 2006-12-17 01:01:30 | ross@snrinfo.com | DomainExpires |
| 2006-12-18 01:01:34 | ross@snrinfo.com | DomainExpires |
| 2006-12-18 01:01:34 | ross@snrinfo.com | DomainExpires |
| 2006-12-19 01:01:29 | ross@snrinfo.com | DomainExpires |
| 2006-12-19 01:01:29 | ross@snrinfo.com | DomainExpires |
| 2006-12-20 01:01:29 | ross@snrinfo.com | DomainExpires |
| 2006-12-20 01:01:29 | ross@snrinfo.com | DomainExpires |
| 2006-12-21 01:01:45 | ross@snrinfo.com | DomainExpires |
| 2006-12-21 01:01:45 | ross@snrinfo.com | DomainExpires |
| 2006-12-22 01:01:17 | ross@snrinfo.com | DomainExpires |
| 2006-12-22 01:01:17 | ross@snrinfo.com | DomainExpires |
| 2006-12-23 01:01:22 | ross@snrinfo.com | DomainExpires |
| 2006-12-23 01:01:22 | ross@snrinfo.com | DomainExpires |
| 2006-12-24 01:01:17 | ross@snrinfo.com | DomainExpires |
| 2006-12-24 01:01:18 | ross@snrinfo.com | DomainExpires |
| 2006-12-25 01:01:12 | ross@snrinfo.com | DomainExpires |
| 2006-12-25 01:01:12 | ross@snrinfo.com | DomainExpires |
| 2006-12-26 01:01:49 | ross@snrinfo.com | DomainExpires |
| 2006-12-26 01:01:50 | ross@snrinfo.com | DomainExpires |
| 2007-01-31 21:50:29 | proxy43142@1and1-private-registration.com | VerifyAdminEmail |
| 2007-04-04 11:05:48 | help@essayfraud.org | DomainExpires |
| 2007-04-04 11:05:48 | help@essayfraud.org | DomainExpires |
| 2007-06-11 11:39:22 | help@essayfraud.org | Deactivated |
| 2007-09-02 01:07:46 | help@essayfraud.org | Domain90Days |
| 2007-09-10 01:08:36 | help@essayfraud.org | Domain90Days |

**Transactions for this customer**

| Date | Status | Type | Amount | Description |
|---|---|---|---|---|

| Date | Status | Type | Amount | Description |
|---|---|---|---|---|
| 2005-11-30 13:16:15 | cleared | auth_only | $1.00 | auth domain essayfraud.org |
| 2005-11-30 13:16:16 | cleared | void | $1.00 | void auth check for essayfraud.org |
| 2005-11-30 13:16:16 | cleared | auth_capture | $166.80 | domain essayfraud.org |
| 2005-12-01 16:27:31 | cleared | auth_capture | $20.00 | [essayfraud.com: 'Domain Registration' X 2 @ $10] |
| 2005-12-09 15:07:13 | cleared | auth_capture | $20.00 | [essayfraud.net: 'Domain Registration' X 2 @ $10] |
| 2005-12-11 22:09:04 | cleared | auth_capture | $10.00 | [essayripoff.com: 'Domain Registration' X 1 @ $10] |
| 2005-12-11 22:09:39 | cleared | auth_capture | $10.00 | [essayripoff.net: 'Domain Registration' X 1 @ $10] |
| 2005-12-11 22:11:43 | cleared | auth_capture | $10.00 | [essayripoff.org: 'Domain Registration' X 1 @ $10] |
| 2006-12-15 01:10:42 | cleared | auth_capture | $10.0 | |

# BLUEHOST.COM Cpanel Manager - *essaytown.com*

Update Customer | RELOAD
cP DM (ADMIN sdixon) PARKER DIAGNOS RENAME NUKE PreviewTemp
N=NEW_DOMAIN_SIGNUP

### Domains

**Main Site:** essaytown.com   2006-03-18   Whois | Probe   Dig Reg   MaxEmails Turn on filtering

[ Register new domain | Add free domain ]

### cPanel Info

| | |
|---|---|
| **Username:** | essaytow |
| **Password:** | drew1234 [ Change | FORGOT! | (RE)SEND ] |
| **Box:** | **box138** [ MoveSite ] 69.89.23.13 [ EditIP ] |
| **Server Info:** | 64bit, MySQL4, PHP4 |
| **Plan:** | 24 Mo @ $ 9.45 / Mo |
| **Expires:** | 2010-03-18 14:41:20 [ Renew | Renew by check ] |
| **Signup Date:** | 2006-03-18 14:41:20 |
| **Affiliate:** | cj^textlink_5^↑ |

cj^textlink_5^http://php.webhosting-select.com/to...

