This is Google's cache of http://www.essayfraud.org/ as retrieved on 6 Aug 2007 03:44:44 GMT.
Google's cache is the snapshot that we took of the page as we crawled the web.
The page may have changed since that time. Click here for the current page without highlighting.
This cached page may reference images which are no longer available. Click here for the cached text only.
To link to or bookmark this page, use the following url: http://www.google.com/search?q=cache:6yRKxPYGxCAJ:www.essayfraud.org/+essayfraud.com+axact&hl=en&ct=clnk&cd=4

Google is neither affiliated with the authors of this page nor responsible for its content.

These search terms have been highlighted: **axact**
These terms only appear in links pointing to this page: **essayfraud com**



# ESSAYFRAUD.ORG
### Stop plagiarism now! — Don't be fooled!

Home - 470 Scam Sites - Warning Signs - Complaint Forum - Plagiarism - Verification Criterion - Apply - Contact

Welcome to our visitors from the Karachi area! Please read our article about Turnitin.com. Also, learn how to block Turnitin.

Search for complaints: [_____] SEARCH

**NEWS ALERT:** Students file $900,000 lawsuit against Turnitin.com for copyright infringement || Download Lawsuit PDF

### Beating Turnitin.com
*How to cheat Turnitin.com — Play Video*

**Weekly Comment:** As shown above, determined cheaters and people who want to protect their copyrights can easily beat Turnitin (i.e., trick Turnitin, fool Turnitin, or cheat Turnitin) in a few simple steps, directly through *Microsoft Word*™, so what's the point in paying Turnitin millions of dollars per year and treating like criminals the vast majority of students who do *not* cheat? In response to the McLean / Turnitin lawsuit, we've been disturbed by many professors' opinion that honest students' papers are so utterly void of intelligence and innovative ideas that their intellectual property does not warrant or deserve copyright protection. For the sake of debate, let's presume that a certain percentage of student essays are terrible, in every aspect. What if that type of essay is exactly what someone *wants* to buy? What if an author decides to publish a new book entitled, *The Worst Student Essays Ever Written*, and the author wants to buy hundreds of "terrible" essays written by students in all states—including Virginia—to include in the book. This could mean substantial royalties for the student authors. However, due to numerous legal restrictions, the author can pay students for their essays *only* if the essays are not already stored/published/indexed in any database. Conclusion: This is merely one scenario in which Turnitin severely diminishes or completely eliminates the marketability of students' intellectual property. (Four Other Scenarios)

Are any American Companies Fraudulent? || Why does EssayFraud.org *not* Provide Recommendations?
Reuters Interview || Professors Guilty of Plagiarism || Why does EssayFraud.org *not* Post an Address? || DontTurnitin.com
Fraud of TermPaperRelief and SuperiorPapers Exposed by *The New York Times* and *Pittsburgh Tribune-Review*
Psychology writer/editor reveals ineptitude of MasterPapers.com. (Read Past Fraud Alerts) (FlashPapers.com Scam)

| What is EssayFraud.org? | The Problem: Plagiarism/Fraud | The Solution: Online Complaints |
|---|---|---|
| EssayFraud.org is a watchdog organization that investigates hypocrisy involving plagiarism in academia. We also dissuade plagiarism by enabling consumers and freelance writers to publish complaints about term paper mills. By reading those complaints, others can protect themselves from deceptive companies (domestic and abroad) that lie about their geographical location, experience, qualifications, and employment of amateur, ESL writers with poor English writing skills. Our forum sheds light on the scams that cause financial loss, frustration, and squandered time for thousands of researchers and freelance writers every year. Furthermore, we help expose the dangers that diploma mills pose to our educational system, society, and national security. | Fraudulent sites like SuperiorPapers, EssayRelief (Axact), GhostPapers, BestEssays, and FlashPapers hire ESL writers in Pakistan and India for as little as .70¢ per page so that they can offer the low prices ($7.95–$15.95 per page) that lure consumers into their traps. From what we've learned, qualified writers in America do not work for less than $12.00 per page, yet foreign scam sites like TermPaperRelief charge customers only $9.95 per page for often-plagiarized material. If the company receives $9.95 per page from a customer, that means the unqualified writer probably receives less than $2.00 per page! Of course, such rip-off sites do not reveal these extremely crucial details to potential customers. Instead, they blatantly lie about their company's location and qualifications. | When a paying consumer finally receives the low-quality, likely-plagiarized material that he/she ordered, the consumer's money is long gone. The "guarantee" of each of the 470 Scam Sites is a worthless ploy designed to give consumers a false sense of trust. Most troubling are the fraudulent, overseas "companies" that do not abide by the laws and regulations of the United States, Britain, or Canada. They do not fear North American prosecution. What they *do fear* is having their scams exposed and revenue slashed. At EssayFraud.org, anyone can read/post complaints, which causes both consumers and freelance writers to avoid bogus, Ukrainian outfits like BestEssays.com and EssayWriters.net. Consumers place fewer orders, rendering fewer potential acts of plagiarism. |

