This is Google's cache of http://essayripoff.com/forum/index.php?showforum=12 as retrieved on 6 Aug 2007 03:12:08 GMT.
Google's cache is the snapshot that we took of the page as we crawled the web.
The page may have changed since that time. Click here for the current page without highlighting.
This cached page may reference images which are no longer available. Click here for the cached text only.
To link to or bookmark this page, use the following url: http://www.google.com/search?q=cache:stj3XdP5mtAJ:essayripoff.com/forum/index.php%3Fshowforum%3D12+essayfraud.org+axact&hl=en&ct=clnk&cd=2

Google is neither affiliated with the authors of this page nor responsible for its content.

These search terms have been highlighted: **essayfraud org axact**

**ESSAYFRAUD.ORG**
Stop plagiarism now!    Don't be fooled!

Home | Forum | Turnitin.com | 470 Scam Sites | FlashPapers.com | Warning Signs | Plagiarism | Verification | Apply | Contact

Welcome Guest ( Log In | Register )

▷ Essay Fraud - Scam Complaints > Term Paper Ripoff Complaints > EssayRelief.com (a.k.a., Axact)

### ▸ EssayRelief.com (a.k.a., Axact) Subforums

| Forum | Topics | Replies | Last Post Info |
|---|---|---|---|
| **AcademicProfs.com** — This Pakistani site steals text, design, and copyrighted material from legitimate research services. AcademicProfs.com is owned by the most notoriously fraudulent company in the industry: EssayRelief.com. | 0 | 0 | -- In: ---- By: ---- |
| **EssaysInn.com** | 1 | 1 | Mar 1 2006, 06:58 AM In: Essaysinn.com By: waynegrow |

3 Pages ▼ [1] [2] [3] [>]    NEWTOPIC

### ▸ EssayRelief.com (a.k.a., Axact)    Forum Options ▼

| | Topic Title | Replies | Topic Starter | Views | Last Action |
|---|---|---|---|---|---|
| **Announcements** | | | | | |
| | Announcement: How to Cheat Turnitin | - | EssayFraud | 289 | Last post by: EssayFraud |
| | Announcement: FlashPapers | - | EssayFraud | 1193 | Last post by: EssayFraud |
| **Important Topics** | | | | | |
| | Warning: Essayrelief / Axact Gunmen Try To Murder British Reporters | 0 | EssayFraud | 671 | 25th May 2007 - 01:50 PM Last post by: EssayFraud |
| **Forum Topics** | | | | | |
| | Paid Through Paypal - Chances Of A Refund? | 8 | anon1 | 1,937 | 2nd August 2007 - 11:19 AM Last post by: Aish |
| | Picture Of Essayrelief's Office Building In Karachi, Pakistan | 2 | EssayFraud | 698 | 29th May 2007 - 11:32 AM Last post by: EssayFraud |
| | Essay Relief Is A Con... | 1 | tmh | 1,982 | 25th May 2007 - 01:48 AM Last post by: highlander999 |
| | Help Me Plz | 3 | tuntinfl | 909 | 25th May 2007 - 12:32 AM Last post by: highlander999 |
| | Essayrelief / Axact Operates A Prostitution Ring? Other Pakistanis reveal the details | 5 | EssayFraud | 1,640 | 21st May 2007 - 02:41 PM Last post by: EssayFraud |
| | I Got Scammed By Essayrelief.com Help Please! | 1 | TG03072003 | 621 | 17th May 2007 - 10:20 AM Last post by: vladmd |
| | Ukessays.net | 0 | fraudfighter | 576 | 28th March 2007 - 02:10 AM Last post by: fraudfighter |
| | Ip Address Seems Legit | 1 | carlenss | 824 | 17th February 2007 - 08:07 PM Last post by: EssayFraud |
| | Guaranteed Refund - Please Read! | 5 | anon | 3,100 | 27th January 2007 - 04:30 PM Last post by: EssayFraud |

Enter Keywords [    ] Search forum

3 Pages ▼ [1] [2] [3] [>]    NEWTOPIC

1 User(s) are browsing this forum (1 Guests and 0 Anonymous Users)
0 Members:

- New Replies
- No New Replies
- Hot Topic (New)
- Hot Topic (No New)
- Poll (New)
- Poll (No New)
- Locked Topic
- Moved Topic

[-- EssayRelief.com (a.k.a., Axact)  ▼] [Go]
Order: Last Post ▼ | Z-A ▼ | Show All ▼ | Topics: All ▼ [Go]
☐ Remember these options

Home - Essay Forum - 470 Essay Scam Sites - Plagiarism - Turnitin - Education Directory
Flash Papers - BestEssays - SuperiorPapers - FlashPapers - EssayRelief - MasterPapers - PerfectTermPapers - GhostPapers - MORE!

Powered By IP.Board © 2007 IPS, Inc.
Licensed to: EssayFraud.org