This is Google's cache of http://www.essayfraud.org/forum/forum.html as retrieved on 11 Aug 2007 05:57:14 GMT.
Google's cache is the snapshot that we took of the page as we crawled the web.
The page may have changed since that time. Click here for the current page without highlighting.
This cached page may reference images which are no longer available. Click here for the cached text only.
To link to or bookmark this page, use the following url: http://www.google.com/search?q=cache:...

Google is neither affiliated with the authors of this page nor responsible for its content.

These search terms have been highlighted: **essayfraud org exact**

## ESSAYFRAUD.ORG

Home | Forum | Turnitin.com | 478 Scam Sites | FlashPapers.com | Warning Signs | Plagiarism | Verification | Apply | Contact

Welcome Guest ( Log In | Register )

> Essay Fraud > Scam Complaints

Your last visit was: Today, 05:57 PM    New Posts · FlashPapers Scam    Enter Keywords: [ SEARCH ]    User Name: [ ]

### Term Paper Ripoff Complaints

| Forum | Topics | Replies | Last Post Info |
|---|---|---|---|
| **Other Sites and Scams** — Post in the "Other Sites and Scams" sub-forum only if the site that you are looking for does not have a dedicated forum listed below. You can also use this sub-forum to post general topics and ask generic questions. | 213 | 591 | Aug 1 2007, 11:11 PM  In: Research Paper Chost And Essay... By: EssayFraud |
| **AllEssays.com** — Also owns Writing-On-The-Internet, A-Writers-Online.com and Whitepaperworks.com. They are two different "East America" post offices addresses: BS Professional Services Inc 6505 Kester... Victoria, CA 92792-0450 Subforums: EssaysOnTheNet.com | Essays on the Internet, 85 Bond ave Scarsdale, CA 90640 | 24 | 22 | May 3 2007, 08:42 AM  In: Allessays.com Is A Complete Sca... By: windyardebiers |
| **Affordable-Dissertations.com** | 3 | 3 | Jul 9 2006, 04:19 AM  In: Affordable-Dissertations.com By: bismec queen |
| **AffordableEssayWriting.com** | 6 | 10 | Jan 23 2007, 04:04 PM  In: Affordable Essay Writing By: onedefi |
| **AffordableTermPapers.com** | 5 | 21 | Jul 2 2006, 07:06 PM  In: Has This Worked For Anyone? By: istruc |
| **AffordableThesisWriting.com** | 3 | 0 | Apr 21 2006, 04:49 PM  In: affordablethesiswriting.com By: Skinny |
| **BestEssays.com** — Also owns BestTermPapers.com, DissertationExperts.com, ExamPaper.net, EssayWriters.net, MasterGardens.com, EssaysForSale.com, FirstEssays.FinestOnline.com, RushCheap.com, RushValidPapers.com, UniversalResearch.net, etc. Even is their FAKE American address. Universal Research LLC 11484 Santa America Drive, #505 Reston, VA 22190-4700 | 9 | 3 | May 7 2007, 12:04 PM  In: Don't Use Bestessays.com By: ZAQ999 |
| **Brightmindsnet.com** | 3 | 0 | Dec 6 2005, 01:52 PM  In: Brightmindsnet.com Did Not Deli... By: guest |
| **Creative-Termpapers.com** — Also owns BestCustomTermPapers.com. Subforums: BestCustomTermPapers.com, OpenTermPapers.com | 5 | 0 | Jan 11 2006, 05:26 PM  In: Creative-termpapers.com Sucks By: Anders |
| **CustomEssay.com** | 3 | 12 | Oct 12 2006, 09:46 PM  In: Customessay.com Customessay By: EssayFraud |
| **CustomEssays.co.uk** — CustomEssays is affiliated with Academia-Research.com and MasterPapers in Russia / Ukraine. (You may read other complaints about MasterPapers below.) Don't believe the fake British address that they post on CustomEssays.co.uk. | 15 | 62 | Jun 14 2007, 07:23 AM  In: About Refund By: deltasova |
| **CustomWriting.co.uk** — This site is owned by IsraeliMafia from Pakistan. | 16 | 51 | Jul 19 2007, 11:54 PM  In: Refunded By: londonprincess |
| **Custom-Writing.com** | 12 | 6 | May 4 2007, 01:00 PM  In: custom-writing.com By: woashiki |
| **Custom-Writing.org** | 12 | 30 | Mar 12 2007, 05:32 AM  In: Custom-writing.org By: steve |
| **Dissertation-Advice.co.uk** — Low-quality. This site is owned by offshore plagiarists who steal text from other web sites because they don't have the ability to write their own Web pages. | 3 | 9 | Oct 17 2006, 10:02 AM  In: Dissertation-advice.co.uk By: EssayFraud |
| **DissertationsAndAssignments.com** | 3 | 15 | Jun 27 2007, 05:28 PM  In: www.dissertationsandassignment... By: angeloros |
| **Duenow.com** | 3 | 3 | Apr 9 2006, 05:47 PM  In: Duenow.com Fraud and It's... By: lucy |
| **EssayEmpire.com** | 1 | 0 | Nov 12 2006, 02:40 PM  In: Essayempire.com Plagiarizes An... By: Earl |
| **EssayParadise.com** — Also owns forevaldessays.com and thatcrazycompany.com | 9 | 9 | May 16 2006, 01:46 PM  In: Essayparadise Is A Joke And I... By: Still Waiting |

