Peter L. Skolnik
Michael A. Norwick
**LOWENSTEIN SANDLER PC**
65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500
Attorneys for Defendants Student Network Resources, Inc.,
Student Network Resources, LLC and Ross Cohen

RECEIVED
JAN 0 7 2008
AT 8:30_____M
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AXACT (PVT.), LTD.,<br>            Plaintiff,<br><br>-v-<br><br>STUDENT NETWORK RESOURCES, INC.,<br>STUDENT NETWORK RESOURCES, LLC,<br>ROSS COHEN and JOHN DERIT,<br>            Defendants. | Civil Action No. 07-CV-5491 (FLW)<br><br>**STIPULATION AND ORDER EXTENDING TIME TO ANSWER OR MOVE** |

It is hereby STIPULATED and AGREED by and between Plaintiff Axact (Pvt.) Ltd. and Defendants Student Network Resources, Inc., Student Network Resources, LLC, and Ross Cohen, acting through their duly authorized counsel, that the time for Defendants to respond to Plaintiff's Complaint is hereby extended until February 4, 2008.

| | |
|---|---|
| **DREIER LLP**<br>499 Park Avenue<br>New York, NY 10022<br>(212) 328-6100<br>Attorneys for Plaintiff Axact (Pvt.) Ltd. | **LOWENSTEIN SANDLER PC**<br>65 Livingston Avenue<br>Roseland, New Jersey 07068<br>(973) 597-2500<br>Attorneys for Defendants Student Network Resources, Inc., Student Network Resources, LLC, and Ross Cohen |
| By: /s/ Andrew P. Napolitano<br>Andrew P. Napolitano | By: /s/ Peter L. Skolnik<br>Peter L. Skolnik |
| Dated: January 4, 2008 | Dated: January 4, 2008 |

SO ORDERED: _____
Hon. Tonianne J. Bongiovanni, U.S.M.J.

1/7/08