Peter L. Skolnik
Michael A. Norwick
**LOWENSTEIN SANDLER PC**
65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500
Attorneys for Defendants Student Network Resources, Inc.,
Student Network Resources, LLC and Ross Cohen

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AXACT (PVT.), LTD., <br><br> Plaintiff-Counterclaim Defendant, <br><br> -v- <br><br> STUDENT NETWORK RESOURCES, INC., STUDENT NETWORK RESOURCES, LLC, ROSS COHEN and JOHN DERIT, <br><br> Defendants-Counterclaim Plaintiffs. | Civil Action No. 07-CV-5491 (FLW) <br><br><br> **CERTIFICATION PURSUANT TO** <br> **Fed R. Civ. P. 7.1** |

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendants Student Network Resources, Inc., Student Network Resources, LLC and Ross Cohen certify that there are no parent corporations or any publicly held corporations that own 10% or more of their stock.

**LOWENSTEIN SANDLER PC**
Attorneys for Defendants Student Network Resources, Inc.,
Student Network Resources, LLC and Ross Cohen

By: /s/ Peter L. Skolnik
     Peter L. Skolnik

Dated: February 5, 2008

21332/2
02/05/2008 4881174.1