Andrew P. Napolitano (APN-3272)
Dreier LLP
499 Park Avenue
New York, NY 10022
(212) 328-6100

Attorneys for Plaintiff
Axact (Pvt.), Ltd.

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| AXACT (PVT.), LTD., | |
| Plaintiff, | **Civil Action No.** |
| | **3:07-cv-05491 (FLW)(TJB)** |
| v. | |
| | Hon. Tonianne J. Bongiovanni |
| STUDENT NETWORK RESOURCES, INC., | United States Magistrate Judge |
| STUDENT NETWORK RESOURCES, LLC, | |
| ROSS COHEN and JOHN DERIT, | |
| Defendants. | |

**MOTION FOR ADMISSION *PRO HAC VICE*** 

Plaintiff, through undersigned counsel, hereby moves for the admission of Ira S. Sacks and Melanie J. Sacks as *Pro Hac Vice counsel*, and in support thereof states as follows:

1. Ira S. Sacks is a partner at Dreier LLP, 499 Park Avenue, New York, New York 10022, Tel. no.: (212) 328-6100, Fax no.: (212) 328-6101. He is a member in good standing of the bars of the State of New York, the United States District Courts for the Southern and Eastern Districts of New York, the United States Courts of Appeals for the Second, Third, Ninth, Eleventh and Federal Circuits, and the United States Supreme Court. *See* Declaration of Andrew P. Napolitano, ¶ 4, submitted herewith (hereinafter "Napolitano Decl.").

2. Melanie J. Sacks is an associate at Dreier LLP, 499 Park Avenue, New York, New York 10022, Tel. no.: (212) 328-6100, Fax no.: (212) 328-6101. Ms. Sacks is a member in good standing of the bars of the State of New York and the United States District Courts for the Southern and Eastern Districts of New York. Napolitano Decl. ¶ 5.

3. Neither Ira S. Sacks nor Melanie J. Sacks have been suspended or disbarred in any Court, and both are ineligible for admission to the bar of this Court under Local Civ.R. 101.1(b). Napolitano Decl. ¶¶ 3-5.

4. Ira S. Sacks and Melanie J. Sacks have no disciplinary actions pending against them. Napolitano Decl. ¶¶ 4-5.

5. Ira S. Sacks and Melanie J. Sacks have requested that they appear to represent the Plaintiff in this matter. Napolitano Decl. ¶ 2.

6. Ira S. Sacks and Melanie J. Sacks have fully reviewed and are familiar with the Rules of the United States District Court for the District of New Jersey, and agree to be subject to these Rules. Napolitano Decl. ¶ 6.

Dated: New York, New York
February 8, 2008

Respectfully submitted,

/s/ Andrew P. Napolitano
Andrew P. Napolitano
Dreier LLP
499 Park Avenue
New York, NY 10022
(212) 328-6100

*Attorneys for Plaintiff*