Andrew P. Napolitano (APN-3272)
Dreier LLP
499 Park Avenue
New York, NY 10022
(212) 328-6100

Attorneys for Plaintiff
Axact (Pvt.), Ltd.

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AXACT (PVT.), LTD., | |
| Plaintiff, | **Civil Action No.** |
| v. | **3:07-cv-05491 (FLW)(TJB)** |
| | Hon. Tonianne J. Bongiovanni |
| STUDENT NETWORK RESOURCES, INC., STUDENT NETWORK RESOURCES, LLC, ROSS COHEN and JOHN DERIT, | United States Magistrate Judge |
| Defendants. | |

## DECLARATION OF ANDREW P. NAPOLITANO IN SUPPORT OF
## MOTION FOR ADMISSION *PRO HAC VICE*

ANDREW P. NAPOLITANO, of full age, hereby declares as follows:

1. I am an attorney-at-law admitted in the State of New Jersey and a partner at the firm of Dreier LLP. Our office is counsel for Axact (Pvt.), Ltd., plaintiff in the above-captioned matter.

2. I submit this declaration in support of plaintiff's motion for the admission *pro hac vice* of Ira S. Sacks, Esq. and Melanie J. Sacks, Esq. for the purpose of appearing and participating on behalf of plaintiff in this matter.

3. I hereby represent to the Court that the Dreier LLP attorneys whose admission *pro hac vice* are sought are members in good standing of the bar of each state and federal court before which they are admitted, that they are not under suspension or disbarment by any court, and that they are ineligible for admission to the bar of this Court under Local Civ.R. 101.1(b). More particular information with respect to the attorneys whose admission are sought is set forth in paragraphs 4 and 5 of this Declaration.

4. Ira S. Sacks is a partner at Dreier LLP, 499 Park Avenue, New York, New York 10022, Tel. no.: (212) 328-6100, Fax no.: (212) 328-6101, and is a member in good standing of the bars of the State of New York, the United States District Courts for the Southern and Eastern Districts of New York, the United States Courts of Appeals for the Second, Third, Ninth, Eleventh and Federal Circuits, and the United States Supreme Court. Mr. Sacks earned his J.D. from Georgetown University Law School in 1974. He has been in the practice of law in the United States since 1975, has never been disbarred or suspended, and has no disciplinary actions pending against him.

5. Melanie J. Sacks is an associate at Dreier LLP, 499 Park Avenue, New York, New York 10022, Tel. no.: (212) 328-6100, Fax no.: (212) 328-6101, and is a member in good standing of the bars of the State of New York and the United States District Courts for the Southern and Eastern Districts of New York. Ms. Sacks earned her J.D. from the George Washington University Law School in 2003. She has been in the practice of law in the United States since 2004, has never been disbarred or suspended, and has no disciplinary actions pending against her.

6. Mr. Sacks and Ms. Sacks have fully reviewed and are familiar with the Rules of the United States District Court for the District of New Jersey, and agree to be subject to these Rules.

7. Defendant's counsel, Peter L. Skolnik, has consented to the admission of Mr. Sacks and Ms. Sacks *pro hac vice*.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

DATED: February 8, 2008

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Andrew P. Napolitano　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. NAPOLITANO