Andrew P. Napolitano (APN-3272)
Dreier LLP
499 Park Avenue
New York, NY 10022
(212) 328-6100

Attorneys for Plaintiff
Axact (Pvt.), Ltd.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| AXACT (PVT.), LTD., | : |
|  | : |
| Plaintiff, | : **Civil Action No.** |
|  | : **3:07-cv-05491 (FLW)(TJB)** |
| v. | : |
|  | : Hon. Tonianne J. Bongiovanni |
|  | : United States Magistrate Judge |
| STUDENT NETWORK RESOURCES, INC., | : |
| STUDENT NETWORK RESOURCES, LLC, | : |
| ROSS COHEN and JOHN DERIT, | : |
|  | : |
| Defendants. | : |

## PROPOSED ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

THIS MATTER having come before the Court on the unopposed motion of Andrew P. Napolitano, Esq., pursuant to Local Civ.R. 101.1(c), for the admission to practice *pro hac vice* of Ira S. Sacks, Esq. and Melanie J. Sacks, Esq., in the above-referenced action, and the Court having considered the papers submitted, and good cause having been shown; it is hereby

ORDERED that Ira S. Sacks, Esq. and Melanie J. Sacks, Esq., are admitted to practice *pro hac vice* on behalf of the Plaintiff in the above-referenced proceeding, and it is further

ORDERED, that payment be made of the fee of $150.00 to the Clerk of the Court for the *pro hac vice* admission of each of the out-of-state attorneys; and it is further

ORDERED, that the out-of-state attorneys make a payment to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a), for this year and for any subsequent year in which they continue to represent a client in any matter pending in this Court.

Dated: _____, _____ 2008

_____
HON. TONIANNE J. BONGIOVANNI, U.S.M.J.