# Lowenstein Sandler
ATTORNEYS AT LAW

Peter L. Skolnik
Member of the firm
Tel 973 597 2508
Fax 973 597 2509

pskolnik@lowenstein.com

February 6, 2008

VIA FACSIMILE

Hon. Tonianne J. Bongiovanni, USMJ
Clarkson S. Fisher Fedl. Bldg. & U.S. Courthouse
Room 6052
402 E. State Street
Trenton, NJ 08608

RECEIVED
FEB 1 1 2008
AT 8:30_____M
WILLIAM T. WALSH
CLERK

Re:   Axact v. Student Network Services, et al.
      Civil Action No. 07-5491 (FLW)

Dear Judge Bongiovanni:

I represent Defendants-Counterclaimants Student Network Resources, Inc., Student Network Resources, LLP and Ross Cohen in this matter. We have received, via ECF, an Order scheduling the Rule 16 conference for March 18, 2008.

With consent of opposing counsel, I write respectfully to request re-scheduling of this conference. I teach at Cardozo law school on Tuesday evenings, and would be unable to attend an afternoon conference in Trenton. I am also scheduled to attend mandatory anti-harassment training at Lowenstein at noon on March 18.

Opposing counsel and I are available any other day the week of March 18, and on Monday, March 24. Because we travel, respectively, from Manhattan and Roseland, afternoons are preferable.

Thank you for your consideration.

Respectfully submitted,

*Peter Skolnik*

Peter L. Skolnik

PLS:vl

02/06/08 4908177.1

cc:   Ira S. Sacks, Esq. (via facsimile)

*The initial conference is rescheduled to 3/19/08 at 2:30 p.m.*

*So Ordered 2/6/08*

Lowenstein Sandler PC                                                        www.lowenstein.com

Reply:  65 Livingston Avenue Roseland, New Jersey 07068 Tel 973 597 2500 Fax 973 597 2400
        1251 Avenue of the Americas New York, New York 10020 Tel 212 262 6700 Fax 212 262 7402

                                                                             Dockets.Justia.com
                                                                             TOTAL P.02