Andrew P. Napolitano (APN-3272)
Dreier LLP
499 Park Avenue
New York, NY 10022
(212) 328-6100

RECEIVED
FEB 13 2008
AT 8:30_____M
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-------------------------------------------------------------- x
AXACT (PVT.), LTD.                                              :
                 Plaintiff,                           :
                      v.                                 :  Civ. Act. No. 07-CV-5491
                                                           (FLW)
STUDENT NETWORK RESOURCES, INC., STUDENT        :
NETWORK RESOURCES, LLC, ROSS COHEN and           :  **STIPULATION**
JOHN DERIT,                                                      :  **EXTENDING TIME TO**
                 Defendants.                          :  **ANSWER OR MOVE**
-------------------------------------------------------------- x

It is hereby stipulated and agreed by and between Plaintiff Axact (Pvt.) Ltd. and Defendants Student Network Resources, Inc., Student Network Resources, LLC, and Ross Cohen, acting through their duly authorized counsel, that the time for Plaintiff to answer or otherwise respond to the Defendants' counterclaim is hereby extended until March 3, 2008.

{00326809.DOC;}

Dockets.Justia.com

| | | |
|---|---|---|
| DREIER LLP | | LOWENSTEIN SANDLER PC |
| By: /s/ Andrew P. Napolitano<br>Andrew P. Napolitano<br>499 Park Avenue<br>New York, NY 10022<br>(212) 328-6100<br>*Attorneys for Plaintiff*<br>*Axact (Pvt.), Ltd.* | By: | /s/ Peter L. Skolnik<br>Peter L. Skolnik<br>65 Livingston Avenue<br>Roseland, NJ 07068<br>(973) 597-2500<br>*Attorneys for Defendants Student*<br>*Network Resources, Inc., Student*<br>*Network Resources, LLC and*<br>*Ross Cohen* |

SO ORDERED:

_____
Hon. Tonianne J. Bongiovanni, U.S.M.J.

2/11/08