**EXHIBIT A**

**Research Papers**

Questions? 📞 Call Toll Free: 866-660-1717

| HOME | FEE STRUCTURE | HOW TO PROCEED? | ORDER NOW | CONTACT US |

📞 PHONE TOLL FREE 866-660-1717 | ➡️ LIVE CHAT Click Here
📠 FAX 512-646-3504 | ✉️ E-MAIL Click Here

## IVY Research Papers, Inc. Provides:
## Custom Research Papers
### Custom, Original and Non-Plagiarized
### Research Paper Writing and Rewriting
### Services -Within Your Deadline

**Break free. Get your research paper for 25% less! Order Now.**





---

### ❂ *100% Money-back Guarantee*

*Money Back Guarantee, If we are unable to write your paper for any reason!*

**Remember**, we are the only writing service which provides a money-back guarantee if in any case we are unable to write your paper! Try us and we will prove that quality writing can be produced in record time!

**Order your custom research paper for as low as $9.95 per page!**



(Couldn't be cheaper than this!)

---

## Welcome Students and Knowledge Seekers!

We are a group of retired professors holding nothing less than PhDs in our respective fields. During the years we served as senior faculty members and research associates at various **IVY LEAGUE UNIVERSITIES**, we became well-aware of the pain and frustration that students endure during research paper writing. We know how they feel when their professors reject their research papers due to **insufficient data, inadequate research, ineffective writing style, or incorrect formatting and compilation.**

**What to Do? How to Go About It?**
These frustrations frequently result in students missing their deadlines. If you are a student struggling with your research paper, I am sure you can identify with this scenario.

**If finding custom written, original and non-plagiarized research paper-writing
services is your concern, then look no more!**

**Take a leap. Get your research paper for 25% less! (Just $9.95/page.)**



## How Does It Work? Why Does It Work?

### The Secrets of Successful Research Paper Writing –
### An Insider's View

We have read literally thousands of research papers during our respective careers. We know
what it takes to get a research paper accepted, what a professor looks for in a research paper
and how he ensures that the research paper isn't plagiarized.

Let us also put an end to a long-standing myth: there's no such thing as **"one-size-fits-all"** research
paper writing. Each individual research paper must be **carefully researched** and then **written**, an
**argument** has to be **developed** that reaches a **successful conclusion**, all of which
we ensure in the research papers we write. So each research paper is:

» **Customized**
» **Original**
» **Aptly Formatted (APA, MLA, Chicago, Turabian, Harvard, etc.)**
» **Inclusive of Bibliography and References**

*We can help!* We are not businessmen. We are educators who want to help students through our
insight and experience in research paper writing and rewriting. We have already helped thousands of
students with their research papers.

**Heard enough? Ready to order? Great!
Just click here and you'll be on your way.**



 

## Does This Sound Familiar?

• Would you be able to write my research paper?
• I have particular specifications that I would like to have in my research paper. Is it possible?
• Would my professor be able to detect that I have not written the research paper myself?
• My deadline is strict, Can you help?
• Would you do the research for me?

**Day after day, we get questions like these from students, and we tell
them, "Yes! We can do that!"**

### "Just Imagine..."

**For Only $9.95 Per Page** *(LOWEST on the WEB- No Doubt About It!)*

» We will write your research paper for you.
» We will conduct the full research.
» We will provide **Free** title page, table of contents, and references and     bibliography.
» We will provide **Free** revisions for your research papers *(in case of any deviation from the original order specifications)*.
» We will format your research paper in any of these formats: **APA, MLA, Chicago, Harvard, or others.**

**Achieve 100% Satisfaction**
**Order Your Research Paper Right away!**

## If you decide your research paper is not as good as we say it is, just ask for a revision and it's yours. No ifs, buts, or maybes. No wrangling, haggling, or questions!

### Order Your Research Paper Right away!





STOP HAVING NIGHTMARES ABOUT DEADLINES!
GET HIGH QUALITY CUSTOM RESEARCH PAPERS IN AS
**2 TO 24 HOURS...**
CALL TOLL FREE 888-688-1717

CLICK HERE
TO ORDER YOUR
PAPER NOW!

### In addition:

## Amendments for just $5 per page!
## An unbelievably astonishing offer!
It's a well-known fact that writing agencies on the web treat amendments as new projects and charge accordingly. We, on the other hand, will make any desired amendment or any addition to your original
order for
**$5 per page** only!

There, reading this offer has just **saved you $100 in advance!!!**

### Order Your Research Paper Right Away!

Our current database of satisfied customers is **50,000** and still growing.
Every day we receive letters of gratitude from students
who have submitted their research papers and had them accepted.

**"I had the first draft of my research paper in my hand within 4 days; whereas most of my classmates hadn't even taken a start. What a relief to have found you Andrew!"**- Adrian J. Seath

**"I was too frustrated when my research paper on the Victorian era got rejected twice;**

but you were able to successfully rewrite it for me." – Marjorie Holmes

**"A One Of A Kind Quality Service.**
**It's Unique. It's Super-Fast. And It Works!" – says a research paper student**

## Seeing is believing! Ready to order your research paper? Great! Just click here and you'll be on your way.







## Qualified Writers and PhDs! (The best kind!)

No college dropouts or novice writers for you. We are a premium writing agency
with professors and research associates who are nothing less than PhDs themselves.

## Any Topic, Any Major!

You name your topic and we will write about it. A writer who has a specialization
in your field will be assigned to take care of it.

## Special consideration for international students

No matter what your geographic location, we can accommodate the cultural
requirements of your particular region.

### What Would It Look Like?

**APA Style Sample**

**Your final research paper document would be sent:**
·' As an e-mail attachment
· In MS word format
· Consisting of 225 words per page.
·· **In your requested format APA, MLA, Chicago, Turabian,**
  **Harvard, or any other you specify)**
·' As a fully proofread document



**Title page**
**(Free)**

Back     Next

## How Will You Get It?

### Our Service Functions 24 Hours a Day (24 x 7 x 365)

Worried about keeping in contact throughout the writing procedure of your
research paper? Be assured you will be provided with a functional fax number, as
well as an **order reference number**, with which you can:

·' **Check the status of your order**

·· **Request a revision**

## Stop worrying about your research paper!

## Stop staring blankly at your computer screen.

## Stop wondering if you're doing it right.

**Stop missing your deadline.**

**Break free! Just click here and you'll be on your way.**





All Major Credit Cards Accepted

 

**2CO is an authorized retailer for goods and services provided by ivyresearchpapers.com.**
ivyresearchpapers.com provides custom term paper writing/rewriting services inclusive of research
material, for assistance purposes only. The term papers should be used with proper reference.

Buy original written research papers in mla & other format



**Home** | **Fee Structure** | **How to Proceed?** | **Order Now** | **Contact Us**

Customer Support Center

Frequently Asked Questions          Research Paper Revision Form          Order Tracking

**Disclaimer:** Ivy Research Papers provides custom research paper writing/rewriting services
inclusive of research material, for model purposes only. The papers should
be used with proper reference.
All rights reserved © 2003, Ivy Research Papers, Inc.
Conditions and Policies



**EXHIBIT B**





Mail.com the best personalized free web-based email

http://mail01.mail.com/scripts/common/home_main?a=8f9813953a8036d31a2c3163

Mail.com the best personalized

**Received:** (qmail 31900 invoked by uid 0); 17 Dec 2007 23:43:14 -0000
**X-Ob-Received:** from unknown (192.168.8.17) by ma1-6.us4.outblaze.com; 17 Dec 2007 23:43:14 -0000
**Received:** from [POAEZ1834MIA.mailianca.com (mailianca.com [209.213.114.29]) by spf13.us4.outblaze.com
(Postfix) with ESMTP id B3B6C19FB7 for <sandramyers412@mail.com>; Mon, 17 Dec 2007 23:29:37 +0000
(GMT)
**Received:** from WEB ([202.142.191.73]) by mailtance.com with MailEnable ESMTP; Mon, 17 Dec 2007 15:12:52 -
0500
**Thread-Index:** Ac7x6TzD6PFnjxRRjy8astOoIY3wr9g==
**Thread-Topic:** Order Ref #3118182
**Message-Id:** <01770fc540a653aca2ee01807f0a0a5d@xxxx.com>
**Mime-Version:** 1.0
**Content-Type:** multipart/alternative; boundary="----=_NextPart_000_0178_01C84113.25A0308E0"
**X-Mailer:** Microsoft CDO for Windows 2000
**Content-Class:** urn:content-classes:message
**Importance:** normal
**Priority:** normal
**X-MimeOLE:** Produced By Microsoft MimeOLE V6.00.3790.2929

**Show Basic Headers**

**Content-Type:** text/html; charset=iso-8859-1
**Content-Transfer-Encoding:** 7bit

Dear Sandra Myers,

This email is being sent on behalf of our billing company "EDUCATION SERVICE PROVIDER".

As per our records, your payment for order ref #3118182 could not be verified. Keeping in view the same your order has now been put on HOLD.

EDUCATION SERVICE PROVIDER was unable to contact you as you didn't provide with any number.

Kindly note that your order can only be processed upon the verification required. Hence, it is once again requested that you call the billing company at 866-393-3377 for verification of your order.

Upon the verification of your details, the paper will be completed and delivered as prioritized. If you have any further concerns then feel free to contact us through Customer Support Form.

Thanking you in anticipation and looking forward to have your cooperation in this regard.

Customer Service

Back To INBOX

Reply   Reply All   Forward   As Attachment   Delete   Move To   Previous | Next | Back To INBOX



m@il.com    Mail.com the best personalized free web-based email

Mail.com the best personaliz

http://mail01.mail.com/scripts/common/home.main?a=8f9813985f3a803bc3fcadab12668ac0    ???Help

Google    Search

6 NIGHT EVENT
DUEL
the tension is building...
night 2 tonight 8/7c

Read Message    Printable Version / Print with annotation    Previous | Next

Reply    Reply All    Forward    As Attachment    Add annotation    Delete    Move To

From: "Ivy Research Papers" <care@ivyresearchpapers.com>    Save Address    Block Sender    This is Spam

To: <sandramyers412@mail.com>
CC:
Subject: Sandra, your completed assignment (3118182) on the topic of 'Othello.' by site Ivy Research Papers
Date: Tue, 18 Dec 2007 09:07:45 +0500
Return-Path: <care@ivyresearchpapers.com>
Delivered-To: sandramyers412.mail.com@mail.com
Received: (qmail 5244 invoked by uid 0); 18 Dec 2007 04:10:30 -0000
X-Ob-Received: from unknown (192.168.8.17) by mar1-8.us4.outblaze.com; 18 Dec 2007 04:10:30 -0000
Received: from PD4EZ1921MIA.offshoreemail.com (offshoreemail.com [209.213.114.24]) by
spf13.us4.outblaze.com (Postfix) with ESMTP id 5150717F41 for <sandramyers412@mail.com>; Tue, 18 Dec
2007 04:07:33 +0000 (GMT)
Received: from content ([202.125.134.86]) by offshoreemail.com with MailEnable ESMTP; Mon, 17 Dec 2007
23:07:33 -0500
Thread-Index: AchBK4tpOnd5h9eRaq0x04bzuFiA==
Thread-Topic: Sandra, your completed assignment (3118182) on the topic of 'Othello.' by site Ivy Research
Papers
Message-Id: <GEB8319AE159D04EA0B7E20F088583764@axad.com>
Mime-Version: 1.0
Content-Type: multipart/mixed; boundary="----_=_NextPart_000_04C6_01C84155.743F9A10"
X-Mailer: Microsoft CDO for Windows 2000
Content-Class: urn:content-classes:message
Importance: normal
Priority: normal
X-MimeOLE: Produced By Microsoft MimeOLE V6.00.2790.3959
X-Antivirus: avast! (VPS 071217-0, 12/17/2007), Outbound message
X-Antivirus-Status: Clean

Show Basic Headers    Back To INBOX!

Content-Type: text/html; charset=iso-8859-1
Content-Transfer-Encoding: 8bit

Dear Sandra,

Your order has been successfully completed. Kindly download your attached paper on the topic of 'Othello'.