**ClientIP:** 67.180.255.107 [ Ban this IP ]
**Last Modified:** 2007-03-16 14:34:26
**Postini:** (none)
**Mysql Whitelisted IPs:**
*no ip addresses whitelisted*
Add IP: [    ]  ( [ ] use full class c)

### Customer Information

Domain: essaytown.com
Plan: 24/Months $226.80
**PHONES:**   day: +1.312-555-5555
**First Name:**   David

| | |
|---|---|
| Last Name: | Lefferts |
| Company: | Essay Town |
| E-Mail: | cs@essaytown.com [ Edit | MailTo | Probe ] |
| Address: | 347 Franklin Ct |
| City: | Chicago |
| State: | IL |
| Zip: | 60608 |
| Country: | US |
| Real Country: | US |
| IP Address: | 67.180.255.107 |
| Credit Cards: | 5581XXXXXXXX8970 09/07 |
| Customer Since: | 2006-03-18 14:41:20 |

Update Customer

| panel Flag | Set | Description |
|---|---|---|
| a | ☐ | Autorenew |
| b | ☐ | Bounty has been paid |
| d | ☐ | DE-Activated |
| deleted | ☐ | Deleted Account |
| e | ☐ | Expired for non-payment |
| free | ☐ | Free Account |
| i | ☐ | Inbound mail suspended |
| o | ☐ | Outbound relaying suspended |
| r | ☐ | Renewed |
| s | ☐ | Scripted sendmail suspended |
| sw | ☐ | Suspend Website |
| tbd | ☐ | To Be Deleted |
| x | ☐ | Cust requested to let the service eXpire |

Customer Flags

| Customer Flag | Set | Description |
|---|---|---|
| c | ☐ | Chargebacked |
| deleted | ☐ | Deleted Account |
| f | ☐ | Fraud |
| n | ☐ | No Promotional Emails |
| pending | ☐ | Pending Account (no services yet) |
| u | ☐ | Unreachable |
| v | ☑ | Verified Legitimate |

EMAIL this customer
CHARGE this customer for something
CREDIT this customer for something
Manage Bandwidth
NON DATABASE SERVER SETTINGS:
EDIT Live Quota (Does not do any billing!)
EDIT Live Bandwidth (Does not do any billing!)
EDIT Account (SSH/Addons/Parked/etc)

Scan Account



Time Spent: 0 Minutes
Category:

ttv/lm          ttr/lm
ttv/na          ttr/na
ttv/foreign     ttr/del
ttv/called-back ttr/ph
deactivated 10  ttr/foreign
tos/must leave
tos/cpanel active
tos/email for refund

Add

**sdixon** Comments:

| Who | Date | Min | Category | Note |
|---|---|---|---|---|
| shandy* | 2006-03-18 15:01:34 | 0 | | [view]cust flag v added |
| nic* | 2006-03-24 21:24:34 | 0 | | [view]Changed IP Old=70.103.189.98 New=70.103.141.13 |
| essaytow* | 2006-03-25 02:26:31 | 0 | | [view]BOX migration Old=70.103.189.98 New=70.103.141.13 |
| essaytown.com:67.180.255.107 | 2006-03-29 | 0 | | [view]email: old calbear7@aol.com, |