  

**Weekly Comment:** As shown above, determined cheaters and people who want to protect their copyrights can easily beat Turnitin (i.e., trick Turnitin, fool Turnitin, or cheat Turnitin) in a few simple steps, directly through *Microsoft Word*™, so what's the point in paying Turnitin millions of dollars per year and treating like criminals the vast majority of students who do not cheat? In response to the McLean / Turnitin lawsuit, we've been disturbed by many professors' opinion that honest students' papers are so utterly void of intelligence and innovative ideas that their intellectual property does not warrant or deserve copyright protection. For the sake of debate, let's presume that a certain percentage of student essays are terrible, in every aspect. What if that type of essay is exactly what someone wants to buy? What if an author decides to publish a new book entitled, *The Worst Student Essays Ever Written*, and the author wants to buy hundreds of "terrible" essays written by students in all states—including Virginia—to include in the book. This could mean substantial royalties for the student authors. However, due to numerous legal restrictions, the author can pay students for their essays *only* if the essays are not already stored/published/indexed in any database. Conclusion: This is merely one scenario in which Turnitin severely diminishes or completely eliminates the marketability of students' intellectual property. (Four Other Scenarios)

Are any American Companies Fraudulent? || Why does EssayFraud.org *not* Provide Recommendations?
Reuters Interview || Professors Guilty of Plagiarism || Why does EssayFraud.org *not* Post an Address? || DontTurnitin.com
Fraud of TermPaperRelief and SuperiorPapers Exposed by *The New York Times* and *Pittsburgh Tribune-Review*
Psychology writer/editor reveals ineptitude of MasterPapers.com. (Read Past Fraud Alerts) (FlashPapers.com Scam)

### What is EssayFraud.org?

EssayFraud.org is a watchdog organization that investigates hypocrisy involving plagiarism in academia. We also dissuade plagiarism by enabling consumers and freelance writers to publish complaints about term paper mills. By reading those complaints, others can protect themselves from deceptive companies (domestic and abroad) that lie about their geographical location, experience, qualifications, and employment of amateur, ESL writers with poor English writing skills. Our forum sheds light on the scams that cause financial loss, frustration, and squandered time for thousands of researchers and freelance writers every year. Furthermore, we help expose the dangers that diploma mills pose to our educational system, society, and national security.

### The Problem: Plagiarism/Fraud

Fraudulent sites like SuperiorPapers, EssayRelief (Axact), GhostPapers, BestEssays, and FlashPapers hire ESL writers in Pakistan and India for as little as .70¢ per page so that they can offer the low prices ($7.95–$15.95 per page) that lure consumers into their traps. From what we've learned, qualified writers in America do not work for less than $12.00 per page, yet foreign scam sites like TermPaperRelief charge customers only $9.95 per page for often-plagiarized material. If the company receives $9.95 per page from a customer, that means the unqualified writer probably receives less than $2.00 per page! Of course, such rip-off sites do not reveal these extremely crucial details to potential customers. Instead, they blatantly lie about their company's location and qualifications.