| | Site | Topics | Posts | Last Post |
|---|---|---:|---:|---|
| EF | Custom-Writing.com | 12 | 6 | May 4 2007, 01:00 PM<br>In: custom-writing.com<br>By: match1k1 |
| EF | Custom-Writing.org | 12 | 30 | May 12 2007, 05:32 AM<br>In: Custom-writing.org<br>By: ???? |
| EF | Dissertation-Advice.co.uk<br>Ironically, this site operated by offshore plagiarists who steal text from other Web sites accuses they lack the basic knowledge necessary to write their own Web copy. | 3 | 0 | Oct 12 2006, 10:02 AM<br>In: Dissertation-advice.co.uk<br>By: EssayFraud |
| EF | DissertationsAndAssignments.com | 2 | 15 | Jun 27 2007, 05:28 PM<br>In: www.dissertationsandassignments...<br>By: sasuharris |
| EF | DueNow.com | 3 | 3 | Apr 5 2006, 05:47 PM<br>In: Duenow.com Fraud and It Is ...<br>By: lara |
| EF | EssayEmpire.com | 1 | 0 | Nov 12 2006, 02:40 PM<br>In: Essayempire.com Plagiarize An...<br>By: Earl |
| EF | EssayParadise.com<br>Also owns Innovediting.com and ThesisCompany.com | 9 | 9 | May 16 2006, 01:46 PM<br>In: Essayparadise Is A Joke And I...<br>By: Still Waiting |
| EF | EssayRelief.com (a.k.a. Axact)<br>EssayRelief.com is owned by the most notorious fraudulent company in the research industry, Axact. Located in Pakistan, this 250-seat also operates fraudulent term paper mills like AcademicPapers.com, TermPaperSafari.com, AffordableDissertations.Writing.com, WriteMyThesisPaper.com, OriginalTheoryWriting.com, EndlessResearch.com, AffordableResearchPapers.com, etc. Most disturbingly, this Pakistan syndicate also uses non-existent bogus "accreditation" like Riverside Accreditation Organization, like Riverside is news to Bedford University. Spherical Sciences, Affordable Degrees.com, WOPAC, and BCUA. (These bogus "students" are very bad.) December of 2007 be sued for perpetrating bulletin fraud and … NATIONAL ANXIETY THEFT. In a blind trial test, we gave them "Axact". All it on investigation.<br>Subforums: AcademicPapers.com, OriginalTheory… | 16 | 105 | Aug 2 2007, 11:19 AM<br>In: Paid Through Paypal - Changed ...<br>By: Ash |
| EF | EssayToday.com<br>Ukrainian scam. | 3 | 0 | Dec 22 2006, 08:44 AM<br>In: Essaytoday<br>By: MikeEdwards |
| EF | eWritersOnline.com<br>Also owns A11Essays.com, EssaysOnTheNet.com, and GPPapersMax.com. Fake American post office address.<br>PW Professional Services Div.<br>PO Box 9460<br>Industria, CA 92552-9460 | 3 | 0 | Dec 24 2005, 01:53 PM<br>In: Ewritersonline.scam.rip-off<br>By: LarryR |
| EF | FlashPapers.com - FlashPapers - Flash Papers<br>This rogue is also from Pakistan also own ARCustomPapers.com, CustomPaperCafe.com, GhostPapers.com, HistoryReportPapers.com, MyDissertationPapers.com, MyEssayPapers.com, MyTermPaperPapers.com, MyTermPapersCafe.com, PaperCritic.com, PaperVerbs.com, and TermPapersTopia.com. | 3 | 0 | May 27 2007, 05:47 PM<br>In: Flashpapers Is A Big Scam!<br>By: Destroy4ACloud |
| EF | GenuineWriting.com<br>This rogue site is identified by the owner of SomeDayResearch.com. | 3 | 3 | Dec 17 2006, 02:49 PM<br>In: Genuinewriting.com<br>By: anglok |
| | GhostPapers.com<br>Ted has cloned list … from Pakistan also owns AcCustomPapers.com, GhostPaperCafe.com, HistoryPapers.com, HistoryReportPapers.com, MyDissertationPapers.com, MyEssayPapers.com, MyTermPaperPapers.com, MyTermPapersCafe.com, PaperCritic.com, PaperVerbs.com, and TermPapersTopia.com. | 0 | 0 | In:<br>By: |
| EF | IvyDissertations.com | 9 | 27 | Today, 10:22 AM<br>In: Ivydissertations.com - Fake F...<br>By: EssayFraud |
| EF | IvyResearchPapers.com | 12 | 15 | Jun 18 2007, 09:39 PM<br>In: And Another Victim<br>By: EssayFraud |
| EF | IvyThesis.com<br>The "company" is located in the Philippines. The IRS granted exempt status on their own Web site - despite that little bitty, they can't boast a nickname … that uses a YAHOO email address. | 9 | 24 | May 6 2007, 12:01 AM<br>In: Ivythesis.com fraud - Ivythesi...<br>By: harmon14567 |
| EF | MasterPapers.com<br>MasterPapers is affiliated with ArcusWork, two offices in Russia (Siberia). They also own CustomerEssay.co.uk, ReliableControl.com, CustomEssay.co.uk, MasterPapers.com, etc. and some out-of-date others. Can you escape from a Pakistan operated outfit with a greater focus "corporate address" than a bit … should COME in the State of NJ(sic)?<br><br>38 Runnel Lane<br>Trenton, NJ 78406<br><br>They claim to be Watermark LLC in the United States. Imports to the 10 ruins top rank on a LLC in the United States. As long as 2012 he rents a unit like Stuffmug.com. The owner of MasterPapers may have acquired sufficient for a similar online incorporation search with a random name and a random URL address in New York. MasterPapers claims that the following would remain hidden in their business address:<br><br>31 Start Street<br>Suite 100<br>Albany, New York 12207<br><br>The Empire State Tower is the photo which holding is Albany, New York. In fact, according to the New York Department of State this is owned by parties other than they listed "The Empire State Building" as their business address for MasterPapers.com. Of course, they have been accepted to that fake address. | 57 | 135 | Jul 21 2007, 11:11 AM<br>In: Google Search And Essayfraud.o...<br>By: EssayFraud |
| EF | MillenniumEssays.com | 3 | 3 | Sep 30 2006, 02:09 AM<br>In: Millenniumessays.com Almost S...<br>By: MillenniumEssays.com |
| EF | Non-Plagiarized-Termpapers.com | 3 | 0 | Feb 17 2006, 10:46 AM<br>In: Absolutely Do Not Use This Web...<br>By: bnL4 |
| EF | OriginalThesisWriting.com | 6 | 18 | Jun 15 2007, 03:28 PM<br>In: Oct Payment's Yet No Work<br>By: TJAK9979 |
| EF | PaperaIon.com<br>Subforums: JPaperFactoryService/s | 1 | 0 | May 21 2006, 10:06 PM<br>In: Everything's honored<br>By: anonymous |
| EF | PapersOnline.us<br>This foreign outfit also uses "There… - ThesisMaze.co.uk, ThesisPapers, and ThesisReview.us". Despite what they insist, if you, they are NOT American, LLC. as they apparent upon reading their forum page. | 6 | 27 | Jan 9 2007, 11:00 AM<br>In: How Do I Refund Money?<br>By: Lazzaro |
| EF | PerfectTermPapers.com | 15 | 0 | Apr 24 2006, 06:47 PM<br>In: I'll Jump On The Band Wagon<br>By: plasedsillystoner |
| EF | ProfEssays.com | 9 | 6 | Jul 29 2007, 12:44 PM<br>In: An Old Customer<br>By: Lansworthy |
| EF | SameDayResearch.com<br>This thief site is operated by the owner of GenuineWriting.com | 3 | 3 | Mar 28 2006, 06:00 AM<br>In: Samedayresearch.com Posts As O...<br>By: Exposed |
| | SuperiorPapers.com<br>Also owns BestEssay.com, BestTermPapers.com, DissertationPapers.com, DeepEssays.com, Essay Experts.com, Essay Writers.net, … | | | |