AOL food

Top 11
THINGS
BACON
TASTES
GREAT ON

Mail.com the best personalized free web-based email

http://p1/mail01.mail.com/scripts/common/home.main?a=8198139851a8036o1catab42668a=©

X-Mailer: Microsoft CDO for Windows 2000
Content-Class: urn:content-classes:message
Importance: normal
Priority: normal
X-Mimeole: Produced By Microsoft MimeOLE V6.00.3790.3959
X-Antivirus: avast! (VPS 071217-0, 1217/2007), Outbound message
X-Antivirus-Status: Clean

**Show Basic Headers**                                    **Back To INBOX!**

Content-Type: text/html; charset=iso-8859-1
Content-Transfer-Encoding: 8bit

Dear Sandra,

Your order has been successfully completed. Kindly download your attached paper on the topic of 'Othello'.

If you are unable to open the attachment, then kindly download it by using the password given below.

Password: 81460905

Please click here to enter the password provided.

Our writers have worked hard so that you can achieve the grades you've aimed for. Writing your paper was a pleasing experience and we are
sure that you will be satisfied with the paper we have prepared.

We hope that you must have also enjoyed our services and would be ordering at our site again whenever you require custom writing services.

If you'd like to have more papers written on any of your desired topics, you can place another order by clicking the link given below. Ordering
now will get you our same special discounted prices (ending very soon) and special consideration in the completion date of your order.

Click here to type the topic of your paper and place an order.

Continue enjoying our services.

Regards,

Ivy Research Papers

In order to reply to this e-mail, kindly click here to contact the 24-hour Customer Support Center at Ivy Research Papers.

Content-Type: application/msword; name=3118182-76183.doc
Content-Transfer-Encoding: base64
Content-Disposition: attachment; filename=3118182-76183.doc

3118182-76183.doc [-36K]

Reply   Reply All   Forward   As Attachment ▼      Delete      Move To       Previous | Next | Back To INBOX!



© Copyright 2007 mail.com All rights reserved

**EXHIBIT C**

Othello

[Name of the writer]

[Name of the institution]

Othello

Tragedy is defined as a drama or literary work in which the main character is brought to ruin or suffers extreme sorrow, especially as a consequence of a tragic flaw. This tragic flaw is inborn to the main character. The tragic hero must be noble, having a higher stature than most men, must have a tragic flaw and this flaw must play the primary role in his downfall. In William Shakespeare's Othello, Othello is a tragic hero.

Othello is a nobleman and a general in Cyprus. He lives in a mansion and has several people under his command. Cassio is his lieutenant and Iago is his Ancient. Othello speaks of his high rank and good wealth:

From men of royal siege, and my demerits

May speak unconnected to as proud a fortune

As this that I have reached. (Act I, scene II, lines 21-24)

Othello is very wealthy and is of high status. Also, Othello is confident of his merit, his claim to respect and worth. Othello, being a soldier all his life, is seen as a very honorable man. His title alone, governor-general, presents an air of nobility, confidence, and strength. This title defines someone who is held in high esteem by the people of Venice:

In the presence of the Othello, Iago appears to be loyal and respectful. He is of high estate, having people under him, such as Cassio and Iago. At the peak of Othello's rage, when

Othello was finally convinced that Desdemona was cheating on him, he still could not speak to her about it. Othello hits Desdemona in public as a result of the passion of his misconceptions. "…my ancient: a man he is of honesty and trust.

r Othello,


Is come on shore; the Moor himself at sea

     And is in full commission here for Cyprus; in Othello's last speech, it is as if Othello steps out of the part of himself containing the flaw that was responsible for his deeds and kills it: "Set you down this; and say besides that in Aleppo once where a malignant and a turbaned Turk beat a Venetian and traduced the state, I took by th'throat the circumcised dog and smote him thus. Othello does not want to believe it at first but he then later sends Iago to give him proof of Desdemona's unfaithfulness;

     Othello

     Nor from mine own weak merits will I draw

     The smallest fear or doubt of her revolt,

     For she had eyes and chose me.

     Othello becomes even more jealous of Desdemona:

     Othello

     Lie on her? Lie on her? We say lie on her when they

Belie her. He begins to become suspicious of her intentions and asks Iago for proof of the affair. In the beginning of the quote Othello reassures himself by saying that Desdemona chose him and that she would never cheat on him. Due to the lack of communication, no one was able to recognize Iago as a possible cause to all of the conflicts arising. Othello finally listens to what the deceiving Iago has done to him when Othello has killed Desdemona. The 'Poetics' of Aristotle are extremely significant when distinguishing the characteristics of tragedy, and particularly important when analyzing the character of Othello as a tragic hero. Aristotle writes that there are certain qualities which define a tragic hero: peripatetic, the undergoing of a downfall; hamartia, evidence of a fatal flaw; anagnorisis, recognition of these flaws; and catharsis, the purging of emotions from the audience.

There has been much debate over the subject of Othello as a tragic hero, and over the last century the views of two critics have been particularly influential. A. C. Bradley states that Othello is Shakespeare's most romantic character, whose nature remains noble throughout, whereas F. R. Leavis disagrees, arguing that Othello was never noble to begin with, and gives in too easy to the manipulations of Iago. Not every play in which a Hero dies is considered a tragedy. There are more elements needed to label a play one. Probably the most important element

is an amount of free will. In every tragedy, the characters must
display some. If every action is controlled by a hero's destiny,
then the hero's death can't be avoided, and in a tragedy the sad
part is that it could. Hamlet's death could have been avoided
many times. Hamlet had many opportunities to kill Claudius, but
did not take advantage of them.

Bibliography

Brown, John Russell, ed.  Shakespeare in Performance:  An
Introduction through Six Major Plays.  NY:  Harcourt Brace
Jovanovich, 1976.  Plays, including Othello, have pictures from
different productions and comments on how actors should play the
motivation.

Burge, Stuart, director.  Shakespeare's Othello.  Film,
1965.  National Theater production with Laurence Olivier as
Othello, Frank Finlay as Iago, Maggie Smith as Desdemona, and
Derik Jacobi as Cassio.

Melton, Franklin, director.  Shakespeare's Othello.  Bard
Productions, video, 1985, starring William Marshall as Othello,
Ron Moody as Iago and Jenny Agutter as Desdemona.

**EXHIBIT D**



Get immediate access to thousands of high quality papers and essays.

Mega Essays Home | Questions? | Acceptable Use | Customer Care | Site Search

**Enter Essay Topic:**

**Subjects:**
- Acceptance Essays
- Arts
- Custom Papers
- English
- Foreign
- History
- Miscellaneous
- Movies
- Music
- Novels
- People
- Politics
- Religion
- Science
- Sports
- Technology

**Login:**
- Member Login
- Join Now!

Click here to Join Now! by: Credit Card

Click here to Join Now! by: Online Check

Click here to Join Now! by: Phone 1-900

# Othello- a tragic hero

Tragedy is defined as a drama or literary work in which the main character is brought to ruin or suffers extreme sorrow, especially as a consequence of a tragic flaw . This tragic flaw is inborn to the main character. The tragic hero must be noble, having a higher stature than most men, must have a tragic flaw and this flaw must play the primary role in his downfall. In William Shakespeare's Othello, Othello is a tragic hero.

Othello is a nobleman and a general in Cyprus. He lives in a mansion and has several people under his command. Cassio is his lieutenant and Iago is his Ancient. Othello speaks of his high rank and good wealth:

From men of royal siege, and my demerits

May speak unbonneted to as proud a fortune

As this that I have reach'd. (Act I, scene II, lines 21-24)

Othello is very wealthy and is of high status. Also, Othello is confident of his merit, his claim to respect and worth. Othello, being a soldier all his life, is seen as a very honorable man. His title alone, governor-general, presents an air of nobility, confidence, and strength. This title defines someone who is held in high esteem by the people of Venice:

. . .

In the presence of the Othello, Iago appears to be loyal and respectful. He is of high estate, having people under him, such as Cassio and Iago. At the peak of Othello's rage, when Othello was finally convinced that Desdemona was cheating on him, he still could not speak to her about it. Othello hits Desdemona in public as a result of the passion of his misconceptions. "...my ancient: a man he is of honesty and trust. r Othello,

Is come on shore; the Moor himself at sea,

And is in full commission here for Cyprus. In Othello's last speech, it is as if Othello steps out of the part of himself containing the flaw that was responsible for his deeds and kills it: "Set you down this; and say besides that in Aleppo once where a malignant and a turban'd Turk beat a Venetian and traduced the state, I took by th'throat the circumcised dog and smote him thus. Othello does not want to believe it at first but he then later sends Iago to give him proof of Desdemona's unfaithfulness;

Othello

Othello - a tragic hero essays

http://www.megaessays.com/viewpaper/8104.html

Nor from mine own weak merits will I draw

The smallest fear or doubt of her revolt,

For she had eyes and chose me.

Othello becomes even more jealous of Desdemona:

Othello

Lie on her? Lie on her? We say lie on her when they

belie her. He begins to become suspicious of her intentions and asks Iago for proof of the affair. In the beginning of the quote Othello reassures himself by saying that Desdemona chose him and that she would never cheat on him. Due to the lack of communication, no one was able to recognize Iago as a possible cause to all of the conflicts arising. Othello finally listens to what the deceiving Iago has done to him when Othello has killed Desdemona.

**Common topics in this essay:**
Act IV, Iago Othello, Iago Othellos, Desdemona Desdemona, Ancient Othello, Act III, , Othello Othello, Cassio Due, O Act, tragic flaw, act scene, tragic hero, scene ii, scene lines, scene ii lines, ii lines, ultimate downfall, act scene ii, iv scene lines, othello stricken, othellos speech, desdemona cheating, act iv scene, william shakespeares othello.

See the rest of the paper. Join Now!

Approximate Word count = 1343
Approximate Pages = 5 (250 words per page double spaced)

**Already a member? Click here**

| Click here to Join Now! by: Credit Card | Click here to Join Now! by: Online Check | Click here to Join Now! by: Phone 1-900 |
|---|---|---|

**Want to** view this paper **along with** 100,000 other term papers, essays, and book reports?
Instant access, **single user memberships** can be purchased online with a credit card, online check **or by** 1-900 number.

| Membership Plans | Credit Card | Check | Phone | Savings |
|---|---|---|---|---|
| 30 day membership (recurring billing) | $19.95 | $24.95 | | |
| 30 day membership (non-recurring billing) | | | $34.95 | |
| 90 day membership (recurring billing) | $39.95 | $49.95 | | 32% |
| 180 day membership (non-recurring billing) | $59.95 | $74.95 | | 50% |

CREDIT CARD                ONLINE CHECK

( Instant Credit Card Access )    ( Yes Bill My Bank Account )

( I Forgot My Password )    ( I Forgot My Password )

( Customer Support )    ( Customer Support )



**Common topics in this essay:**
Act IV, Iago Othello, Iago Othellos, Desdemona Desdemona, Ancient Othello, Act III, , Othello Othello, Cassio Due, O Act, tragic flaw, act scene, tragic hero, scene ii, scene lines, scene ii lines, ii lines, ultimate downfall, act scene ii, iv scene lines, othello stricken, othellos speech, desdemona cheating, act iv scene, william shakespeares othello,

See the rest of the paper. **Join Now!**

Approximate Word count = **1343**
Approximate Pages = **5** (250 words per page double spaced)

**Already a member? Click here**

| Click here to Join Now! by: Credit Card | Click here to Join Now! by: Online Check | Click here to Join Now! by: Phone 1-900 |
|---|---|---|

**Want to view this paper along with 100,000 other term papers, essays, and book reports?**
Instant access, single user memberships can be purchased online with a credit card, online check or by 1-900 number.

| Membership Plans | Credit Card | Check | Phone | Savings |
|---|---|---|---|---|
| 30 day membership (recurring billing) | $19.95 | $24.95 | | |
| 30 day membership (non-recurring billing) | | | $34.95 | |
| 90 day membership (recurring billing) | $39.95 | $49.95 | | 32% |
| 180 day membership (non-recurring billing) | $59.95 | $74.95 | | 50% |

CREDIT CARD          ONLINE CHECK

( Instant Credit Card Access )   ( Yes Bill My Bank Account )

( I Forgot My Password )      ( I Forgot My Password )

( Customer Support )        ( Customer Support )

JOIN BY PHONE

( Join By 1-900 )

Get immediate access to over 100,000
high quality term papers and essays!!!