| | | 13:27:26 | | new=cs@essaytown.com |
|---|---|---|---|---|
| essaytow* | | 2006-04-10 15:49:15 | 0 | [view]password changed Old jason3975 New-drew1234 |
| stephen | | 2006-04-13 12:31:22 | 0 | [view]Waiting for payment per Taryn. cc missing cvv2 |
| stephen* | | 2006-04-13 12:31:22 | 0 | [view]cp flag d added |
| stephen* | | 2006-04-13 12:32:26 | 0 | [view]cp flag d deleted |
| stephen | | 2006-04-13 12:32:48 | 0 | [view]My bad meant to deactivate another account. |
| stephen | | 2006-06-26 08:02:08 | 0 | [view]Migrated from box98 to box138 per Ticket #295490: Migrate to New Box essaytown.com |
| essaytow* | | 2006-06-26 08:38:02 | 0 | [view]BOX migration Old=70.103.141.13 New=70.103.140.138 |
| essaytow* | | 2006-06-26 08:43:59 | 0 | [view]BOX migration Old=70.103.140.138 New-70.103.141.13 |
| essaytown.com:67.188.1.224* | | 2006-12-29 20:44:35 | 0 | [view]Customer Cart purchase: $VAR1 = { 'essaytown.com:transfer_xfer' => { 'contact_info' => 'privacy', 'justone' => 1, 'startdate' => '2006-12-29', 'prodid' => 'essaytown.com:transfer_xfer', 'domain' => 'essaytown.com', 'enddate' => '2007-02-03', 'desc' => |

| | | | |
|---|---|---|---|
| essaytown.com:67.188.1.22.4* | 2006-12-30 16:44:03 | 0 | |

'Free Domain Transfer', '\_\_first\_\_' => 0, 'setdns' => 0, '\_\_counter\_\_' => undef, '\_\_odd\_\_' => 0, '\_\_inner\_\_' => 0, 'qty' => 37, 'current_expires' => '2007-02-03 00:00:00', 'dependancies' => [ 'essaytown.com:transfer_renew' ], '\_\_last\_\_' => 0, 'product' => 'transfer_xfer', 'price' => 0, 'qty_desc' => 'day(s)', 'unit_total' => '0.00', 'autorenew' => 1 }, 'essaytown.com:transfer_renew' => { 'justone' => 1, 'startdate' => '2007-02-03', 'prodid' => 'essaytown.com:transfer_renew', 'domain' => 'essaytown.com', 'enddate' => '2008-02-03', 'desc' => 'Domain Extension', '\_\_first\_\_' => 0, '\_\_counter\_\_' => undef, '\_\_odd\_\_' => 0, 'qty' => 1, '\_\_inner\_\_' => 0, 'current_expires' => '2007-02-03 00:00:00', 'dependancies' => [ 'essaytown.com:transfer_xfer' ], '\_\_last\_\_' => 0, 'product' => 'transfer_renew', 'price' => 0, 'qty_desc' => 'year(s)', 'unit_total' => '0.00' } };

[view]Customer Cart purchase: $VAR1 = { 'essaytown.com:cpanel_renew' => { 'terms' => { '6' => { 'newexpires' => '2008-09-18 14:41:20', 'filter_total' => '0.00', 'term' => 6, 'ChargeRegister' => 0, 'origprice' => '8.95', 'delta' => '2.50', 'totalcharge' => '68.70', 'price' => '11.45', 'filter_monthly' => '0.00' }, '3' => { 'newexpires' => '2008-06-18 14:41:20', 'filter_total' => '0.00', 'term' => 3, 'ChargeRegister' => 0, 'origprice' => '9.95',

```
'delta' => '2.50',
'totalcharge' => '37.35',
'price' => '12.45',
'filter_monthly' => '0.00'
}, '24' => { 'newexpires' =>
'2010-03-18 14:41:20',
'filter_total' => '0.00',
'term' => 24,
'ChargeRegister' => 0,
'origprice' => '6.95',
'delta' => '2.50',
'totalcharge' => '226.80',
'price' => '9.45',
'filter_monthly' => '0.00'
}, '12' => { 'newexpires' =>
'2009-03-18 14:41:20',
'filter_total' => '0.00',
'term' => 12,
'ChargeRegister' => 0,
'origprice' => '7.95',
'delta' => '2.50',
'totalcharge' => '125.40',
'price' => '10.45',
'filter_monthly' => '0.00' }
}, 'startdate' => '2008-03-
18', 'ChargeRegister' => 0,
'prodid' =>
'essaytown.com:cpanel_renew'
, 'domain' =>
'essaytown.com', 'enddate'
=> '2010-03-18', 'desc' =>
'Hosting Renewal',
'__first__' => 0, 'argshash'
=> { 'CUREXPIRATION' =>
'2008-03-18 14:41:20',
'TRIES' => 0, 'CURTERM' =>
24, 'CURMONTLY' => '9.45',
'CCID' => 0, 'NEWTERM' =>
24, 'NEWEXPIRES' => '2010-
03-18 14:41:20',
'NEWMONTHLY' => '9.45',
'TOTALCHARGE' => '226.80' },
'__counter__' => undef,
'__odd__' => 0, '__inner__'
=> 0, 'qty' => 24,
'dependancies' => [],
'__last__' => 0, 'product'
=> 'cpanel_renew', 'price'
=> '9.45', 'qty_desc' =>
'month(s)', 'unit_total' =>
'226.80' } };
```