### The Solution: Online Complaints

When a paying consumer finally receives the low-quality, likely-plagiarized material that he/she ordered, the consumer's money is long gone. The "guarantee" of each of the 470 Scam Sites is a worthless ploy designed to give consumers a false sense of trust. Most troubling are the fraudulent, overseas "companies" that do not abide by the laws and regulations of the United States, Britain, or Canada. They do not fear North American prosecution. What they do fear is having their scams exposed and revenue slashed. At EssayFraud.org, anyone can read/post complaints, which causes both consumers and freelance writers to avoid bogus, Ukrainian outfits like BestEssays.com and EssayWriters.net. Consumers place fewer orders, rendering fewer potential acts of plagiarism.

### Fraudulent Sites with a Database of Plagiarized Papers

Many companies (TermPaperSolution.com, EssayArchive.com, MonsterEssays.com, EssayGalaxy.com, etc.) sell monthly subscriptions to databases of outdated, plagiarized papers that were apparently written years ago by amateur, ESL students.

### List of Fraudulent Companies that Consumers should Avoid



We have compiled a list of over 470 bogus sites that defraud thousands of consumers every year. These sites may claim that their writers are American, native English-speakers with PhD degrees, but the poor quality of their papers and absurdly low prices suggest otherwise. According to the victimized consumers who contact EssayFraud.org, the following list contains 26 of the most notoriously fraudulent sites that deceptively hire cheap, ESL labor.

24HourTermPapers.com
A1Essays.com
AffordableEssayWriting.com
AffordableTermPapers.com
BestCustomTermPapers.com
BestEssays.com
Creative-Termpapers.com
CustomEssaysLab.com
EssayArchive.com
EssayGalaxy.com
EssayParadise.com
EssayRelief.com
eWritersOnline.com

IvyDissertations.com
IvyResearchPapers.com
IvyThesis.com
Non-Plagiarized-Termpapers.com
OriginalDissertations.com
OriginalThesisWriting.com
PapersInn.com
PerfectTermPapers.com
ProfEssays.com
SuperiorPapers.com
TermPaperRelief.com
TermPaperSolution.com
UrgentTermPapers.com

### Top 11 Warning Signs that a Site Hires ESL Writers from Overseas

1. Charges less than $16.00 per page for custom research
2. No mention of telephone support on the home page
3. Site contains "broken English" (poor wording or grammar)
4. Uses 2CheckOut.com (2CO) to process credit cards
5. Fax # begins with 210, 347, 512, 703, 760, or 775
6. Fake customer testimonials, feedback, and/or photos

### EssayRelief.com's Bogus University Scams and Fake Degree Mills are National Security Threats

"Degrees and diplomas issued by diploma mills are frequently used for fraudulent purposes, such as obtaining employment, raises, or customers on false pretenses. Even if issuing or receiving a diploma mill qualification is legal, passing it off as an accredited one for personal gain is a crime in many jurisdictions." (Wikipedia.org) In addition to their fraudulent term paper mills, the Pakistani criminals at EssayRelief.com operate non-existent, bogus "universities" and "accreditation organizations" like Rochville University, Belford University, Ashwood University, WOEAC, and BOUA, which were exposed by

Many companies (TermPaperSolution.com, EssayArchive.com, MonsterEssays.com, EssayGalaxy.com, etc.) sell monthly subscriptions to databases of outdated, plagiarized papers that were apparently written years ago by amateur, ESL students.

### List of Fraudulent Companies that Consumers should Avoid



We have compiled a list of over 470 bogus sites that defraud thousands of consumers every year. These sites may claim that their writers are American, native English-speakers with PhD degrees, but the poor quality of their papers and absurdly low prices suggest otherwise. According to the victimized consumers who contact EssayFraud.org, the following list contains 26 of the most notoriously fraudulent sites that deceptively hire cheap, ESL labor.