| | | Topics | Replies | Last Post Info |
|---|---|---|---|---|
| | OriginalThesisWriting.com | 6 | 18 | Jun 15 2007, 03:28 PM<br>In: Paid Payments Yet No Work<br>By: TUFKusz79 |
| | PapersJon.com<br>Subforums: PapersJon Ripoff Reports | 1 | 0 | May 21 2006, 10:06 PM<br>In: Everything I Compose<br>By: eagleneck |
| | PapersOnline.us<br>This foreign outfit also uses TermSale.... | 6 | 27 | Jan 9 2007, 11:00 AM<br>In: How Do I Refund Money?<br>By: kat2006 |
| | PerfectTermPapers.com | 15 | 0 | Apr 24 2006, 06:47 PM<br>In: I'll Jump On This Band Wagon<br>By: pissedoffcustomer |
| | ProfEssays.com | 9 | 6 | Jul 29 2007, 12:44 PM<br>In: An Old Customer<br>By: randomguy |
| | SameDayResearch.com<br>This shady site is operated by the owners of Samedaywriting.com. | 3 | 3 | Mar 20 2006, 06:00 AM<br>In: Samedayresearch.com Rips As...<br>By: Kutnjeff |
| | SuperiorPapers.com<br>Also owns BestEssays.com, BestTermPapers.com, ... Universal Research, LLC<br>11754 Plaza America Drive, #268<br>Reston, VA 20190-4700<br>Subforums: BestTermPaper.com | 12 | 10 | Mar 28 2007, 06:57 PM<br>In: Superior Papers<br>By: ROSSLYN |
| | TermPaperRelief.com | 27 | 50 | Jul 20 2007, 03:58 PM<br>In: Termpaperrelief.com Is A Huge...<br>By: Ash |
| | TermPapersLab.com | 0 | 0 | Apr 5 2006, 05:45 PM<br>In: Warning: Termpaperslab.com<br>By: lary |
| | TopGradeEssays.com<br>Some of the most obvious fraud that we have seen in a long time. | 3 | 35 | Sep 6 2006, 04:03 PM<br>In: Topgradeessays Scam Fraud<br>By: StarSailor |
| | WriteTermPapers.com | 6 | 3 | Dec 7 2006, 06:03 AM<br>In: Writetermpaper.com<br>By: pissedoff |