Webmasters make $$$!

All papers are for research and references purposes only!
Copyright (c) 2001-2007 **Mega Essays LLC**
All rights reserved. **DMCA** NEW



PlanetPapers – Othello as a tragic hero

http://web.archive.org/web/20061018222648/http://www.planetpapers.com/Assets/6504.php

# What's Your Term Paper On?

Search [ Search ]

Enter your essay topic

search tips | power search   [ -> Jump to: ]

What's New | Top10 Essays | Login or Signup

## Enter Your Paper Topic Here:

[ Search ]

### CLICK HERE FOR MORE THAN 50,000 PAPERS

*Index: Literature: Shakespeare: Othello*

## Othello as a tragic hero
### Written by: b1e9x8y9

To what extant does Othello represent the idea of the tragic hero?

The ◆Poetics◆ of Aristotle are extremely significant when distinguishing the characteristics of tragedy, and particularly important when analysing the character of Othello as a tragic hero. Aristotle writes that there are certain qualities which define a tragic hero: peripeteia, the undergoing of a downfall; hamartia, evidence of a fatal flaw; anagnorisis, recognition of these flaws; and catharsis, the purging of emotions from the audience.

There has been much debate over the subject of Othello as a tragic hero, and over the last century the views of two critics have been particularly influential. A. C. Bradley# states that Othello is Shakespeare◆s most romantic character, whose nature remains noble throughout, whereas F. R. Leavis# disagrees, arguing that Othello was never noble to begin with, and gives in too easy to the manipulations of Iago.

When considering Othello as a tragic hero, there has been a lot of discussion over whether his character undergoes peripeteia. A. C. Bradley believes that Othello ◆has played the hero and borne a charmed life◆ and describes him as ◆a great man◆ conscious of his own worth◆. For me, Othello◆s nobility is unmistakable from the constant references made to him as ◆valiant Othello◆ (1.ii.49) by the majority of the other characters. He is evidently well respected and looked up to, and therefore must possess an element of decency. This heroic and noble understanding of Othello is reinforced when Shakespeare compares him with Christ when ◆Brabantio, Roderigo, with Officers and torches and weapons◆ (1.ii.54) enter the second scene of Act 1. This action vividly echoes the Gospel when Christ and his followers are met by officers carrying swords and torches. This same comparison can be made when Othello avoids any physical attack telling the opposition to ◆keep up [their] bright swords, for the dew will rust / them◆ (1.ii.59), perhaps mirroring Christ◆s

**FRIENDS**

Essay.org
MostPopular-term-
Papers.com
1MillionPapers
OPPapers
AntiEssays
HotEssays
BigNerds
FastPapers.com
EssayWorld
AntiStudy
EssayWriters
eCheat.com
NetEssays
ChuckIII.com
CollegeTermPapers
ReportFinders.com
Term Paper Sites
EssayFinder.com

CLICK HERE
Tell a friend
about this
site.

• Read User Comments
• Rate/Comment on this essay
• Cite this essay: MLA, APA
• Print this essay

Essay Links
Link to us
Contact
Us

words, ◆Put up thy sword into the sheath◆ from the Gospel. Shakespeare therefore perhaps makes this connection between an idolised figure and Othello, emphasising these positive qualities about him and adding credibility to Bradley◆s views.

F. R. Leavis considers Othello much more negatively; he believes that he gives in too easily to Iago◆s manipulations. Bradley◆s argument is that ◆it was no sign of stupidity in Othello◆ to place his trust in Iago, and ◆it would have been quite unnatural in him to be unmoved by the warnings of so honest a friend◆, claiming that everyone trusted Iago and that it is unfair to blame Othello wholly for his actions. This is recognisable from the Play: Roderigo, Cassio and Emilia are prime examples of characters also under Iago◆s selfish manipulation, and the words ◆honest Iago◆ are uttered continuously by the majority of the characters throughout the play, not just by Othello, emphasising this point.

Othello himself notices his nobility, apparent when he says, ◆My parts, my title and my perfect soul / Shall manifest me rightly◆ (1.ii.31). This supports the proud and strong nature Bradley perceives in him. In contrast, F. R. Leavis believes that this conveys an arrogant and sacrilegious quality, however for me, this negative characteristic is dominated by Othello◆s dignity. Leavis also comments on his ◆noble egotism◆, believing that Othello has a negative element of ◆self- approving self-dramatization◆ throughout the play, suggesting that he does not undergo a downfall as he didn◆t possess heroic qualities to begin with.

A. C. Bradley claims that at the end of the play ◆the Othello of the Council-chamber and the quay of Cyprus has returned, or a greater and nobler Othello still◆ conveying a belief, like F. R. Leavis, that Othello does not undergo a downfall, however in contrast, he suggests that Othello remains noble throughout and is perhaps even more so by the end of the play. To a certain extent, this statement is understandable, as the other characters do not blame Othello in the end for his actions taken against Desdemona, and refer to him passionately as a man who was ◆great of heart◆ (V.ii.358), still believing entirely in his nobility. However, for me, this is exaggerated, as although Othello was clearly manipulated by Iago and therefore not necessarily to blame, for a man of such calmness at the beginning of the play, his actions in Act 5 demonstrate a definite downfall in his persona; the contrast between the Othello we meet in the first act, and the Othello in the fifth is almost disturbing. His relaxed and sensible character is demonstrated on our first meeting with Othello, when he calmly tells Brabantio and his followers to ◆Hold [their] hands◆ and claims that ◆Were it [his] cue to fight, [he] should have known it / Without any prompter◆ (1.ii.83-84) keeping a difficult situation under control with dignity. Later in the fifth act, Othello harshly addresses Desdemona as a ◆minion◆ closely followed by a ◆strumpet◆ (V.i.33-34), both of which suggest him to be intensely angry, not to mention his murderous proceedings, and even after this he threatens Emilia with the words ◆Peace, you were best!◆ (V.ii.157) dramatically contrasting with earlier in the play. This anger is repeatedly evident throughout the fourth and fifth acts. Although Bradley also believes that Othello is in his fall in these later acts, he argues that ◆his fall is never complete.◆ Whilst A. C. Bradley views him as ◆by far the most romantic figure among Shakespeare◆s heroes◆, he does admit to flawed qualities in Othello◆s character:

Othello◆s mind, for all its poetry, is very simple◆ Emotion excites his imagination, but confuses and dulls his intellect.

For me, this is a reasonable comment to make, as Othello appears to be quite single- minded when he exclaims to Iago that ◆to be once in doubt / Is once to be resolved◆ (III.iii.182-183), suggesting that one moment of suspicion enforces an eternal doubt. This is also supported by Othello◆s fixed trust for Iago until the final moments of the play, and by his certainty that Desdemona is untrustworthy, provoked only by suspicion and paranoia. However it is perhaps evident from Othello◆s words ◆I◆ll have some proof◆ (III.iii.389) that he is not as susceptible as Bradley proposes, as he demands

for 'ocular proof' to provide evidence for Desdemona's disloyalty.

F. R. Leavis considers a different theory; in opposition to Bradley's insistence that Othello was 'not easily jealous', he argues that jealousy is the basis of the problem, suggesting evidence in Othello's words:

Haply for I am black / And have not those soft parts of conversation / That Chamberers have, or for I am declined / Into the vale of years (III.iii.267-270)

Leavis believes that this is a 'fully explicit expression of something he had already, pages back.' For me, it does become apparent earlier that jealousy is present in Othello's mind when he says, 'and yet how nature, erring from itself', (III.iii.231) admitting suspicion about Desdemona and Cassio.

However, for A.C. Bradley and I alike, this increasing emotion is through little fault of his own. Manipulative Iago is unquestionably responsible for Othello's jealousy, evident from his scheming use of repetition and questioning when selfishly provoking him to suspect Desdemona and Cassio: Othello asks, 'Is he not honest?' receiving Iago's reply, 'Honest, my lord?' (III.iii.103-104) who is deliberately avoiding the point and slyly prompting an increase of suspicion in Othello. For me, it is not jealousy, but Othello's susceptible mind that is his fatal flaw and his lack of self-awareness in this regard, as Iago cunningly uses it against him throughout the play to provoke and intensify natural emotions.

Whether Othello eventually comes to recognise this fault is debatable; he undoubtedly realises his lack of judgement, after discovering the truth about Iago, however it is questionable whether he truly understands his mistake. A.C. Bradley considers Othello's murderous actions as necessary and even noble:

The deed he is bound to do is no murder, but a sacrifice. He is to save Desdemona from herself, not in hate but in honour, in honour and also in love.

This idea is evident from the play when Othello claims before murdering Desdemona that 'she must die, else she'll betray more men' (V.ii.6), as from this he appears to be acting out of obligation rather than out of choice. This is supported by when 'he [smells, then] kisses her', conveying himself to be in genuine anguish. However, this is perhaps contradicted not long after as Othello claims that 'Had all his hairs been lives / My great revenge had stomach for them all' (V.ii.73-74), portraying a passionate anger that conflicts greatly with Bradley's view that it was an honourable murder.

F. R. Leavis believes that Othello 'has discovered his mistake, but there is no tragic self-discovery', which for me, is a rational statement to make, as Othello appears to be more concerned with his status and the amount of attention he is receiving, than truly recognising what he has done. This is clear from Act 5, in particular when Othello aggressively cries 'Behold, I have a weapon' (V.ii.258) at an extremely inappropriate moment as though desperate to divert all the attention to himself. These words then advance into a speech in which Leavis' idea that Othello has an element of 'self- dramatization' becomes increasingly obvious:

O cursed, cursed slave! / Whip me, ye devils, / From the possession of this heavenly sight! (V.ii.274-276)

For me, Othello demonstrates from these lines an over-exaggerated performance in order to provoke pity from the other characters to divert any initial disgust, however, it is perhaps reasonable to suggest that this dramatized speech is just a convention of the theatre rather than a true reflection of Othello himself.

Case 3:07-cv-05491-FLW-TJB   Document 18-1   Filed 02/25/08   Page 26 of 73 PageID: 234

O cursed, cursed slave! / Whip me, ye devils, / From the possession of this heavenly sight! (V.ii.274-276)

For me, Othello demonstrates from these lines an over-exaggerated performance in order to provoke pity from the other characters to divert any initial disgust. However, it is perhaps reasonable to suggest that this dramatized speech is just a convention of the theatre rather than a true reflection of Othello himself.

Later, Othello compares his actions to be �like the base Indian, [who] threw a pearl away� (V.ii.345). Shakespeare could here be making reference to the ignorance of the Indians who were unaware of the value of their gold, therefore suggesting that Othello is aware of his wrongdoings. However, there has been much debate over whether Shakespeare meant �Indian� or �Judean� here; the folio version states Iudean, which is perhaps significant as it could refer to Judas, Jesus�s disciple. Judas betrayed Jesus, similar to Othello�s betrayal to Desdemona, and threw away �a precious pearl�. In a way, this supports that Othello does recognise his flaws, however for me, it strengthens Leavis�s view that Othello is dramatizing the situation, and contradicts Bradley�s insistence that �his grandeur remains almost undiminished� as either way he is admitting to treachery.

Although Othello is perhaps disliked by the audience at this point, for me, he undoubtedly stirs pity in the audience on numerous occasions throughout the play. When Othello first demonstrates his suspicions and jealousy in Act 3, Scene 3, it is conceivable that he begins to provoke a pitiful response from the audience. This is suggested from his words proceeding from �Haply for I am black�� (III.iii.267), as he is evidently worrying about aspects of his character because of a false suspicion that Iago has manipulatively introduced to his mind, therefore the audience would most likely sympathize with him. A. C. Bradley agrees that �our sympathy with him is hardly touched by any feeling of humiliation.� For me, Iago�s scheming attitude against Othello almost certainly triggers an emotional response. However, it can be argued that any audience would be disgraced by Othello�s vulnerability at this point, rather than pity his situation.