| | | | | |
|---|---|---|---|---|
| migration* | 2007-03-16 14:34:27 | 0 | Migration | [view]ARIN Migration, Old 70.103.141.13 New=69.89.23.13 |

| | | | |
|---|---|---|---|
| essaytown.com:69.181.101.49 | 2007-04-15 05:49:48 | 0 | [view]firstname: old='Sarah', new='David' lastname: old='Savis', new='Lefferts' city: old='Burlingame', new='Chicago' address: old='1325 Howard Avenue #233', new='347 Franklin Ct' zip: old='94010', new='60608' |
| essaytown.com:69.181.101.49 | 2007-04-15 05:50:20 | 0 | [view]'+1.6506200011' successfully changed to '+1.3125555555'. |
| essaytown.com:69.181.101.49 | 2007-04-15 05:52:06 | 0 | [view]cc_num_79561 changed: old card ending in '8970', new card ending in '8970' cc_first_79561 changed: old card ending in '', new card ending in '' cc_last_79561 changed: old card ending in '', new card ending in '' address_79561 changed: old card ending in '', new card ending in '' city_79561 changed: old card ending in '', new card ending in '' state_79561 changed: old card ending in '', new card ending in '' zip_79561 changed: old card ending in '4010', new card ending in '0608' |
| essaytown.com:69.181.101.49 | 2007-04-15 05:52:28 | 0 | [view]state: old='CA', new='IL' |
| joseph:74.220.195.115* | 2007-08-13 16:03:15 | 0 | [view]Customer Cart purchase: $VAR1 = { 'essaytown.com:renew_year' => [ '__counter__' => undef, 'startdate' => '2008-02-03', '__odd__' => 0, '__inner__' => 0, 'qty' => 2, 'prodid' => 'essaytown.com:renew_year', 'domain' => 'essaytown.com', '__last__' => 0, 'enddate' => '2010-02-03', 'desc' => 'Domain Extension', '__first__' => 0, 'product' => 'renew_year', 'price' => '10.00', 'qty_desc' => 'year(s)', 'unit_total' => '20.00' } }; |

| Date | Email | LetterType |
|---|---|---|
| 2006-03-18 14:41:44 | calbear7@aol.com | Welcome |
| 2006-12-29 20:42:28 | cs@essaytown.com | VerifyAdminEmail |
| 2007-08-13 16:03:15 | cs@essaytown.com | CartReceipt |

### Transactions for this customer

| Date | Status | Type | Amount | Description |
|---|---|---|---|---|
| 2006-03-18 14:41:17 | cleared | auth_only | $1.00 | auth domain essaytown.com |
| 2006-03-18 14:41:18 | cleared | void | $1.00 | void auth check for essaytown.com |
| 2006-03-18 14:41:20 | cleared | auth_capture | $166.80 | domain essaytown.com |
| 2006-03-24 21:24:22 | cleared | auth_capture | $59.57 | DEDICATED IP FOR essaytown.com |
| 2006-12-30 16:44:03 | cleared | auth_capture | $226.80 | [essaytown.com: 'Hosting Renewal' X 24 @ $9.45] |
| 2007-08-13 16:03:15 | cleared | check | $20.00 | [essaytown.com: 'Domain Extension' X 2 @ $10.00] |