- 24HourTermPapers.com
- A1Essays.com
- AffordableEssayWriting.com
- AffordableTermPapers.com
- BestCustomTermPapers.com
- BestEssays.com
- Creative-Termpapers.com
- CustomEssaysLab.com
- EssayArchive.com
- EssayGalaxy.com
- EssayParadise.com
- EssayRelief.com
- eWritersOnline.com
- IvyDissertations.com
- IvyResearchPapers.com
- IvyThesis.com
- Non-Plagiarized-Termpapers.com
- OriginalDissertations.com
- OriginalThesisWriting.com
- PapersInn.com
- PerfectTermPapers.com
- ProfEssays.com
- SuperiorPapers.com
- TermPaperRelief.com
- TermPaperSolution.com
- UrgentTermPapers.com

### Top 11 Warning Signs that a Site Hires ESL Writers from Overseas

1. Charges less than $16.00 per page for custom research
2. No mention of telephone support on the home page
3. Site contains "broken English" (poor wording or grammar)
4. Uses 2CheckOut.com (2CO) to process credit cards
5. Fax # begins with 210, 347, 512, 703, 760, or 775
6. Fake customer testimonials, feedback, and/or photos
7. Claims to have won non-existent, bogus awards (There are no recognized "awards" in the essay industry.)
8. Lies about the age of the site (e.g., "Since 1997") (Verify the site's true "Creation Date" by clicking here.)
9. Advertises a bogus, money-back guarantee
10. Transfers copyright to the customer (condones plagiarism)
11. Claims to have an extremely high number of native English-speaking writers (e.g. "500"), but provides absolutely no proof

### EssayRelief.com's Bogus University Scams and Fake Degree Mills are National Security Threats

"Degrees and diplomas issued by diploma mills are frequently used for fraudulent purposes, such as obtaining employment, raises, or customers on false pretenses. Even if issuing or receiving a diploma mill qualification is legal, passing it off as an accredited one for personal gain is a crime in many jurisdictions." (Wikipedia.org) In addition to their fraudulent term paper mills, the Pakistani criminals at EssayRelief.com operate non-existent, bogus "universities" and "accreditation organizations" like Rochville University, Belford University, Ashwood University, WOEAC, and BOUA, which were exposed by CNN for perpetrating blatant fraud and posing a NATIONAL SECURITY THREAT. These fake institutions are owned by the same crime syndicate in Pakistan that runs AffordableDegrees.com and many fraudulent term paper mills like IvyDissertations.com, AffordableThesisWriting.com, AffordableDissertationWriting.com, TermPaperRelief.com, AffordableResearchPapers.com, OriginalThesisWriting.com, IvyResearchPapers.com, etc. If you have additional information about these criminals, or would like to share your opinion, you may post your comments in the public forum. If you have a question or concern about a certain Web site, or would like EssayFraud.org to spotlight a particular scam, please feel free to contact us.

Why does EssayFraud.org *not* Provide Recommendations?

### Educational Directory

| | | |
|---|---|---|
| Adult and Continuing Education | Books and Textbooks | College and University |
| Curriculum and Learning | Distance Learning | Early Childhood |
| Employment and Jobs | English as a Second Language (ESL) | Exams, Testing, and Test Prep |
| Financial Aid | Home Schooling | Language, Grammar, and Translation |
| Methods and Theories | Online Education | Professors and Teachers |
| Reading, Writing, Editing, Research | Resume Services | School Supplies |
| Special Education | Student Interests | Studying and Homework |
| Teaching and Tutoring | Technology in Education | Training and Workshops |
| | Academic Fraud, Cheating, and Plagiarism | |

DISCLAIMER: EssayFraud.org does not vouch for or warrant the accuracy, completeness, or usefulness of any message or complaint. EssayFraud.org is not responsible for the content of any message or complaint. Postings at EssayFraud.org express the views of the authors of the postings, not necessarily the views of EssayFraud.org. Anyone who feels that a complaint is objectionable may submit a removal request via our contact form. We may remove a complaint, within a reasonable timeframe, if we determine that removal is justified.

At MyNextCollege.com, you can read reviews from current students at any college that you plan to attend. Take advantage of the free textbook exchange, thousands of free online games, and more!

Online Education Courses || Area Vista || Freelance Writing Scams

Chicago Limousine || Plagiarism || Russian-English Translation Services

Copyright © 2005-2007 www.essayfraud.org All rights reserved. Education Directory Add Link Sitemap Forum Sitemap