### Freelance Writing Scams

| Forum | | Topics | Replies | Last Post Info |
|---|---|---|---|---|
| | EssayWriters.net<br>EssayWriters.net (Universal Research LLC) is the bull... | 3 | 69 | Jun 29 2007, 06:10 PM<br>In: Essaywriters.net And Bestessay...<br>By: EssayFraud |
| | Academia-Research.com<br>Academia-Research.com is the banned freelance provider of essay writing services... | 6 | 3 | Sep 2 2006, 06:23 AM<br>In: Academia Research And Essay R...<br>By: duped |
| | Other Freelance Writing Scams<br>This forum contains complaints about other deadbeat freelance companies... | 21 | 10 | Jul 24 2007, 03:46 AM<br>In: Freelance Writing<br>By: pinkish |

### Bogus Universities and Fake Diplomas

| Forum | | Topics | Replies | Last Post Info |
|---|---|---|---|---|
| | Fake University Scam (Rochville, Belford, Ashwood, etc.)<br>This forum is dedicated to complaints about non-existent Bogus "universities"... | 6 | 3 | Mar 5 2007, 06:35 PM<br>In: Pacific University<br>By: student |
| | Rochville University Fraud | 0 | 0 | In:<br>By: |
| | Belford University Fraud | 3 | 12 | Dec 2 2006, 06:22 PM<br>In: Life Experience Degree<br>By: mk20 |
| | Ashwood University Fraud | 0 | 0 | In:<br>By: |

### Board Statistics

Today's active topics · The moderating team · Today's top 20 posters · Overall top 20 posters

3 user(s) active in the past 15 minutes
3 guests, 0 members, 0 anonymous members

**Board Statistics**
Our members have made a total of 2,894 posts
We have 909 registered members
The newest member is sophronty