Later, just before the death of Desdemona, Othello expresses that he �must weep, / But they are cruel tears� (V.ii.20-21). F.R. Leavis would argue that here Othello is perhaps acting and has a �preoccupation with his emotions rather than with Desdemona in her own right�, however for me, he appears genuinely distressed, and certainly would cause the audience to express pity at this point.

Overall, for me, Othello undoubtedly demonstrates the main qualities which define a tragic hero: his downfall is undeniable from the dramatic contrast in his character between the beginning and end of the play; he conveys a flaw of vulnerability and in addition to this, eventually expresses a recognition of his lack of judgement, unquestionably provoking an emotional response from the audience on numerous occasions. Therefore, for me, Othello represents the idea of a tragic hero to a great extent.

CLICK HERE FOR HUNDREDS OF LITERATURE ESSAYS

## User Comments

No user comments yet!

You must log in or signup to post comments

PlanetPapers.com | Contact Me | Copyright © 2006 | Privacy Policy | Add to Favorites

**EXHIBIT E**

Term Papers, Essays, Thesis & Research Papers Help Page 1 of 5



† Home   ☆ Add to Favorites   📷 Tell a Friend       Contact Us

> Best sites for term papers
> Best sites for essay writing
> Best sites for research papers
> Best sites for thesis
> Best sites for dissertations
> Best sites for book reports
> Research & Writing Help
> Today's deals
> New entries
> Hot favorites
> How it works
> Free consultation
> Customer support

**Today's Deals**

With such a vast collec-tion of academic paper sites, you are sure to get the hottest deals and discounts from us.

Click to see what is on our deal menu today.

**Featured Site**

**term papers** Term paper Specialist offers high quality custom written term papers, essays and research papers. (advertisement)

"I was totally lost when I went online to search for the best essay site, I couldn't find a proper one on time, and I ended up with a badly written and delayed essay. I was

# Why settle for 2nd Best Assistance when we can deliver you the very best Assistance in your quest for best Academic Paper Sites online!



### Challenge:
With 1000's of sites online on academic papers how can you select the perfect site Papers Help that you can truly trust and rely on to deliver your paper on time and get you an A+ grade?



### Solution:
In a single, easy-to-use tool, A-Grade Term Papers, Essays, Thesis & Research Papers Help provides the Best sites for essay writings, Research reports, thesis, Dissertations, Book reports, Term papers, and other resources to help you in your research and writing assignments. Our sites are manually reviewed and hand picked by our professionals based on success in grades, writers and on time delivery.

## Here is How this site can help you

A-Grade Term Papers, Essays, Thesis & Research Papers Help is an online academic paper resource that provides everything students need to know about choosing the best academic paper sites and ways to get there; it helps them make informed decisions about their paper assignments from a single handy database.

We have created a state of art technology in ranking all academic paper sites belonging to their respective categories. Each site is carefully reviewed and placed under its respective category. We have also provided an excellent exclusive editorial review on each site just to ease your search in finding the best-suited site for you.

Click to find out our procedure of ranking sites.

A-Grade Term Papers, Essays, Thesis & Research Papers Help have carefully selected all the related academic paper sites and displayed them below for your ease. Now you can get to your desired site with just one click. In addition, you will find various tips on writing and reading help.



Contains a cool database of over 25 sites to choose from. A One-stop source for students in getting the best possible site for buying term papers online.
Click here



With over 45 sites to choose from you, get both Superiority and Quality. A One-stop source for students in getting the best possible site for buying essays online.
Click here



Choose from over 27 best sites each offering



Term Papers, Essays, Thesis & Research Papers Help

Page 2 of 3

about to give up when I came across your site which got me the best site for my essays as well as term-papers I saved my time as well as got a great written term-report delivered on time."
Susan Sanders, MI.

" I was clearly surprised when I came upon your site online, free Buyers' guide struck me and I wanted to explore more. I couldn't believe how easy it was to find the best academic paper site, I immediately came across the perfect site for me and it delivered me an A grade paper right on time. I was also greatly impressed by your ranking system and your vast data collection. Thanks a million for helping me out."
Chris Mathews
California



Our customer support is standing online 24hrs to help you and answer all your inquiries promptly

**Click Here**

result oriented research papers and delivery on time. A One-stop source for students in getting the best possible site for buying research papers online.
Click here



### Best Site for Dissertations

We offer the best in Dissertations with over 18 sites to choose from, you are sure to get the A you deserve. A One-stop source for students in getting the best possible site for buying dissertations online.
Click here



### New Entries

Especially for those students who wants the new and the best. Our database offers all the fresh trendy best essay, thesis, research papers, book reports, dissertations, and term paper sites available online.
Click here



### Research & Writing Help

We can provide the best help you can find anywhere online/offline in research and writing. We have success tips for writing all academic papers plus sure shot tips to boost your confidence level and make your presentation stand out from students.
Click here



### Today's Deals

An awesome collection of the hottest and freshest deals on academic paper sites online.
Just visit our page and get the biggest deals within seconds.
Click here

Choose from 20 sites excelling in writing thesis and delivering them well beyond your deadline. A One-stop source for students in getting the best possible site for buying thesis online.
Click here



### Best Site for Book Reports

Choose the best site for yourself from our online database of 5 sites on book reports. Impress your teacher and get a well deserved A on your book report. A One-stop source for students in getting the best possible site for buying dissertations online.
Click here



### Hot Favorites

Hot favorite academic paper sites according to students and online demand, click to see if your favorite site is among them.
Click here

### Free Consultation

We provide free consultation for all those students who need special assistance in choosing the best suitable site for them.
Click here

Home | Add to Favorites | Tell a Friend | Contact Us
Free consultation | New Entries | How it works | Best sites for term papers | Best sites for essay writing papers
Best sites for research papers | Best sites for thesis | Best sites for dissertations | Research & Writing Help |
Today's Deals | Best sites for book reports | Hot favorites | Customer support

Custom Papers, Essays, Thesis & Research Papers Help

Page 3 of 3

©2004 A-Grade Term Papers, Essays, Thesis & Research Papers Help. All rights reserved.



Home    Add to Favorites    Tell a Friend    Contact Us

**Best sites for term papers**

**Best sites for essay writing**

**Best sites for research papers**

**Best sites for thesis**

**Best sites for dissertations**

**Best sites for book reports**

**Research & Writing Help**

**Today's deals**

**New entries**

**Hot favorites**

**How it works**

**Free consultation**

**Customer support**



How it Works

# A-Grade Term Papers, Essays, Thesis & Research Papers Help Ranking Procedure

Our procedure is simple and accurate designed by our research team. Each site is handpicked and goes through vigorous site checks to be able to appear on our ranking list.

All the sites at A-Grade Term Papers, Essays, Thesis & Research Papers Help are listed based on their quality and what they offer.

Following are the factors we keep in mind when we rank sites

- **Guarantees and Offers**
- **On time Delivery**
- **Customer Support**
- **Writers**
- **Price**

**Today's Deals**

**With such a vast collec-tion of academic paper sites, you are sure to get the hottest deals and discounts from us.**

Click to see what is on our deal menu today.

Best Guide Papers Help

✔ **One stop source Papers Help**
✔ **Over 100 sites for all academic papers in our database**
✔ **Easy access to sites**
✔ **Free consultation**
✔ **Free tips on writing**
✔ **Time saver**



**Guarantees and Offers**
This includes guarantee of no plagiarism, money back guarantee if not delivered on time, and different offers made by sites.



**On time Delivery**
The most important factor when rating sites, the site, which delivers the fastest without compromising on quality.



**Customer Support**
Through feedbacks, testimonials, what you say carries a lot of weight age in ranking a site, because your Opinion Matters.



**Writers**
Academic paper sites, which have a solid profile of professional writers, Masters and PhDs' in their respective fields gets to be ranked on our site.



**Price**
Sites are also rated on delivering the best service at affordable prices. If the price of ordering Academic papers is too high on a site we see to it that the

services they offer compliments their price offer.

"I was totally lost when I went online to search for the best essay site, I couldn't find a proper one on time, and I ended up with a badly written and delayed essay. I was about to give up when I came across your site which got me the best site for my essays as well as term-papers I saved my time as well as got a great written term-report delivered on time."
Susan Sanders, MI.

" I was clearly surprised when I came upon your site online, free Buyers' guide struck me and I wanted to explore more. I couldn't believe how easy it was to find the best academic paper site, I immediately came across the perfect site for me and it delivered me an A grade paper right on time. I was also greatly impressed by your ranking system and your vast data collection. Thanks a million for helping me out."
Chris Mathews
California

 **Our customer** support is standing online 24hrs to help you and answer all your inquires promptly.

**Click Here▶**

Home | Add to Favorites | Tell a Friend | Contact Us
Free consultation | New Entries | How it works | Best sites for term papers | Best sites for essay writing papers
Best sites for research papers | Best sites for thesis | Best sites for dissertations | Research & Writing Help |
Today's Deals | Best sites for book reports | Hot favorites | Customer support

© 2006 best site Term Papers, Essays, Thesis & Research Papers help. All rights reserved

.

**EXHIBIT F**

FILED
U.S. DISTRICT COURT

2007 JUL -5  ᵖ 4: 18

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK



David C. Reymann (8495)
Michael D. Black (9132)
PARR WADDOUPS BROWN GEE & LOVELESS
185 South State Street, Suite 1300
Salt Lake City, Utah 84111
Telephone: (801) 532-7840
Facsimile: (801) 532-7750
Attorneys for Axact (Pvt) Ltd.

## IN THE UNITED STATES DISTRICT COURT

### DISTRICT OF UTAH, CENTRAL DIVISION

|  |  |
|---|---|
| IN RE: DIGITAL MILLENUM COPYRIGHT ACT SUBPOENA TO BLUEHOST, INC. | **REQUEST FOR SUBPOENA TO IDENTIFY INFRINGER UNDER DIGITAL MILLENIUM COPYRIGHT ACT**<br><br>Case: 2:07mc00452<br>Assigned To : Kimball, Dale A.<br>Assign. Date : 7/5/2007<br>Description: In Re: Digital Millenium Copyright Act Subpoena to Bluehost, Inc. |

Pursuant to 17 USC Sec. 512(h), Axact (Pvt) Ltd., a foreign corporation, hereby requests

that the Court issue a subpoena to Bluehost, Inc. located in Orem, Utah, requiring the disclosure

of information sufficient to identify the source or identity of the person(s) who supplied the

infringing material identified in the accompanying exhibit to the websites hosted by Bluehost,

Inc. In support thereof, Axact (Pvt) Ltd. attaches (a) its previous correspondence to the subpoena

respondent providing notice of copyright violation pursuant to 17 USC 215 (c)(3)(A), (b) a

proposed subpoena, and (c) the sworn declaration of Axact (Pvt) Ltd.'s counsel.

RESPECTFULLY SUBMITTED this 5th day of July, 2007.

PARR WADDOUPS BROWN GEE & LOVELESS

_____

David C. Reymann, Esq.
Michael D. Black, Esq.
Attorneys for Axact (Pvt.) Ltd.

## AFFIDAVIT OF PAUL B. O'FLAHERTY, JR.

NOW COMES the Affiant, being duly sworn, testifies and deposes as follows:

1.      I am an attorney admitted to practice in Illinois and the United States District Court for the Northern District of Illinois, and I am retained and authorized to represent Axact (Pvt) Ltd. in this matter;

2.      The purpose of this requested subpoena under the Digital Millennium Copyright Act is to identify the person or persons who caused material infringing upon Axact (Pvt) Ltd.'s copyright to be posted on the websites hosted by Bluehost, Inc.;

3.      The information obtained pursuant to the subpoena will only be used for the purpose of protecting Axact (Pvt) Ltd,'s legal rights in relation to these unlawful internet postings.

Further Affiant sayeth not.

Subscribed and sworn to before me
this 26th day of June, 2007.

NOTARY PUBLIC

"OFFICIAL SEAL"
SUSAN L O'QUINN
COMMISSION EXPIRES 06/21/08

# CHEELY, O'FLAHERTY & AYRES

### ATTORNEYS AT LAW

Daniel J. Cheely
Paul B. O'Flaherty, Jr.
Stephen R. Ayres
Anne T. Stinneford

19 South LaSalle Street
Suite 1203
Chicago, IL 60603

Writer's Direct Line: (312) 853-8712
Email: poflaherty@lawchicago.net

June 6, 2007

Bluehost, Inc.
1215 North Research Way, #Q3550
Oren, UT 84097

Sent via: UPS Next Day Air and Regular Mail

### Re: NOTICE OF COPYRIGHT INFRINGEMENT

Ladies and Gentlemen:

I am an attorney representing Axact (Pvt) Ltd., (hereinafter "the Owner").

As required under Section 512(c)(3)  and 512(d)(3) of the Digital Millennium Copyright Act (17 U.S.C. §§512(c)(3) and 512(d)(3)), you are hereby placed on notice that:

The Owner is the exclusive owner of the Axact corporate logo and letterhead (the "Protected Work"); and

The website www.essayfraud.org contains unauthorized copies of the Protected Work or derivative works of the Protected Work accessible in pages including but not limited to http://www.essayfraud.org/forum/index.php?showtopic=485 and http://www.essayfraud.org/forum/index.php?showtopic=469&pid=1032&st=0&#entry1032.  These posts are an infringement on the exclusive rights of the Owner (the "Infringing Material").

Please immediately remove all access to the Infringing Material.

I have a good faith belief that the use of the Infringing Material is not authorized by the Owner, its agents or the law. The information in this Notice of Copyright Infringement is accurate and under penalty of perjury, I am authorized to act on behalf of the Owner.

Furthermore, because we anticipate litigation regarding these unlawful postings, please preserve all data relating to this website, including without limitation the IP address from which the postings in question were made.

CHEELY, O'FLAHERTY & AYRES

Bluehost, Inc.
June 8, 2007
Page 2


Should you require any further information regarding this matter, please contact me at the address, telephone number or email address indicated above. Thank you for your cooperation.

Very truly yours,

Paul B. O'Flaherty, Jr.

PBO: st
P:\2320-000\25478

Stephen R. Ayres
Daniel J. Cheely
Paul B. O'Flaherty, Jr.

Anne T. Stinneford

# CHEELY, O'FLAHERTY *&* AYRES

### ATTORNEYS AT LAW

19 South LaSalle Street
Suite 1203
Chicago, IL 60603

Phone (312) 853-8700
Fax (312) 782-0040

Writer's Direct Line:  (312) 853-8712
Email:  poflaherty@lawchicago.net

June 8, 2007

EssayRipoff.com
C/O Bluehost.com Domain Privacy
1215 North Research Way, #Q3500
Oren, UT 84097

Sent via UPS Next Day Air

### Re: NOTICE OF COPYRIGHT INFRINGEMENT

Ladies and Gentlemen:

I am an attorney representing Axact (Pvt) Ltd., (hereinafter "the Owner").

As required under Section 512(c)(3)  and 512(d)(3) of the Digital Millennium Copyright Act (17 U.S.C. §§512(c)(3) and 512(d)(3)), you are hereby placed on notice that:

The Owner is the exclusive owner of the Axact corporate logo and letterhead (the "Protected Work"); and

The website www.essayfraud.org contains unauthorized copies of the Protected Work or derivative works of the Protected Work accessible in pages including but not limited to http://essayripoff.com/forum/index.php?showforum=12.  These posts are an infringement on the exclusive rights of the Owner (the "Infringing Material").

Please immediately remove all access to the Infringing Material.

I have a good faith belief that the use of the Infringing Material is not authorized by the Owner, its agents or the law. The information in this Notice of Copyright Infringement is accurate and under penalty of perjury, I am authorized to act on behalf of the Owner.

### NOTICE OF LIBEL

Please further be advised that both the above referenced posting to your web site, and the inclusion of Axact on your own list of putative "scam" web sites, constitute defamation and libel against my client. The accusations presented against Axact on your web site are false and plainly libelous, to the extent that they impute fraud, deception, and criminal activity.  The posting of such information also violated your own Terms and Conditions governing the web site.  We reserve our rights to pursue all legal

CHEELY, O'FLAHERTY & AYRES

EssayRipoff.com
June 8, 2007
Page 2

remedies with respect to this defamation against both you and the anonymous author of the postings on your web site.  In the interim, please immediately remove all references to Axact from your web site, in the interest of stopping an ongoing tort and mitigating the damage which has been inflicted on Axact.

## INFORMATION REQUEST

Please provide us with the identity of the anonymous poster who originated the unlawful posting(s) referenced above, along with all contact information in your possession concerning that person or persons.

Furthermore, because we anticipate litigation regarding these unlawful postings, please preserve all data relating to that member or user, including without limitation the IP address from which the postings in question were made and all information provided in connection with the establishment of their account with you.

Should you require any further information regarding this matter, please contact me at the address, telephone number or email address indicated above.  Thank you for your cooperation.

Very truly yours,

Paul B. O'Flaherty, Jr.

PBO: st

P:\2320-000\25526

Stephen R. Ayres
Daniel J. Cheely
Paul B. O'Flaherty, Jr.

Anne T. Stinneford

# CHEELY, O'FLAHERTY & AYRES

### ATTORNEYS AT LAW

19 South LaSalle Street
Suite 1203
Chicago, IL 60603

Phone (312) 853-8700
Fax (312) 782-0040

Writer's Direct Line: (312) 853-8712
Email: poflaherty@lawchicago.net

June 8, 2007

Bluehost, Inc.
1215 North Research Way, #Q3550
Orem, UT 84097

Sent via: UPS Next Day Air

Re:   NOTICE OF COPYRIGHT INFRINGEMENT

Ladies and Gentlemen:

I am an attorney representing Axact (Pvt) Ltd., (hereinafter "the Owner").

As required under Section 512(c)(3) and 512(d)(3) of the Digital Millennium Copyright Act (17 U.S.C. §§512(c)(3) and 512(d)(3)), you are hereby placed on notice that:

The Owner is the exclusive owner of the Axact corporate logo and letterhead (the "Protected Work"); and

The website www.essayripoff.com contains unauthorized copies of the Protected Work or derivative works of the Protected Work accessible in pages including but not limited to http://essayripoff.com/forum/index.php?showforum=12.  These posts are an infringement on the exclusive rights of the Owner (the "Infringing Material").

Please immediately remove all access to the Infringing Material.

I have a good faith belief that the use of the Infringing Material is not authorized by the Owner, its agents or the law. The information in this Notice of Copyright Infringement is accurate and under penalty of perjury, I am authorized to act on behalf of the Owner.

Furthermore, because we anticipate litigation regarding these unlawful postings, please preserve all data relating to this website, including without limitation the IP address from which the postings in question were made.

CHEELY, O'FLAHERTY & AYRES

Bluehost, Inc.
June 8, 2007
Page 2


Should you require any further information regarding this matter, please contact me at the address, telephone number or email address indicated above.  Thank you for your cooperation.

Very truly yours,

Paul B. O'Flaherty, Jr.

PBO:st

P:\2320-000\25525

# CHEELY, O'FLAHERTY & AYRES

Daniel J. Cheely
Paul B. O'Flaherty, Jr.
Stephen R. Ayres
Anne T. Stinneford

### ATTORNEYS AT LAW

19 South LaSalle Street
Suite 1203
Chicago, IL 60603

Writer's Direct Line:  (312) 853-8712
Email:  poflaherty@lawchicago.net

June 6, 2007

EssayFraud.com
C/O Bluehost.com Domain Privacy
1215 North Research Way, #Q3500
Oren, UT 84097

Sent via UPS Next Day Air and Regular Mail

### Re: NOTICE OF COPYRIGHT INFRINGEMENT

Ladies and Gentlemen:

I am an attorney representing Axact (Pvt) Ltd., (hereinafter "the Owner").

As required under Section 512(c)(3) and 512(d)(3) of the Digital Millennium Copyright Act (17 U.S.C. §§512(c)(3) and 512(d)(3)), you are hereby placed on notice that:

The Owner is the exclusive owner of the Axact corporate logo and letterhead (the "Protected Work"); and

The website www.essayfraud.org contains unauthorized copies of the Protected Work or derivative works of the Protected Work accessible in pages including but not limited to http://www.essayfraud.org/forum/index.php?showtopic=485 and http://www.essayfraud.org/forum/index.php?showtopic=469&pid=1032&st=0&#entry1032 These posts are an infringement on the exclusive rights of the Owner (the "Infringing Material").

Please immediately remove all access to the Infringing Material.

I have a good faith belief that the use of the Infringing Material is not authorized by the Owner, its agents or the law. The information in this Notice of Copyright Infringement is accurate and under penalty of perjury, I am authorized to act on behalf of the Owner.

### NOTICE OF LIBEL

Please further be advised that both the above referenced posting to your web site, and the inclusion of Axact on your own list of putative "scam" web sites, constitute defamation and libel against my client. The accusations presented against Axact on your web site are false and plainly libelous, to the extent

CHEELY, O'FLAHERTY & AYRES

EssayFraud.com
June 8, 2007
Page 2

that they impute fraud, deception, and criminal activity. The posting of such information also violated your own Terms and Conditions governing the web site. We reserve our rights to pursue all legal remedies with respect to this defamation against both you and the anonymous author of the postings on your web site. In the interim, please immediately remove all references to Axact from your web site, in the interest of stopping an ongoing tort and mitigating the damage which has been inflicted on Axact.

## INFORMATION REQUEST

Please provide us with the identity of the anonymous poster who originated the unlawful posting(s) referenced above, along with all contact information in your possession concerning that person or persons.

Furthermore, because we anticipate litigation regarding these unlawful postings, please preserve all data relating to that member or user, including without limitation the IP address from which the postings in question were made and all information provided in connection with the establishment of their account with you.

Should you require any further information regarding this matter, please contact me at the address, telephone number or email address indicated above. Thank you for your cooperation.

Very truly yours,

Paul B. O'Flaherty, Jr.

PBO: st

P:\2320-000\25485

AO88 (Rev. 12/06) Subpoena in a Civil Case

**Issued by the**

# UNITED STATES DISTRICT COURT

DISTRICT OF                    UTAH

## SUBPOENA

IN RE: DIGITAL MILLENIUM COPYRIGHT ACT
SUBPOENA TO BLUEHOST, INC.

TO:  Bluehost, Inc.
1215 North Research Way, #Q3550
Orem, UT 84097

**Case: 2:07mc00452**
**Assigned To : Kimball, Dale A.**
**Assign. Date : 7/5/2007**
**Description: In Re: Digital Millenium
Copyright Act Subpoena to Bluehost,
Inc.**

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

All documents and electronic records reflecting the identity and/or contact information of the person(s) who supplied the posts: http://www.essayfraud.org/forum/index.php?showtopic=485; http://www.essayfraud.org/forum/index.php?showtopic=469&pid=1032&st=0&#entry1032; http://essayripoff.com/forum/index.php?showforum=12  to the essayfraud.org website.

| PLACE  Parr Waddoups Brown Gee & Loveless
185 South State Street, Suite 1300, Salt Lake City, Utah  84111 | DATE AND TIME
7/26/2007 4:00 pm |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify.  Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

¹ If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 12/06) Subpoena in a Civil Case

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | | |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|

| SERVED BY (PRINT NAME) | TITLE |
|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
DATE

SIGNATURE OF SERVER

ADDRESS OF SERVER

Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), as amended on December 1, 2006:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection, copying, testing, or sampling of designated electronically stored information, books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection, copying, testing, or sampling may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to producing any or all of the designated materials or inspection of the premises — or to producing electronically stored information in the form or forms requested. If objection is made, the party serving the subpoena shall not be entitled to inspect, copy, test, or sample the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Inspection, copying, testing, or sampling. Such an order to compel shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection, copying, testing, or sampling commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance;

(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held;

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies; or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject

to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) (A) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(B) If a subpoena does not specify the form or forms for producing electronically stored information, a person responding to a subpoena must produce the information in a form or forms in which the person ordinarily maintains it or in a form or forms that are reasonably usable.

(C) A person responding to a subpoena need not produce the same electronically stored information in more than one form.

(D) A person responding to a subpoena need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or to quash, the person from whom discovery is sought must show that the information sought is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

(2) (A) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial-preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

(B) If information is produced in response to a subpoena that is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has and may not use or disclose the information until the claim is resolved. A receiving party may promptly present the information to the court under seal for a determination of the claim. If the receiving party disclosed the information before being notified, it must take reasonable steps to retrieve it. The person who produced the information must preserve the information until the claim is resolved.

(e) CONTEMPT. Failure of any person without adequate excuse to obey a subpoena served upon that person may be deemed a contempt of the court from which the subpoena issued. An adequate cause for failure to obey exists when a subpoena purports to require a nonparty to attend or produce at a place not within the limits provided by clause (ii) of subparagraph (c)(3)(A).

**EXHIBIT G**



**HOME**    ▾AXACT    ▸UNITS    ▸RELATIONS    ▸CAREERS    ▸CONTACT US

▸ Quick Facts    • Mission & Values    • News & Events

# Axact's Response To The Defamation Campaign

Updated on January 26, 2008

The following is being circulated as an official response to the defamation campaign currently going on against Axact. It is being advised that under the Pakistani law any defamatory verbal or nonverbal communication, comment, remark, opinion will constitute a criminal and civil liability on the author/creator, originator, publisher, printer, broadcaster and is punishable for up to 5 years of imprisonment and monetary damages. Even republication or reproduction of someone else's thoughts creates the same liability. If any of your queries or concerns about Axact remains unanswered, even after reading the below given facts, then you are free to contact directly our corporate communications department at the following email: corporatecommunication@axact.com or our legal department at the following email address: legal@axact.com

This is with regard to the organized defamation campaign currently going on to sabotage the image of Axact, which is the fastest growing global company. Here is a brief overview of the current scenario and how it is caused. It is presented to communicate the real picture to all those who have genuine interest in Axact or are interested in looking at some facts.

## Who is responsible for this defamation campaign?
This defamation campaign was first brought to the notice of the company almost 3 years back. After a careful analysis, over the last few years, Axact has identified the following groups that are either initiating or are becoming a part of this defamation campaign.

1. The first group is comprised of some employers from IT companies who DO NOT have the ability to retain the quality human resource, nor have they any interest in providing good salary packages, training opportunities and career growth to their employees. The job ads floated by Axact from time to time and the salary package and benefits mentioned therein are a cause for serious concern for them, thereby creating endless problems in retaining their human resource. Since there is an abundance of small, unorganized software houses with no proper infrastructure and system, the resultant loss of a key employee and other related issues become a major cause of concern for them. Hence they are bound to resort to such defamatory practices to tarnish the image of the other well-established companies in the vain hope to retain their employees.
2. The second group is of the candidates with a negative attitude who apply for jobs to Axact and do not qualify.
3. The third group is of people who are jealous of the growth and the development of the employees of Axact.
4. The fourth group is comprised of ex-employees of Axact who were terminated from the company due to gross policy violations including data theft, etc. Their only way to get a new job is to defame the previous company in front of potential employers.
5. The fifth group is comprised of the elements having intentions to blackmail the organization for monetary and other gains. Axact is the organization which is growing at a very fast pace and adopting Employee Welfare and Corporate Social Responsibility programs like beautification of chowrangis at prominent locations in the city etc. Hence is viewed by such elements as an opportunity to obtain illicit gains.
6. The sixth group is comprised of individuals and companies having no knowledge of the growth of the global IT industry

## Our Mission

❝ At Axact we work to be the number 1 with more than 50% of the revenues and profits of every global market we enter and at the same time deploy our core competencies towards the socio-economic development. This is our mission and everything we do reflects this -- only this and nothing else. ❞



### NEWS AND EVENTS

**Axact launches Medical Support Plan for parents of all Axactians**



After Axactians and their dependents, Axact started a comprehensive medical support plan for parents of all the Axactians...
Read more

**Basant Meet 2007**



Spring brought all its traditional joys with it. It made the clear blue skies come alive with kites of all hues...
Read more

 offers
**ENVIABLE LIFESTYLE**
to all axactians

 Watch Video

**Library**



Enter Axact's serene world class library to enjoy the ideal atmosphere for your personal and professional reading...
⊡ Watch Video  Read more

**Gym**



Welcome to the Axact corporate gym. It features the most modern exercise equipment in Pakistan...
⊡ Watch Video  Read more

**Swimming Pool & Jacuzzi**



Envision sitting in a Jacuzzi, enjoying the massage. You love how the colors in the water calm...
⊡ Watch Video  Read more

**Hut**

To accommodate Axactians with even more luxuries, Axact has an ultramodern hut by the seaside...
⊡ Watch Video  Read more

2/4/2008

and IT companies operating worldwide. Unfortunately for them, they have only seen IT companies collapsing and closing down in Pakistan. They have, regrettably, little knowledge of Internet laws and Internet transactions and hence do not have the ability to make the right judgment. This group, with no concrete knowledge of the facts, fall prey to the baseless and unfounded rumors that are generated by any of the above 5 groups.

## How Axact is responding to this:

Initially, Axact took the rumors lightly as the set of allegations made was completely concocted and baseless, and that the rumors were being spread anonymously through email groups, online forums, and verbal communications.

However, later the management realized that the defamation campaign should be dealt with legally as the elements involved started harassing the 500+ employees of Axact and potential candidates who are interested to apply for a job to Axact. So far the following legal actions have been taken:

1. A Rs. 990 million damages lawsuit was filed against two British freelance journalists who authored a defamatory article against Axact and the British newspaper (its editor and management) for uploading that article on its website. The article was removed within 72 hours of Axact's legal notice in August 2006. The case is still in proceedings and till yet no lawyer has appeared from the other side in the matter.

2. A Rs. 100 million damages lawsuit was filed against a local software association and its the then president for circulating this same article via email to a mail group containing all major software houses, long after its removal from the source. The case is in proceedings. Under the law, republication of a defamatory article holds no one less responsible than the original publisher. The attorney from the other side is taking general adjournment from the court and has not appeared in the court during the last 5 case dates.

3. A discovery suit was filed in Utah, USA, to discover the hidden identity of a website owner who claimed his website to be an "independent fraud watch-dog organization" and was listed as a source by the above-mentioned freelance journalist of a British newspaper. The discovery suit revealed the identity to be the owner of a company involved in research and writing business and was probably defaming Axact as he felt threatened by the low cost outsourcing services of Axact provided to its many competitor organizations.

4. After the above discovery, a US$ 5 million damages lawsuit was filed in New Jersey, USA, against the owner of the above-mentioned website for his strong involvement in the defamation campaign against Axact. Defamation, trade libel, false advertising, unfair competition and consumer fraud are taken up as major causes of action in the lawsuit.

5. A criminal complaint was filed against the owner of a web site and forum where extremely defamatory and derogatory remarks about the company and its employees were posted from various fake identities that were created in the names of the current employees of Axact. Arrest warrants of the owner of the website and forum, presently at large and wanted by the local police, were issued.

6. A lawsuit has been filed and a discovery lawsuit is being filed in California, USA, to obtain the identities/IP addresses behind the anonymous postings made on some Google Inc and Yahoo Inc controlled communities and forums. As the identities are being received, criminal charges are being leveled against those involved.

7. A legal notice was sent to the moderator of a student forum for running a defamatory campaign about Axact on his mail group/forum. The moderator of the forum applied to Axact some time back and didn't qualify for the job. After which this campaign started. Axact initiated a legal action against the individual upon which the defamatory material was removed and an apology from his side was circulated.

8. A criminal complaint and a civil suit for damages of an amount exceeding Rs. 200 million were filed against a small local newspaper (its reporter, editors and printer) for republication

### Cafeteria



Hungry workers can't progress very much, so that's whywe have an in-house 5-star cafeteria...
📁 Watch Video  Read more

### Games



Chess, Scrabble, snooker, Karem, we have it all. Here at Axact, we believe in keeping you happy...
📁 Watch Video  Read more

### Movie Theater



Imagine all the perks of a cinema, right inside your office. Here at Axact, that dream is a reality...
📁 Watch Video  Read more

of the above-mentioned article of a freelance journalist of the British newspaper with great exaggeration. After almost one and a half years of the removal of that article, it was reproduced by the local newspaper in such a manner as to give the false impression that the article had recently been published and the online links are still working. No mention of the above lawsuits pertaining to this very article or its removal in August 2006 by the British newspaper was given by the local newspaper in that story. Warrants against the printer/publisher, senior editor, executive editor, editor of the newspaper and the author of the article were issued to the local police by the court. It was also discovered that prior to publishing this article the newspaper published 2 other articles with extremely defamatory and different set of allegations about an IT company without naming it. These articles were published to attract the attention of major players in the IT industry. The online website of this newspaper was also suspended for publishing defamatory contents after which the contents were removed.

9.  A legal notice has been sent to an author of a blog for republication of a defamatory article initially published by the above given newspapaper and for attributing the story therein directly to Axact. A legal notice has also been sent to the US based blog owner to remove the blog posting and to obtain the IP addresses that made extremely defamatory postings on this blog.

**Till date there is not a single legal complaint (civil or criminal) ever filed against Axact anywhere in the world. Axact fully complies with the Pakistani and international laws and denies all allegations made in the defamation campaigns.**

**All the complaints and lawsuits described above are filed by Axact in the greater interest of the organization and its employees after exhausting all alternate means of communication with those involved. Axact regrets the way fast growing IT companies are being victimized by those who instead of raising themselves believe in pulling the others. It is unfortunate that the IT export industry in Pakistan is way behind from its neighboring country. It's time to rethink and unite instead of hiding our own failure by criticizing the actions of others.**

## About Axact:

AXACT is a mission driven and process oriented organization with global operations. It is the largest company of its domain in Pakistan, duly registered under the law with over 500 employees and this year's revenues exceeding $180million. It offers excellent employment opportunities to the quality human resource of Pakistan by offering highest remunerations along with benefits such as pick & drop facility, company-maintained cars, club memberships, healthcare and medical facilities, life insurance plan, complete career growth with in-house and internationally certified training programs and an enviable lifestyle to attract and retain the best human resource. Axact's production facility in Karachi is the largest technology infrastructure of Pakistan with a working capacity of over 2500 employees. The various amenities include in-house back-up power generation, centrally controlled UPS system, data center equipped with latest IBM servers, training center, in-house cafeteria, on-floor kiosks, gym, swimming pool, movie theatre, Jacuzzi, steam room, indoor sports facility, salon, library, prayer halls and ablution area. On account of the above-mentioned facilities Axact enjoys an excellent reputation and is the first choice of quality human resource in the field of IT in Pakistan.

In addition, Axact, for all practical purposes, is one of the few organizations in Pakistan which are based upon irrefutable policies and fair business practices in line with their mission and core values. It is, doubtless, an organization where highly qualified human resource is being hired purely on the basis of merit and without any discrimination. Besides, one of the success factors of Axact is its complete adherence to its responsibility towards the society by remaining conscious of and by way of observance of its societal values; and that is why Axact is the fastest growing I.T Company across the world.

Axact is in the provision of IT and ITES (IT enabled services) listed and updated regularly on its website and its working framework is in 100% compliance with the local and international laws. (For more information about our units, click on the link below: http://www.axact.com/axact/units/index.asp

Axact believes in the development and growth of its HR and is offering unprecedented career growth to the professionals of the country. Axact is in the process of expanding its team in Pakistan and encourages quality human resource to apply for different new positions at www.axact.com/careers.

 MAIN

Copyright © 1997–2007 Axact, Inc. All Rights Reserved. - Privacy Policy - Sitemap

2/4/2008

**EXHIBIT H**



## Receipt

Copyright Office
Library of Congress
101 Independence Avenue SE
Washington, DC 20559-6000



**No.   1-OWYAM**

**Date:** 2/5/2008 2:27:37 PM

### Received

| | |
|---|---|
| **Form(s):** | 4 TX |
| Deposit Count: | |
| Piece Count: | 8 |
| Type of Deposit: | MANUSCRIPTS |
| Other Enclosures: | 2 COVER LETTERS |
| Title: | THE LIFE AND MINISTRY OF JOHN SHELBY SPONG AND 3 OTHERS |
| # of Additional Titles: | |
| **Priority:** | |
| **Received By:** | CRICH |
| # of Documents | |

☐ Search Report
☐ Search
☐ Retrieval
☐ Correspondence
☐ Inspection
☐ Photocopies
☐ Additional Certificate
☐ Certification
☐ Secure Test Exam
Other:

**Received From:** LOWENSTEIN SANDLER          Phone:

**Representing:**   STUDENT NETWORK RESOURCES INC          Phone:

**Correspondence Id**

| Fees | | Method of Payment | Amount |
|---|---|---|---|
| No Fee: | ☐ | Check: | 4 @ $45. |
| Fee to be Determined: | ☐ | Money Order: | |
| Base Fee: | $180.00 | Deposit Account: | |
| Special Handling Fee: | $ | Deposit Account Name: | |
| Secure Test Exam Fee: | $ | | |
| **Total Due:** | $180.00 | | |

**Total Payment:**   **$180.00**

### Notes

Receipt of material is merely a preliminary step in the registration and/or recordation process. It does not imply that any final determination has been made in the case, or that the material is acceptable for registration.

Official action on an application for copyright registration or a document for recordation can be taken only after there has been a full examination of the claim following regular Copyright Office procedures. We are glad to discuss questions involving copyright registration on the telephone or in person-to-person conversations. However, all statements made during these exploratory discussions must be considered provisional, and are not binding either upon the applicant or upon the Office.

This receipt is intended to show that the material described was received in the Copyright Office on the date given. When multiple claims are submitted by or on behalf of the same remitter, however, only one receipt listing only one title on the receipt will be provided.

Thomson CompuMark
1100 13th St., N.W., Suite 300
Washington, DC 20005
Tel (800) 356-8630
Fax (202) 756-9299
http://compumark.thomson.com





February 5, 2008

Copyright Office Receipt No. 1-OWYAM

### Re:   Material for filing with the US Copyright Office

To: Register of Copyrights, US Copyright Office

From: Thomson CompuMark

**Contact Name:  Beth Brown**          **Contact Telephone:  202-756-9266**

**Document Type:** Form TX
**Processing Requested:**                    Regular


**Total Items Enclosed  4**

Item Detail:

THE LIFE AND MINISTRY OF JOHN SHELBY SPONG - text
IMPLEMENTING AN EFFECTIVE HANDWASHING PROGRAM IN SCHOOLS - text
POLICE TRAINING PROGRAMS BASED ON THE METHOD OF LELAND P. BRADFORD IN
1945 - text
RESTRUCTURING A TRAVEL AGENCY FOR THE GAY AND LESBIAN POPULATION - text


**Additional Information:** Two texts per application and one check in the the amount of $45.00
per application received from Lowenstein Sandler Attorneys At Law.


For further information or questions, please contact: See space 7


**Processing fees should be deducted from:**
Check Attached

Check No.:  53805, 53804, 53803, 53802


**Delivery upon Completion of Processing:**

As indicated on application or cover sheet.

Attached filing(s) submitted to the US Copyright Office by _____

Beth Brown



**Lowenstein Sandler**

ATTORNEYS AT LAW

Marian E. Gorman
Trademark Paralegal

Tel 973 597 6328
Fax 973 597 6329

mgorman@lowenstein.com

February 4, 2008

**VIA HAND DELIVERY**

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

RECEIVED

FEB 05 2008

COPYRIGHT OFFICE
PUBLIC OFFICE

Re:     **Copyright Applications for Registration**
        **Titles of Works:**
        **(1) The Life and Ministry of John Shelby Spong**
        **(2) Implementing an Effective Handwashing Program in Schools**
        **(3) Police Training Programs Based on the Methods of Leland P. Bradford in 1945**
        **(4) Restructuring a Travel Agency for the Gay and Lesbian Population**
        **Form TX Applications**

Dear Sir or Madam:

On behalf of Student Network Resources, Inc., I hereby submit for processing the enclosed Form TX Applications for Copyright Registration of the above-referenced works.

Please find enclosed with this request, four completed Form TX Applications, the deposit copies, and four checks in the amount of $45.00 made payable to the Register of Copyrights, representing the nonrefundable filing fees.

Kindly acknowledge receipt of these applications by date-stamping a copy of this letter and returning it to the presenter. If you have any questions or concerns, please contact me at 973-597-6328.

Very truly yours,

*Marian Gorman*

Marian E. Gorman
Legal Assistant to
Michael A. Norwick, Esq.

21332/2
02/04/08 4874309.01

US Copyright Office
Page 2

February 4, 2008

Enclosures
cc:   Vanessa A. Ignacio, Esq.
      Michael A. Norwick, Esq.
      Peter L. Skolnik, Esq.



Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at www.copyright.gov, write the Copy-
right Office, or call (202) 707-3000.



**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

_____
TX          TXU
EFFECTIVE DATE OF REGISTRATION

_____
Month        Day        Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**
**TITLE OF THIS WORK ▼**
The Life and Ministry of John Shelby Spong

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.     Title of Collective Work ▼

If published in a periodical or serial give:  Volume ▼     Number ▼          Issue Date ▼          On Pages ▼

---

**2**
**a**
**NAME OF AUTHOR ▼**
Mary Pagones

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼
1974

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ United States of America
{ Domiciled in▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire Text

**b**
**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**
**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?     ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3**
**a**
**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given
2008        ◀ Year in all cases.

**b**
**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information Month ▶ February  Day▶ 3  Year▶ 2008
ONLY if this work has been published.      United States of America          ◀ Nation

**4**
**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Student Network Resources, Inc.
1208 Highway 34, Suite 19
Aberdeen, NJ 07747

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
By Assignment

See instructions before completing this space.

**APPLICATION RECEIVED**

**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.     • Sign the form at line 9.

DO NOT WRITE HERE
Page 1 of _____ pages

| EXAMINED BY | FORM TX |
|---|---|
| CHECKED BY | |
| ☐ CORRESPONDENCE<br>☐ Yes | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▶          Year of Registration ▶

**5**

**DERIVATIVE WORK OR COMPILATION**

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼          Account Number ▼

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼

Michael A. Norwick, Esq. of Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068

Area code and daytime telephone number ▶ 973-597-2500          Fax number ▶ 973-597-2400

Email ▶ lstrademark@lowenstein.com

**b**

**7**

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▶ ☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of Student Network Resources, Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Michael A. Norwick, Esq.          Date▶ February 4, 2008

Handwritten signature ▼

*M. chael A. [signature]*

**8**

| Certificate<br>will be<br>mailed in<br>window<br>envelope<br>to this<br>address: | Name ▼<br>Michael A. Norwick, Esq. of Lowenstein Sandler PC |
|---|---|
| | Number/Street/Apt ▼<br>65 Livingston Avenue |
| | City/State/Zip ▼<br>Roseland, NJ 07068-1791 |

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money
   order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6222

**9**

\*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form TX—Full   Rev. 11/2006   Print: 11/2006—20,000   Printed on recycled paper          U.S. Government Printing Office: 2006-xxx-xxx/60,xxx

# Lowenstein Sandler

ATTORNEYS AT LAW

Lowenstein Sandler PC   65 Livingston Avenue   Roseland, New Jersey 07068

*ATTORNEY BUSINESS ACCOUNT*

PNC Bank, N.A.
New Jersey

Check Void After 90 Days

**53802**
R/T 55 - 760 / 312

Date February 4, 2008          Amount          ***$45.00***

***The Sum of Forty-five and 00/100***

PAY
TO THE
ORDER OF   Register of Copyrights

By

Memo:   Copyright Office Filing Fee

Authorized Representative

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑈⑈05380⑈⑈ ⑈:03⑈207607⑈: 80⑈932726⑈⑈⑈

**LOWENSTEIN SANDLER, PC**                                                          53802

| Reference | Invoice No. | Invoice Date | Invoice Amount | Amount Paid | | Check Amount |
|-----------|-------------|--------------|----------------|-------------|--|--------------|
| 21332/2 | CKQ020408-1687 | 2/4/2008 | $45.00 | $45.00 | $0.00 | $45.00 |

Vendor Name:   Register of Copyrights
Check Number:   53802
Request Number:   237635

Vendor Number: 401788
Check Date:   2008-02-04

74152

Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at www.copyright.gov, write the Copy-
right Office, or call (202) 707-3000.

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

_____

TX _____ TXU _____
EFFECTIVE DATE OF REGISTRATION

Month _____ Day _____ Year _____

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**
Implementing an Effective Handwashing Program in Schools

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼          Number ▼          Issue Date ▼          On Pages ▼

**2**

a   **NAME OF AUTHOR ▼**
Mary Pagones

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼
1974

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ United States of America
Domiciled in▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☑ No
Pseudonymous?   ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire Text

b   **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

c   **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

a   **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given ◀ Year in all cases.
2008

b   **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month▶ February   Day▶ 2   Year▶ 2008
United States of America   ◀ Nation

**4**

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Student Network Resources, Inc.
1208 Highway 34, Suite 19
Aberdeen, NJ 07747

**APPLICATION RECEIVED**

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
By Assignment

---

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of ____ pages

| EXAMINED BY | | FORM TX |
|---|---|---|
| CHECKED BY | | |
| | CORRESPONDENCE | FOR COPYRIGHT OFFICE USE ONLY |
| | ☐ Yes | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▶                    Year of Registration ▶

**6**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼                    **a**

See instructions before completing this space.

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼   **b**

**7**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.   **a**
Name ▼                    Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name / Address / Apt / City / State / Zip ▼   **b**
Michael A. Norwick, Esq. of Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068

Area code and daytime telephone number ▶ 973-597-2500                    Fax number ▶ 973-597-2400
Email ▶ lstrademark@lowenstein.com

**8**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Student Network Resources, Inc.
                    Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Michael A. Norwick, Esq.                    Date ▶ February 4, 2008

Handwritten signature ▼
*Michael A. Norwick*

**9**

| Certificate will be mailed in window envelope to this address: | Name ▼ Michael A. Norwick, Esq. of Lowenstein Sandler PC | YOU MUST: • Complete all necessary spaces • Sign your application in space 8 |
|---|---|---|
| | Number/Street/Apt ▼ 65 Livingston Avenue | SEND ALL 3 ELEMENTS IN THE SAME PACKAGE: 1. Application form 2. Nonrefundable filing fee in check or money order payable to Register of Copyrights 3. Deposit material |
| | City/State/Zip ▼ Roseland, NJ 07068-1791 | MAIL TO: Library of Congress Copyright Office 101 Independence Avenue SE Washington, DC 20559-6222 |

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form TX—Full  Rev. 11/2006  Print 1/2008—20,000  Printed on recycled paper                    U.S. Government Printing Office: 2006-xx-xxx/xx,xxx

# Lowenstein Sandler

ATTORNEYS AT LAW

Lowenstein Sandler PC   65 Livingston Avenue   Roseland, New Jersey 07068

ATTORNEY BUSINESS ACCOUNT

PNC Bank, N.A.
New Jersey

Check Void After 90 Days

**53805**
R/T 55 - 760 / 312

Date February 4, 2008          Amount          ***$45.00***

***The Sum of Forty-five and 00/100***

PAY TO THE ORDER OF   Register of Copyrights

By

Memo:   Copyright Office Filing Fee

Authorized Representative

SECURITY FEATURES INCLUDED. DETAILS ON BACK

⑈053805⑈ ⑆031207607⑆ 80193272618⑈

---

**LOWENSTEIN SANDLER, PC**

53805

| Reference | Invoice No. | Invoice Date | Invoice Amount | Amount Paid | | Check Amount |
|-----------|-------------|--------------|----------------|-------------|--------|--------------|
| 21332/2 | CKQ020408-1690 | 2/4/2008 | $45.00 | $45.00 | $0.00 | $45.00 |

---

Vendor Name:   Register of Copyrights
Check Number:   53805
Request Number:  237638

Vendor Number: 401788
Check Date:   2008-02-04

74155

PRINTED IN U.S.A.

Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at www.copyright.gov, write the Copy-
right Office, or call (202) 707-3000.



**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TX          TXU

EFFECTIVE DATE OF REGISTRATION

Month          Day          Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**
Police Training Programs Based on the Methods of Leland P. Bradford in 1945

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.     Title of Collective Work ▼

If published in a periodical or serial give:  Volume ▼          Number ▼          Issue Date ▼          On Pages ▼

---

**2**

**a**   **NAME OF AUTHOR ▼**
Sharon Cohen

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ United States of America
{ Domiciled in▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?          ☐ Yes ☑ No
Pseudonymous?     ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire Text

**b**   **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?          ☐ Yes ☐ No
Pseudonymous?     ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**   **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?          ☐ Yes ☐ No
Pseudonymous?     ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3**

**a**   **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2007  ◀ Year

**b**   **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month▶ October   Day▶ 19   Year▶ 2007
United States of America          ◀ Nation

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Student Network Resources, Inc.
1208 Highway 34, Suite 19
Aberdeen, NJ 07747

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
By Assignment

See instructions before completing this space.

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.     • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ____ pages

| EXAMINED BY | | FORM TX |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE ☐ Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No. If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▶     Year of Registration ▶

**5**

**DERIVATIVE WORK OR COMPILATION**

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

**6**

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

See instructions before completing this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼     Account Number ▼

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name / Address / Apt / City / State / Zip ▼

Michael A. Norwick, Esq. of Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068

**b**

Area code and daytime telephone number ▶ 973-597-2500     Fax number ▶ 973-597-2400

Email ▶ lstrademark@lowenstein.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of Student Network Resources, Inc.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Michael A. Norwick, Esq.     Date ▶ February 4, 2008

Handwritten signature ▼

_Michael A._ (signature)

| Certificate will be mailed in window envelope to this address: | Name ▼ Michael A. Norwick, Esq. of Lowenstein Sandler PC | **9** |
|---|---|---|
| | Number/Street/Apt ▼ 65 Livingston Avenue | |
| | City/State/Zip ▼ Roseland, NJ 07068-1791 | |

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6222

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form TX—Full Rev: 11/2006 Print: 11/2006 — 20,000 Printed on recycled paper     U.S. Government Printing Office: 2006-xxx-xxx/60,xxx

# Lowenstein
# Sandler

ATTORNEYS AT LAW

Lowenstein Sandler PC   65 Livingston Avenue   Roseland, New Jersey 07068

ATTORNEY BUSINESS ACCOUNT

PNC Bank, N.A.
New Jersey

Check Void After 90 Days

**53803**
R/T 55 - 780 / 312

Date February 4, 2008          Amount   ***$45.00***

***The Sum of Forty-five and 00/100***

PAY
TO THE
ORDER OF   Register of Copyrights

By _____

Memo:   Copyright Office Filing Fee

Authorized Representative

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑈‴053803‴ ⑈:031207607⑈: 80193272611‴

**LOWENSTEIN SANDLER, PC**                                          53803

| Reference | Invoice No. | Invoice Date | Invoice Amount | Amount Paid | | Check Amount |
|-----------|-------------|--------------|----------------|-------------|------|--------------|
| 21332/2 | CKQ020408-1688 | 2/4/2008 | $45.00 | $45.00 | $0.00 | $45.00 |

Vendor Name:   Register of Copyrights
Check Number:   53803
Request Number:   237636

Vendor Number: 401788
Check Date:   2008-02-04

74153

Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at www.copyright.gov, write the Copy-
right Office, or call (202) 707-3000.



**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

_____

TX _____ TXU _____

EFFECTIVE DATE OF REGISTRATION

Month _____ Day _____ Year _____

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**
Restructuring a Travel Agency for the Gay and Lesbian Population

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the
collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼          Number ▼          Issue Date ▼          On Pages ▼

---

**2**

**a**    **NAME OF AUTHOR ▼**
Nicholas J. Klenske

**DATES OF BIRTH AND DEATH**
Year Born: ▼    Year Died: ▼

Was this contribution to the work a
"work made for hire"?
☐ Yes
☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ United States of America
     Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO
THE WORK**
Anonymous?     ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either
of these questions is
"Yes," see detailed
instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire Text

**NOTE**

Under the law,
the "author" of
a "work made
for hire" is
generally the
employer, not
the employee
(see instruc-
tions). For any
part of this
work that was
"made for hire"
check "Yes" in
the space
provided, give
the employer
(or other
person for
whom the work
was prepared)
as "Author" of
that part, and
leave the
space for dates
of birth and
death blank.

**b**    **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born: ▼    Year Died: ▼

Was this contribution to the work a
"work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
     Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO
THE WORK**
Anonymous?     ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either
of these questions is
"Yes," see detailed
instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**    **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born: ▼    Year Died: ▼

Was this contribution to the work a
"work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
     Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO
THE WORK**
Anonymous?     ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either
of these questions is
"Yes," see detailed
instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3**

**a**    **YEAR IN WHICH CREATION OF THIS
WORK WAS COMPLETED**
2007
◄ Year    in all cases.

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
This information    Complete this information    Month ▶ November    Day ▶ 25    Year ▶ 2007
must be given    ONLY if this work
has been published.    United States of America    ◄ Nation

---

**4**

See instructions
before completing
this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as
the author given in space 2 ▼
Student Network Resources, Inc.
1208 Highway 34, Suite 19
Aberdeen, NJ 07747

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in
space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
By Assignment

**APPLICATION RECEIVED**

**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.          • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of _____ pages

| EXAMINED BY | FORM TX |
|---|---|
| CHECKED BY | |

| CORRESPONDENCE | FOR |
| Yes | COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▶                    Year of Registration ▶

**5**

**DERIVATIVE WORK OR COMPILATION**

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

See instructions before completing this space.

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                    Account Number ▼

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name / Address / Apt / City / State / Zip ▼

Michael A. Norwick, Esq. of Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068

Area code and daytime telephone number ▶ 973-597-2500          Fax number ▶ 973-597-2400

Email ▶ lstrademark@lowenstein.com

**b**

**7**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Student Network Resources, Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Michael A. Norwick, Esq.                    Date ▶ February 4, 2008

Handwritten signature ▼

*Michael A Norwick (signature)*

**8**

**Certificate will be mailed in window envelope to this address:**

Name ▼
Michael A. Norwick, Esq. of Lowenstein Sandler PC

Number/Street/Apt ▼
65 Livingston Avenue

City/State/Zip ▼
Roseland, NJ 07068-1791

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**9**

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

**Lowenstein Sandler**

ATTORNEYS AT LAW
Lowenstein Sandler PC   65 Livingston Avenue   Roseland, New Jersey 07068
ATTORNEY BUSINESS ACCOUNT

PNC Bank, N.A.
New Jersey

Check Void After 90 Days

53804
R/T 55 - 760 / 312

Date February 4, 2008          Amount     ***$45.00***

PAY
TO THE
ORDER OF

***The Sum of Forty-five and 00/100***

Register of Copyrights

By

Memo:   Copyright Office Filing Fee

Authorized Representative

SECURITY FEATURES INCLUDED. DETAILS ON BACK

⑈053804⑈ ⑉031207607⑊          8019327261⑈

**LOWENSTEIN SANDLER, PC**                                                    53804

| Reference | Invoice No | Invoice Date | Invoice Amount | Amount Paid | | Check Amount |
|-----------|------------|--------------|----------------|-------------|--|--------------|
| 21332/2 | CKQ020408-1689 | 2/4/2008 | $45.00 | $45.00 | $0.00 | $45.00 |

endor Name:   Register of Copyrights
heck Number:   53804
equest Number:   237637

Vendor Number:   401788
Check Date:   2008-02-04

74154

ALL STATE INTERNATIONAL INC 800-321-0610   W-LCK-851-1-1TP   PRINTED IN U.S.A

**EXHIBIT I**

Thomson CompuMark
1100 13th St., N.W., Suite 300
Washington, DC 20005
Tel (800) 356-8630
Fax (202) 756-9299
http://compumark.thomson.com





RECEIVED

FEB 2 0 2008

COPYRIGHT OFFICE
PUBLIC OFFICE

February 20, 2008

Copyright Office Receipt No. 189778

### Re:   Material for filing with the US Copyright Office

To: Register of Copyrights, US Copyright Office

From: Thomson CompuMark

**Contact Name:  Beth Brown**          **Contact Telephone:  202-756-9266**

**Document Type:**  Form TX
**Processing Requested:**          Regular

**Total Items Enclosed   1**

Item Detail:

EMBRYO DONATION - text

**Additional Information:**

For further information or questions, please contact: See space 7

**Processing fees should be deducted from:**
Thomson Compumark Deposit Account DA 061794

**Delivery upon Completion of Processing:**

As indicated on application or cover sheet.

Attached filing(s) submitted to the US Copyright Office by _Beth Brown_

Beth Brown



# Receipt

**Library of Congress**
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**No.** 189778

**Date** 2/20/08

## Received

☐ Not examined in information section

Form(s) _7 TX_

Number of copies _1_

Type of deposit copies _text_

## Document(s)

Cover letter _1_

Other enclosures

Refer to

## Services

☐ Search

☐ Photocopies

☐ Additional certificates

☐ Certifications

☐ Secure text exam

☐ Transfer to photoduplication

☐ Other (specify)

## Method of Payment

☐ Cash

☐ Check

☐ Money order

☑ Deposit acct #: _61794_       Amount: _45 —_

☐ Credit card   Type:       Auth #:       Amount:

☐ No Fee

☐ Fee to be determined

☐ For connection

ETN:

**Total Payment: $** _45 —_

Received from _Thomson CompuMark_       Phone _202-756-9266_

Address _1100 13th St NW Suite 300_

_WDC 20005_

Representing _Student Network Resources Inc_       Phone

Received for the Register of Copyrights by _N_

Title _Embryo Donation_

... and _2_ others

## Notes

SEE REVERSE FOR IMPORTANT INFORMATION

Copyright Office fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

_____

TX _____ TXU _____

EFFECTIVE DATE OF REGISTRATION

Month _____ Day _____ Year _____

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

TITLE OF THIS WORK ▼

Embryo Donation

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼     Number ▼     Issue Date ▼     On Pages ▼

**2**

NAME OF AUTHOR ▼

Charles Liverhant

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR ⎰ Citizen of ▶ United States of America
   ⎱ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire Text

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR ⎰ Citizen of ▶
   ⎱ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR ⎰ Citizen of ▶
   ⎱ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given
2008 ◀ Year in all cases.

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information Month ▶ February   Day ▶ 19   Year ▶ 2008
ONLY if this work has been published.
United States of America ◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Student Network Resources, Inc.
1208 Highway 34, Suite 19
Aberdeen, NJ 07747

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

By Assignment

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

MORE ON BACK ▶   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
   • See detailed instructions.     • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

EXAMINED BY _____ FORM TX

CHECKED BY _____

☐ CORRESPONDENCE
     Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▶                    Year of Registration ▶

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

**6**

See instructions
before completing
this space

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                    Account Number ▼

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

Michael A. Norwick, Esq. of Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068

**b**

Area code and daytime telephone number ▶ 973-597-2500                    Fax number ▶ 973-597-2400
Email ▶ lstrademark@lowenstein.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
                                                    ☐ author
                                                    ☐ other copyright claimant
Check only one ──────────        ☐ owner of exclusive right(s)
of the work identified in this application and that the statements made    ☑ authorized agent of  Student Network Resources, Inc.
by me in this application are correct to the best of my knowledge.                    Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Michael A. Norwick, Esq.                                    Date ▶ February 19, 2008

Handwritten signature ▼

_Michael A. N_____

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Michael A. Norwick, Esq. of Lowenstein Sandler PC

Number/Street/Apt ▼
65 Livingston Avenue

City/State/Zip ▼
Roseland, NJ 07068-1791

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money
   order payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6222

**9**

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application, shall be fined not more than $2,500.

Form TX—Full   Rev: 11/2006   Print: 11/2006—30,000   Printed on recycled paper                    U.S. Government Printing Office: 2008-xxx-xxx/60,xxx