**EXHIBIT J**

**Police Training Programs Based on the Methods of Leland P. Bradford in 1945**

OVERVIEW—EMPLOYEE DEVELOPMENT

In 1945, Leland P. Bradford, who had been responsible for in-service training in human behavior in the U.S. Immigration and Naturalization Service, was assigned to establish training programs training at all levels and long-range development. He stated: "In the functioning of an organization, continuous growth cannot be achieved through efforts to improve one part to the disregard of the whole. Yet training is all too frequently undertaken on just such a piecemeal basis" (p.38). Implicit in the new role of training in the organization envisioned by Bradford were prerequisite changes in training methods and the scope and focus of their application. After World War II, most of the training programs were not developed or implemented as "diagnostic and therapeutic" for the individual or for the organization. Training was usually approached as a reactive measure to combat situational crises that arose, instead of as an activity integrated into the strategy for organizational growth (McGill, 1974).

In 1947, T-groups (Laboratory Training) were created, in which the learners use present experience in the group, participant feedback and human behavior theory to explore group process and gain insights into themselves and others. This was a new method that would help leaders and managers create a more humanistic, people serving system and allow leaders and managers to see how their behavior actually affected others. In the early 1950s, organizations experimented with group methods in organization training programs, such as human relations training, group dynamics, and executive development.  Typically middle- and top-level personnel attended off-site training

programs and learned new ideas about supervision, increased skills on working with others, and acquired new attitudes consistent with these skills (Roethlisberger, 1954). In 1954, the California State Personnel Board established the first structured organizational development program that specifically integrated employee training and development into the organization's structure. Part of this program included:

> Increasing know-how in:
>
> A. Conducting training to improve employees' work quality and quantity.
>
> B. Using on-the-job training as a management tool.
>
> C. Meeting company planning, coordinating, and decision-making goals.
>
> D. Thinking about proper and efficient utilization of employees.
>
> IV. Using employee development to discover and solve organizational problems within the established framework for action. Specifically:
>
> A. Orienting the employee.
>
> B. Teaching the employee his/her job.
>
> C. Training supervisors in name to become supervisors in fact.
>
> D. Using the employees to solve such problems as absenteeism, accident and injury, public relations, budgeting, record keeping, and management.
>
> E. Increasing the ability to talk about and consider trouble spots in organization whether stimulated from within or without (Sherwood, 1965)

Employee development came more slowly in police departments, which were still debating the level of post-high school education required. In 1977, Staufenberger analyzed the state of employee development in police stations and concluded: "Few departments have made a concerted effort to provide in-service training to their

personnel. Most departments seem to assume that whatever an officer cannot learn on the street is probably not worthwhile and that the skills that make a good street officer will also make a good supervisor. Thus, many police officers move into supervisory and executive positions with an apparent lack of skills to perform those jobs" (p. 684).

Barker (1983) argued the best method to deter police corruption was to introduce the police recruits to corruption issues before entering the police force. Lynch (1976) proposed that curricula can be developed within higher education to effectively provide training with an emphasis on ethics and development of moral reasoning. Higher education can enable individuals to examine choices, solutions and various courses of action. Because of the varied skills necessary to perform these complex functions (Morris & Morris, 1993), enhancement of critical thinking would enable police officers to create a broader array of alternatives when approaching problems, dilemmas and crises within their many roles. Critical thinking and conceptual development could also be promoted within higher education curricula.

Over the past several decades, some police departments have incorporated employee development. However, despite continually new technology introductions most police education has not fundamentally changed in generations. Officers are sent to a central site to work with instructors. Present-day law enforcement agencies are facing increased challenges. Nationwide police departments are confronting new domestic pressures, such as computer crimes and identity theft in addition to the terrorism threat terrorism homeland defense. Unfortunately, at the same time, some departments are facing a drop in funding and training often represents one of the first budget items cut (Nelson, 2006).

Increasingly, departments are recognizing a need for overall change. Small agencies cannot afford a central training facility and large departments often do not want to address specialized needs in-house. Thus, agencies often must choose to send officers to an outside facility and incur the costs and temporary staffing shortages or forego the training.

The concept of police professionalism evolved throughout the twentieth century. Today, professionalism is in line with: 1) Corporateness that involves instilling an understanding of professional duty and building a minimum level of expertise in individuals before they are admitted to the profession. From there, it mandates collectively maintaining established standards of performance. Implementing the concepts in corporateness take many forms using lessons learned for sustaining expertise; (2) creating and maintaining quality instruction, and (3) developing structures and procedures to obtain the maximum potential from police training (Panitch, 2003).

At the beginning of the 21st century, the Los Angeles Police Department (LAPD) was analyzed by the RAND organization to institute a new employee development program with the following five parameters: use of force, search and seizure, arrest, community policing, and diversity awareness. The analysis found an absence of a unifying theme for officer development as well as a struggle in developing a consistent leadership vision for department officers.

It is understood at the LAPD that training continually develops and hones unique skills. While the LAPD training group is primarily responsible for developing the skills and expertise of the officers, every leader and officer must unceasingly work to better himself/herself and colleagues as public servants. Department training should not only

help recruits become officers, but also constantly educate police at every echelon beyond their academy graduation. he recommendations of the RAND study were: 1) Introduce and consistently maintain high quality throughout every aspect of LAPD training; 2) Restructure the LAPD Tarining Group to Allow the Centralization of Planning; Instructor Qualification, Evaluation, and Learning Retention; and More Efficient Use of Resources; 3) Integrate Elements of Community-Oriented Policing and Diversity Awareness Training models Throughout LAPD Training;  and 4) Develop Training on Use of Force, Search and Seizure, and Arrest Procedures That Meets Current Standards of Excellence.

### Knowledge-Based Society

Today, employee development consists of a collaborative goal of both the organization's management and its personnel to continually enhance the employee's knowledge, skills, and abilities. In order to be successful, employee development must balance the individual's career requisites and goals, as well as the organization's need to have the highest quality output possible. Repeated studies show that employee development programs contribute positively to organizational gain and performance. A more highly educated and trained workforce is able to achieve more and a management's group can attain higher standards as the employees acquire additional experience and knowledge.

Globalization and the increasing demographic diversity demands flexibility in all organizations, and these demands have made employee expertise more essential than ever (Jacobs & Washington, 2003). Based on the results of a four-year study, Kotter and Heskett (1992) concluded that organizational success is determined largely by the

knowledge, skills and attitudes of their people in them. According to Drucker (1993), knowledge is the primary resource for organizations in today's post-capitalistic society. Now, more than ever, organizations require high-performing employees who can complete complex multitasking, including problem solving and decision making. This can only be acquired with the necessary knowledge, experience and skill-building capabilities. As employees possess higher competence levels, the organization as a whole is more able to effectively respond to the many challenges faced in present-day society (Jacobs and Washington, 2003).

Jacobs and Washington (2003) express that organizations now need "experts," or individuals "who achieve the most valuable outcomes in organizations." They determine different levels of individuals to reach that level of expertise.

A novice has minimal exposure to the work and lacks the knowledge and skills required to adequately perform the job. The specialist can perform specific units of work unsupervised. However, the work is limited to routine responsibilities and the individuals usually need to be coached. An experienced specialist can perform specific units of work repeatedly, and thus with skill and ease. It is possible to stay at this level for extended periods of time. An expert has the knowledge and experience to meet and frequently exceed the requirements of a particular form of work. This individual is respected by others for his/her skills or expertise and ability to deal with routine and nonroutine situations. Finally, the master is recognized as "the" expert among all employee who sets standards for others.

Police Departments, as well, require knowledge-based motivational employee development program to motivate and retain their employees and provide them with a

strong background leading to higher levels of knowledge.  A professional approach to policing includes a process of personnel, vehicles, and facilities, as well as a in-depth procedural manual and code of conduct and a comprehensive and fair disciplinary system. Training and management procedures must also adhere to the highest professional standards. Also, pride and professionalism must be emphasized continually to all personnel. An employee development program to be successful must also involve a strong reward/reinforcement system that can greatly improve departmental morale.

Employee development programs also enhance the educational levels of the department staff, while also giving individuals a means for advancing in their careers. Seeking personal fulfillment from professional ability is essential. Too often, officers are not given sufficient opportunities for professional development and tend to remain in rigidly assigned positions. Many times, training opportunities end with the basic academy or the fulfillment of State-mandated minimums rather than a continual opportunity for professional training.

Mercedes, Texas Police Department (website), which has 25 officers serving a municipality of 14,000 people, began its employee development program in 1986.  Its first step was establishing high professional standards throughout the department, including a rewards/reinforcement system to recognize and promote superior performance. As a result, the delivery of police service showed an immediate rise in improvement and increase in public confidence. Patrol enhancement, consisting of limited follow-up responsibility in certain offenses, team policing duties, and walking patrol assignments were also a part of the program. Officers, who were very open to these

duties, soon began to suggest that more assignments be added. The public was also quick to note the officers' increased involvement.

The department then instituted a policy where each officer was required to complete a minimum of 40 hours in-service training per year per officer. A wide variety of training was offered to police personnel. At the end of 1986, after seven months of the new program, each officer had achieved an average of 96 hours of training. By the end of 1987, this average increased to 109 hours of training per officer. Before the implementation of this educational incentive plan, only two officers had any college-level education, one had an associate's degree in law enforcement from a community college, and one officer was attending college. Within the first year of the program, six officers earned college credits, and ten were actively enrolled in college courses.

In addition, recruiting efforts attracted three officers with an average of two years' college experience, all indicating that they were decided to join the department because it would allow them to continue their education. Subsequent recruiting activities resulted in well-educated, highly motivated, and extremely desirable candidates for employment. The turnover rate went from 38 percent to 7 percent over 24 months. This reduction in the turnover rate resulted in an estimated budgetary savings of at least $53,000. Departments need to recognize that the initial expense of implementing an employee development program is minimal when compared to the advantages gained by both the law enforcement agency and the officer. Most importantly employees experience professional growth and development and the agency gains better trained and personally satisfied employees prepared to deal with the myriad challenges in their municipality.

Bibliography

BARKER, T. (1983) Rookie police officers' perceptions of police occupational deviance, *Police Studies, 6*, 30-38.

Drucker, P. (1983). *Post-Capitalistic Society*. Boston: Harvard Business School Press Jacobs R., & Washington, C. (2003). Employee development and organizational performance: a review of literature and directions for future research. *Human Resource Development International, 6*(2).

Kotter, J. R, and J. L Heskett (1992) *Corporate Culture and Performance*. New York: Free Press.

Leland P. Bradford (1945) Resistance to Re-Education in Government Administration, *Journal of Social Issues, 1:*. 38.

Lynch, G.W. (1976) The contributions of higher education to ethical behavior in law enforcement, *Journal of Criminal justice, 4,* 285-290.

McGill, M.E. (1974). A Symposium: Organization Development The Evolution of Organization Development: 1947-1960 *Public Administration Review, 34*( 2). 98-105.

Morris, C. & Morris, N. (1993) Defining good policing: the instrumental and moral in approaches to good practice and competence, *Policing and Society, 3:* 205-221.

Nelson, K.R. (1984). Police Education for the 21st Century. *Law Enforcement Bulletin 75* (7) 14-16

Nicholson, L. (2006) Executive Leadership Education: *FBI Law Enforcement Bulletin 75* (4) 17.

Panitch, B.R. (2003) *Training the 21st Century Police Officer: Redefining Police Professionalism for the Los Angeles Police.*  Santa Monica, CA: Rand.

Roethlisberger, F. (1984) *Training for Human Relations*. Boston: Harvard University Press.

Staufenberger, R.A. (1987) A Symposium: The Professions in Government. The Professionalization of Police: Efforts and Obstacles. *Public Administration Review,* **81604** 37(6) 678-685.

Trott, R. (2006) :Training for Law Enforcement Managers: What Does Professional Military Education Offer? *FBI Law Enforcement Bulletin 75* (5) 12-18

**EXHIBIT K**

Visitor Details for 117.20.19.195

https://extremetracking.com/n3?login=papernut&server=n4&report=vis.detailed3&mt=&pid=polic...   Google

< Previous Visitor - Next Visitor >          Close Window

## Visitor Detail

Unique Visitor

| | | | |
|---|---|---|---|
| Visitor | 117.20.19.195 | IP Address | 117.20.19.195 |
| Date | 01 Feb '08, Fri, 03:28:37 | Net Speed | Cable/DSL |
| Organization | Unknown | Browser | Firefox 1.5 |
| Continent | Unknown | Operating System | Windows XP |
| Country | Unknown | Screen Resolution | 1024x768 |
| State / Region | Unknown | Screen Color | 32 Bit (16.7M) |
| City | Unknown | Javascript | Enabled |

| | |
|---|---|
| Referrer | http://www.teenwag.com/go/20410 |
| Search Engine | None |
| Keywords | None |

## Path / Time Spent

| Time Entered | Time Spent | Page ID | Page URL |
|---|---|---|---|
| 01 Feb \'08, Fri, 03:28:37 | Unknown | police | http://www.papernut.com/police-training-programs-leland-p-bradford-1945.html |

Unique Visitor

2/2/08 5:27 PM

**EXHIBIT L**



Mail.com the best personalized free web-based email

http://mail01.mail.com/scripts/common/home.main?a=8f98139853a8036efd7e7de5feb8d7530a15ea6b0d0c5b1175b

EMAIL | ADDRESSES | CALENDAR | NOTEPAD | PREMIUM | CONTENT | SHOPPING

Check Mail   Compose   Folders                    Download Mail Alert   □ Options   ☐ My Account   🔒 Logout

Read Message                    Printable Version / Print with annotation                    Previous | Next

▼ | Reply   Reply All   Forward   As Attachment ⊕   Add annotation   Delete        Move To   ⬚

From: "Ivy Research Papers" <care@ivyresearchpapers.com>   Save Address  Block Sender  This is Spam

To: <rockstar23@rockfan.com>
CC:
Subject: Laney Sanchez, your completed assignment (3119939) on the topic of 'Leland P..' by site Ivy Research Papers
Date: Fri, 1 Feb 2008 14:42:51 +0500
Return-Path: <care@ivyresearchpapers.com>
Delivered-To: rockstar23@rockfan.com@rockfan.com
Received: (qmail 3284 invoked by uid 0); 1 Feb 2008 09:42:06 -0000
X-Ob-Received: from unknown (192.168.8.55) by mta1-9.us4.outblaze.com; 1 Feb 2008 09:42:06 -0000
Received: from iPDAEZ1821MIA.offshoreemail.com (offshoreemail.com [209.213.114.24]) by spf18.us4.outblaze.com
(Postfix) with ESMTP id 321FECF04D for <rockstar23@rockfan.com>; Fri, 1 Feb 2008 09:42:05 +0000 (GMT)
Received: from content ([202.125.134.86]) by offshoreemail.com with MailEnable ESMTP; Fri, 01 Feb 2008 04:41:47 -0500
Thread-Topic: Laney Sanchez, your completed assignment (3119939) on the topic of 'Leland P..' by site Ivy Research Papers
Thread-Index: AchkbMvAwvQeiwkRG+y11qdNjYf2A+==
Message-Id: <7D8B78ECDB1F4A8C81EAC822B479FA1E@axact.com>
Mime-Version: 1.0
Content-Type: multipart/mixed; boundary="----=_NextPart_000_17DC_01C864E0.B8FC6620"
X-Mailer: Microsoft CDO for Windows 2000
Content-Class: urn:content-classes:message
Importance: normal
Priority: normal
X-Mimeole: Produced By Microsoft MimeOLE V6.00.3790.3959
X-Antivirus: avast! (VPS 080201-0, 02/01/2008), Outbound message
X-Antivirus-Status: Clean

Show Basic Headers                                                         Back To [INBOX]

Content-Type: text/html; charset=iso-8859-1
Content-Transfer-Encoding: 7bit

Dear Laney Sanchez,

Your order has been successfully completed. Kindly download your attached paper on the topic of 'Leland P. Bradford and Police Training Programs'.

If you are unable to open the attachment, then kindly download it by using the password given below.

Password: 84730778

Please click here to enter the password provided.

Our writers have worked hard so that you can achieve the grades you've aimed for. Writing your paper was a pleasing experience and we are sure that you
will be satisfied with the paper we have prepared.

We hope that you must have also enjoyed our services and would be ordering at our site again whenever you require custom writing services.

If you'd like to have more papers written on any of your desired topics, you can place another order by clicking the link given below. Ordering now will get
you our same special discounted prices (ending very soon) and special consideration in the completion date of your order.

Click here to type the topic of your paper and place an order.

Continue enjoying our services.

Regards,

Ivy Research Papers

In order to reply to this e-mail, kindly click here to contact the 24-hour Customer Support Center at Ivy Research Papers.

Content-Type: application/msword; name=3119939-77310.doc
Content-Transfer-Encoding: base64
Content-Disposition: attachment; filename=3119939-77310.doc

3119939-77310.doc [~65K]

▼ | Reply   Reply All   Forward   As Attachment ⊕   Delete        Move To   ⬚ Previous | Next | Back To [INBOX]

CapitalOne
what's in your wallet?

It's
ALIVE!
(NOT REALLY,
IT'S A
CREDIT CARD)

YOUR
RATES

YOUR
REWARDS

YOUR
DESIGN

CREATE YOUR
OWN CARD

2/1/08 6:52 PM

**EXHIBIT M**

Case 3:07-cv-05491-FLW-TJB   Document 18-2   Filed 02/25/08   Page 16 of 67 PageID: 297

Running Head: LELAND P. BRADFORD AND POLICE TRAINING PROGRAMS

Leland P. Bradford and Police Training Programs

[Name of the writer]

[Name of the institution]

Leland P. Bradford and Police Training Programs

In 1945, Leland P. Bradford, who had been accountable for in-service training in human behavior in the U.S. Immigration and Naturalization Service, was assigned to set up training programs training at all levels and long-range development. He stated: "In the functioning of an organization, continuous growth cannot be accomplish through efforts to get better one part to the disregard of the whole. Yet training is all too frequently undertaken on just such a piecemeal basis" (p.38).

Implicit in the new role of training in the organization imagine by Bradford were qualification changes in training methods and the scope and focus of their application. After World War II, most of the training programs were not developed or implemented as "diagnostic and therapeutic" for the individual or for the organization. Training was usually come up to as a reactive measure to combat situational crises that arose, instead of as an activity integrated into the strategy for organizational growth (McGill, 1974).

In 1947, T-groups (Laboratory Training) were shaped, in which the learners use present experience in the group, participant feedback and human behavior theory to explore group process and gain insights into themselves and others. This was a new method that would help leaders and managers build a more

humanistic, people serving system and permit leaders and managers to see how their behavior in reality affected others. In the early 1950s, organizations experimented with group methods in organization training programs, such as human relations training, group dynamics, and executive development.

Typically middle- and top-level personnel attended off-site training programs and learned new ideas about supervision, increased skills on working with others, and acquired new attitudes consistent with these skills (Roethlisberger, 1954). In 1954, the California State Personnel Board established the first structured organizational development program that specifically integrated employee training and development into the organizations structure. Part of this program included:

*Increasing know-how in:*

    A. Conducting training to improve employees work quality and quantity.

    B. Using on-the-job training as a management tool.

    C. Meeting company planning, coordinating, and decision-making goals.

    D. Thinking about proper and efficient utilization of employees.

IV. Using employee development to discover and solves organizational problems within the established framework for action. particularly:

A. Orienting the employee.

B. Teaching the employee his/her job.

C. Training supervisors in name to become supervisors in information.

D. Using the employees to solve such problems as absenteeism, accident and injury, public relations, budgeting, record keeping, and management.

E. Increasing the ability to talk about and consider trouble spots in organization whether stimulated from within or without (Sherwood, 1965)

Employee development came more slowly & gradually in police departments, which were still debating the level of post-high school education necessary. In 1977, Staufenberger analyzed the state of employee development in police stations and concluded: "Few departments have made a intensive effort to provide in-service training to their personnel. Most departments seem to assume that whatever an officer cannot learn on the street is probably not worthwhile and that the skills that make a good street officer will also make a good supervisor. Thus, many police officers move into supervisory and executive positions with an apparent lack of skills to perform those jobs" (p. 684).

Barker (1983) argued the best method to deter police corruption was to introduce the police recruits to corruption issues before entering the police force. Lynch (1976) proposed that curricula can be developed within higher education to successfully provide training with an emphasis on ethics and development of moral way of thinking.

Higher education can facilitate individuals to examine choices, solutions and various courses of action. Because of the varied skills necessary to perform these complex functions (Morris & Morris, 1993), enhancement of critical thinking would enable police officers to create a broader array of alternatives when imminent problems, dilemmas and crises within their many roles. Critical thinking and conceptual development could also be promoted within higher education curricula.

Over the past several decades, some police departments have integrated employee development. However, despite repeatedly new technology introductions most police education has not fundamentally changed in generations. Officers are sent to a central site to work with instructors. Present-day law enforcement agencies are facing increased challenges. Nationwide police departments are confronting new domestic pressures, such as computer crimes and identity theft in addition to the terrorism threat terrorism homeland defense. Unfortunately, at

the same time, some departments are facing a drop in funding and training often represents one of the first budget items cut (Nelson, 2006).

Increasingly, departments are distinguishing a need for overall change. Small agencies cannot afford a central training facility and large departments often do not want to address specialized needs in-house. Thus, agencies often must choose to send officers to an outside facility and incur the costs and temporary staffing shortages or forego the training.

The concept of police professionalism develops throughout the twentieth century. Today, professionalism is in line with: 1) Corporateness that involves instilling an understanding of professional duty and building a minimum level of expertise in individuals before they is admitted to the profession.

From there, it mandates collectively maintaining established standards of performance. Implementing the concepts in corporateness take many forms using lessons learned for sustaining expertise; (2) creating and maintaining quality instruction, and (3) developing structures and procedures to obtain the maximum potential from police training (Panitch, 2003).

At the beginning of the 21st century, the Los Angeles Police Department (LAPD) was analyzed by the RAND organization to institute a new employee development program with the

following five parameters: use of force, search and seizure, arrest, community policing, and diversity awareness. The analysis found an absence of a unifying theme for officer development as well as a struggle in developing a consistent leadership vision for department officers.

It is understood at the LAPD that training continually develops and hones unique skills. While the LAPD training group is primarily responsible for developing the skills and expertise of the officers, every leader and officer must unceasingly work to better him/her and colleagues as public servants. Department training should not only help recruits become officers, but also constantly educate police at every echelon beyond their academy graduation.

He recommendations of the RAND study were: 1) Introduce and consistently maintain high quality throughout every aspect of LAPD training; 2) Restructure the LAPD Tarining Group to Allow the Centralization of Planning; Instructor Qualification, Evaluation, and Learning Retention; and More Efficient Use of Resources; 3) Integrate Elements of Community-Oriented Policing and Diversity Awareness Training models Throughout LAPD Training; and 4) Develop Training on Use of Force, Search and Seizure, and Arrest Procedures That Meets Current Standards of Excellence.

*Knowledge-Based Society*

Today, employee development consists of a collaborative goal of both the organizations management and its personnel to continually enhance the employee's knowledge, skills, and abilities. In order to be successful, employee development must balance the individual's career requisites and goals, as well as the organization's need to have the highest quality output possible. Repeated studies show that employee development programs contribute positively to organizational gain and performance. A more highly educated and trained workforce is able to achieve more and a managements group can attain higher standards as the employees acquire additional experience and knowledge.

Globalization and the increasing demographic diversity demands flexibility in all organizations, and these demands have made employee expertise more essential than ever (Jacobs & Washington, 2003). Based on the results of a four-year study, Kotter and Heskett (1992) concluded that organizational success is determined largely by the knowledge, skills and attitudes of their people in them. According to Drucker (1993), knowledge is the primary resource for organizations in todays post-capitalistic society.

Now, more than ever, organizations require high-performing employees who can complete complex multitasking, including problem solving and decision making. This can only be acquired with the necessary knowledge, experience and skill-building capabilities. As employees possess higher competence levels, the organization as a whole is more able to effectively respond to the many challenges faced in present-day society (Jacobs and Washington, 2003).

Jacobs and Washington (2003) express that organizations now need "experts," or individuals "who achieve the most valuable outcomes in organizations." They determine different levels of individuals to reach that level of expertise.

A novice has minimal exposure to the work and lacks the knowledge and skills required to adequately perform the job. The specialist can perform specific units of work unsupervised. However, the work is limited to routine responsibilities and the individuals usually need to be coached. An experienced specialist can perform specific units of work repeatedly, and thus with skill and ease.

It is possible to stay at this level for extended periods of time. An expert has the knowledge and experience to meet and frequently exceed the requirements of a particular form of work. This individual is respected by others for his/her skills or expertise and ability to deal with routine and nonroutine

situations. Finally, the master is recognized as "the" expert among all employees who sets standards for others.

Police Departments, as well, require knowledge-based motivational employee development program to motivate and retain their employees and provide them with a strong background leading to higher levels of knowledge. A professional approach to policing includes a process of personnel, vehicles, and facilities, as well as an in-depth procedural manual and code of conduct and a comprehensive and fair disciplinary system. Training and management procedures must also adhere to the highest professional standards. Also, pride and professionalism must be emphasized continually to all personnel. An employee development program to be successful must also involve a strong reward/reinforcement system that can greatly improve departmental morale.

Employee development programs also enhance the educational levels of the department staff, while also giving individuals a means for advancing in their careers. Seeking personal fulfillment from professional ability is essential. Too often, officers are not given sufficient opportunities for professional development and tend to remain in rigidly assigned positions. Many times, training opportunities end with the basic academy or the fulfillment of State-mandated minimums rather than a continual opportunity for professional training.

Mercedes, Texas Police Department (website), which has 25 officers serving a municipality of 14,000 people, began its employee development program in 1986. Its first step was establishing high professional standards throughout the department, including a rewards/reinforcement system to recognize and promote superior performance. As a result, the delivery of police service showed an immediate rise in improvement and increase in public confidence.

Patrol enhancement, consisting of limited follow-up responsibility in certain offenses, team policing duties, and walking patrol assignments were also a part of the program. Officers, who were very open to these duties, soon began to suggest that more assignments be added. The public was also quick to note the officers' increased involvement.

The department then instituted a policy where each officer was required to complete a minimum of 40 hours in-service training per year per officer. A wide variety of training was offered to police personnel. At the end of 1986, after seven months of the new program, each officer had achieved an average of 96 hours of training. By the end of 1987, this average increased to 109 hours of training per officer. Before the implementation of this educational incentive plan, only two officers had any college-level education, one had an associate's

degree in law enforcement from a community college, and one officer was attending college. Within the first year of the program, six officers earned college credits, and ten were actively enrolled in college courses.

In addition, recruiting efforts attracted three officers with an average of two years' college experience, all representing that they were decided to join the department because it would allow them to continue their education. Subsequent recruiting activities resulted in well-educated, highly motivated, and extremely desirable candidates for employment. The turnover rate went from 38 percent to 7 percent over 24 months.

This reduction in the turnover rate resulted in an estimated budgetary savings of at least $53,000. Departments need to recognize that the initial expense of implementing an employee development program is minimal when compared to the advantages gained by both the law enforcement agency and the officer. Most importantly employees experience professional growth and development and the agency gains better trained and personally satisfied employees prepared to deal with the myriad challenges in their municipality.

References

Leland P. Bradford (1945) Resistance to Re-Education in Government Administration, Journal of Social Issues, 1:. 38.

Barker, T. (1983) Rookie police officers' perceptions of police occupational deviance, Police Studies, 6, 30-38.

Drucker, P. (1983). Post-Capitalistic Society. Boston: Harvard Business School Press

Jacobs R., & Washington, C. (2003). Employee development and organizational performance: a review of literature and directions for future research. Human Resource Development International, 6(2).

Kotter, J. R, and J. L Heskett (1992) Corporate Culture and Performance. New York: Free Press.

Lynch, G.W. (1976) The contributions of higher education to ethical behavior in law enforcement, Journal of Criminal justice, 4, 285-290.

McGill, M.E. (1974). A Symposium: Organization Development The Evolution of Organization Development: 1947-1960 Public Administration Review, 34( 2). 98-105.

Morris, C. & Morris, N. (1993) Defining good policing: the instrumental and moral in approaches to good practice and competence, Policing and Society, 3: 205-221.

Nelson, K.R. (1984). Police Education for the 21st Century. Law Enforcement Bulletin 75 (7) 14-16

Nicholson, L. (2006) Executive Leadership Education: FBI Law Enforcement Bulletin 75 (4) 17.

Panitch, B.R. (2003) Training the 21st Century Police Officer: Redefining Police Professionalism for the Los Angeles Police. Santa Monica, CA: Rand.

Roethlisberger, F. (1984) Training for Human Relations. Boston: Harvard University Press.

Staufenberger, R.A. (1987) A Symposium: The Professions in Government. The Professionalization of Police: Efforts and Obstacles. Public Administration Review, 81604 37(6) 678-685.

Trott, R. (2006): Training for Law Enforcement Managers: What Does Professional Military Education Offer? FBI Law Enforcement Bulletin 75 (5) 12-18

**EXHIBIT N**

Leland P. Bradford and Police Training Programs

In 1945, Leland P. Bradford, who had been accountable for in-service training in human behavior in the U.S. Immigration and Naturalization Service, was assigned to set up training programs training at all levels and long-range development. He stated: "In the functioning of an organization, continuous growth cannot be accomplish through efforts to get better one part to the disregard of the whole. Yet training is all too frequently undertaken on just such piecemeal basis" (p.38).

Implicit in the new role of training in the organization imagine by Bradford were qualification changes in training methods and the scope and focus of their application. After World War II, most of the training programs were not developed or implemented as "diagnostic and therapeutic" for the individual or for the organization. Training was usually come up to as a reactive measure to combat situational crises that arose, instead of as an activity integrated into the strategy for organizational growth (McGill, 1974).

In 1947, T-groups (Laboratory Training) were shaped, in which the learners use present experience in the group, participant feedback and human behavior theory to explore group process and gain insights into themselves and others. This was a new method that would help leaders and managers build a more

humanistic, people serving system and permit leaders and managers to see how their behavior in reality affected others. In the early 1950s, organizations experimented with group methods in organization training programs, such as human relations training, group dynamics, and executive development.

Typically middle- and top-level personnel attended off-site training programs and learned new ideas about supervision, increased skills on working with others, and acquired new

**EXHIBIT O**

## Implementing an Effective Handwashing Program in Schools

Once upon a time, encouraging school children to wash their hands before eating and after using the bathroom was seen as a way to instill good manners in young people. Now, however, proper handwashing can be a matter of life and death for students and educators.  Approximately one-fifth of the U.S. population attends or works in school on a full or part-time basis.  This means that it is essential for the health of the public as well as students and educators that proper hygiene is practiced and the risk of communicable epidemics are minimized ("Seasonal Flu Information for Schools & Childcare Providers, CDC, 2008).  It is also important for the mission as well as the health of the school.  Sick children have poor attendance, which impacts their education.  Sick educators cannot educate children, resulting in poor school performance.  Sick students and school employees bring their illnesses home to their loved ones and friends, as well.

Schools are meeting-places of many wonderful ideas and people from diverse circumstances and backgrounds, but they are also often the meeting-grounds and thus breeding-grounds of many new varieties of germs, many of which are antibiotic-resistant. The need for handwashing promotional campaigns at schools is proclaimed by every news headline that blares yet another epidemic breaking out in a nearby school.  Today, "drug-resistant bacteria are considered a major health threat by public health experts. Some strains, including *S. aureus* (staph), have alarmed experts with increased levels of resistance to multiple antibiotics.  Ruth M. Parker, MD, an associate professor of medicine at Emory University in Atlanta and a member of the panel, called the potential for more antibacterial resistance absolutely terrifying" (Zwillich 2005).  Also, because

Student Network Resources Inc. © 2008

students, especially younger students, often lack practical basic knowledge of hygienic practices, or fail to put their knowledge in action (much as they run through the halls, or talk out of turn unless they are reminded or reprimanded) students and people who work with students are at greater risk for contracting severe and common as well as severe and relatively uncommon communicable ailments.  They can then pass these ailments onto the larger population outside of the school.

The fact that there has been an increased incidence of antibiotic-resistant bacteria in hospitals and many other public locations, but particularly in schools means that parents and maybe even some students are scared enough to take action, thus beginning a handwashing campaign at this juncture is an excellent idea for any school district.  One well-publicized examples of this is MRSA, a kind of *Staphylococcus aureus* ("staph") bacterium that is resistant to most common antibiotics, including methicillin, oxacillin, penicillin, and amoxicillin.  It in particular is becoming more common in community settings, including schools.  All staph bacteria-borne illnesses are spread by direct contact and school settings and there are many opportunities for direct contact among students, especially when students do not wash their hands, or merely rinse their hands quickly. "Factors that have been associated with the spread of MRSA skin infections include close skin-to-skin contact" (De Maria 2008)

While MRSA is one of the more recent extreme public health threats, influenza is a long-standing problem that affects young children more severely than other populations.  Even when children have gotten flu shots, no shot can protect students against all forms of the ailment.  And viruses are rampant in schools.  Some viruses and bacteria can live from 20 minutes or up to 2 hours or more on surfaces like cafeteria

tables, doorknobs, and desks. Handwashing can protect against the flu, as well as colds and other illnesses that can cause absences and raise the risk of weakening young children's already fragile immune symptoms to further infections. Nearly 22 million school days are lost annually due to the common cold alone, which indicates that poor hygiene is a priority because it can impact the educational environment ("Seasonal Flu Information for Schools & Childcare Providers, CDC, 2008). Lost school days mean it is difficult for absent students to catch up with their classmates. Gaps in the class roster can slow down the other, healthy student's learning as the teacher must modify the lesson plan accordingly, so the absent students can catch up. Teachers who are absent because of illnesses they contract from students leave the entire classroom prey to substitutes unfamiliar with student learning habits.

However, persuading parents of the dangers of MRSA and the flu, even the common cold is unlikely to be the problem, although sending home flyers reminding parents of the importance of handwashing at home and at school, as well as the school board's acknowledgement of the problem is a good idea. The problem is encouraging children to wash their hands properly, a challenge even for many well-meaning parents who find it difficult to make sure that their children are washing their hands before mealtimes! "Wash your hands. When you're a kid, it's just one more thing you're being told you must do" ("Healthy Schools, Healthy People: How one school put clean hands into the spotlight." SDA: Soap and Detergent Association. 2003, p.1). Making handwashing fun, not an adult-imposed chore is essential for school-wide behavioral compliance, given that there is no feasible strategy by which adults can ensure that every child washes his other hands through supervision, at every moment of the day.

Student Network Resources Inc. © 2008

The Los Angeles Department of Health suggests that school districts pepper the walls with posters advising children to wash their hands. One poster created by the health department is entitled "Why do we wash our hands? When do we wash our hands? How do we wash our hands?" The text of the poster, which shows happy, healthy cartoon drawings of students engaged in a variety of activities, advises readers that "we" wash our hands before eating, touching wounds, using the toilet, etcetera. The reminder not to touch wounds and touch another person before washing one's hands is especially important when preventing the spread of ailments such as MRSA, as MRSA is particularly apt to be passed on through open sores and cuts. A student with a scab may not realize that he or she is more in danger of contracting the ailment, or passing the bacteria onto others.

Interestingly, the poster also lists some situations not specific to the school environment such as caring for children or pets, which may be wise given that a student who picks up an illness in these situations could still spread the disease after he or she comes to school. The poster also lists situations that seem more common in the life of an adult, like helping someone to use the toilet. Regardless, all adults can use such reminders and the non-specific school reminders are important because a child that practices healthy habits at home is more likely to practice those healthy habits in school, and simply to stay healthy in general. Health campaigns at schools are at least partially designed to foster good habits as well as to protect other students from frequent absences, and healthcare workers.

However, rather than simply using pre-made posters on the walls, having a poster contest, with a reward for the first, second and third place contestants in every grade

Student Network Resources Inc. © 2008

might be a better way for students to have a 'hands-on' (no pun intended) sense in the campaign, especially if they saw their award-winning design, or the design of their friends, throughout the school reminding students to wash their hands, and the best ways to prevent the spread of illnesses.  Also, students may know better what slogans are likely to be motivational for their peers.

The "Why do we wash our hands?" poster also proclaims, "When we wash our hands we . . . make bubbles by rubbing our hands together, sing our ABC's, or other favorite songs we know, use warm water to rinse the germs and the soap off." The 'singing' component of handwashing ("Happy Birthday" is another common song used to encourage children to wash their hands for longer periods of time) is an excellent way to encourage children to become part of the effort—for the first weeks, allowing the children to sing loudly, and to come up with new, short, silly songs that encourage them to wash their hands for the duration of the period needed to kill all of the bacteria on their hands and beneath their fingers will be something all students thoroughly enjoy! In fact, they may wash their hands for a long time simply for the pleasure of singing or annoying their fellow students and adults! The difficulty may be to get them to stop, or to turn the volume of their voices down after the full-throttled phase of the campaign is over. Hanging signs in the bathroom reminding students to sing while they wash their hands, and not to stop washing until they finish, and perhaps providing the lyrics of silly songs, might be a possible element of the handwashing campaign.

Having enough soap on hand may be a problem in some school districts, or obtaining soap that smells good, and encourages children to wash.  Getting liquid soap rather than bar soap (which tends to grow crusty and uninviting on sinks, as well as laden

with bacteria) is another point to keep in mind.  Using antibacterial soap may be less of a priority than using soap, period, so long as the soap encourages the children to wash in a proper fashion (Zwillich 2005).  In fact, "In an 11 to 1 vote, advisory panel members" to the FDA "concluded that mass-marketed antiseptics have shown no evidence of preventing infections more effectively than hand washing with regular soap," and "experts said it may not be worth the risk of spawning resistant bacteria" (Zwillich, 2005).  Although many classrooms stock hand sanitizers that can be used in the absence of water, the efficacy of these products is also in dispute, although for classrooms without access to sink, teachers often use them as the 'next best thing.'

If soap shortages are a concern because of budgeting at the school, parents can be asked to volunteer to bring in liquid soap to stock the classroom and school, preferably in colorful, attractively smelling varieties.  If the teachers desire, they can allow the students to test and compare different types, scents, and prices, to see which wins a 'competition' for the 'best soap' and the best price.  Students can read the labels of different types of soaps, solvents, shampoos, and anti-bacterial hand sanitizers to understand why the products are (or are not) effective, on a chemical basis.

Even young students can 'get involved' and direct the nature of the handwashing campaign, rather than merely be 'told' what to do by adults.  A suggested health class lesson plan designed for elementary and middle school children may ask the students to "think about how many things we touch on our way between the classroom and the lunchroom.  How many things did you touch with your hands before you used your hands to put food into your mouth? …What are some of the ways that germs are spread from

one person to another...What are some of the things we can do to prevent the spread of germs?" (Ferrin 2008).

Incorporating the hygiene campaign into science and health classes is a more sophisticated way to increase student education and empowerment. For example, students in Mrs. Kiser's 7th grade science class at Goodrich Middle School in Lincoln, Nebraska were first introduced to the topic by examining common bacteria on their hands and in the classroom through a microscope. Now they "know that clean hands are important to their health and the health of their classmates. They've seen live cultures of hand-borne yuck." ("Healthy Schools, Healthy People: How one school put clean hands into the spotlight," SDA: Soap and Detergent Association. 2003, p.2). The students were sufficiently motivated by what they saw that they decided to conduct some more experiments of their own. They went on to swabbed school surfaces and cultivated bacteria on agar plates to find the top germ breeding grounds in the school ("Healthy Schools, Healthy People: How one school put clean hands into the spotlight." SDA: Soap and Detergent Association. 2003, p.3). The most germ-dense places in the school were the surfaces in the cafeteria, student phone booth, computer center, and the library.

The point of the exercise was not merely to excite disgust, but to identify potential sites for hand-cleaning stations and to show how not washing their hands left a very clear and visible trace. While every school is likely to have a bathroom and perhaps a sink in the locker room or art room, the presence of sinks is itself a reminder to wash one's hands. Installing more sinks, having hands-free soap and paper towel dispensers, hand dryers, and other sanitary methods of handwashing is helpful, although this requires adults to 'get on board' with the child-lead effort. To garner other suggestions, and to

find the best places to put handwashing stations to suit the needs of the school, allowing the students to submit suggestions would further facilitate compliance.

In short, the best strategies to encourage handwashing are not prescriptive—i.e., the suggestions that 'tell' students how they should behave. Students must understand why they should wash their hands, and the scientific reasons behind handwashing. Although scare and shock tactics do not work, seeing bacteria under the microscope is a wonderful way to educate students and to encourage them to feel a healthy disgust for dirt, grit and grime. This shows them that their parents are not simply nagging them to wash their hands to be irritating, but are acting out of real concern for their health. For older students, understanding the reasons and the danger for the spread of antibiotic-resistant bacteria or new forms of the influenza virus is a way of teaching current events and science, as well as to reinforce the visual impact of seeing what lies invisible on different common school surfaces. For all ages, creativity and understanding the how's and why's behind common household products inspires students to feel as if they are participating in making the school a better place. Every student likes to know more about what sorts of ingredients are in every day products, and comparing the efficacy of certain products that they use every day, like soaps and shampoos.

No student likes to be sick. Washing hands is a health-promoting habit. The reason that students and some adults do not wash their hands may partly be due to laziness, partly because they find it irritating to do what 'mother told them to do,' and also because they do not understand the risks of noncompliance. By making handwashing seem like less of a chore and helping the school better understand why handwashing is so important, a school district can become healthier and cleaner. The

Student Network Resources Inc. © 2008

students with the help of the teachers must direct the effort, because they have the most to

gain and lose from the results of the program.

## Works Cited

DeMaria, Alfred. "Questions and Answers about MRSA for School Health
    Professionals." 2008. Department of Public Health. 2 Feb 2008.
    http://www.mass.gov/dph/cdc/antibiotic/mrsa_school_health.htm#1

Ferrin. Wendy Wakefield. "Germs on their Fingers." 2 Feb 2008.
    http://www.cleaning101.com/sdakids/Germ%20pages%20pdf.pdf

"Seasonal Flu Information for Schools & Childcare Providers." CDC. 2008.
    2 Feb 2008. http://www.cdc.gov/flu/school/

"Healthy Schools, Healthy People: How one school put clean hands into the spotlight?"
    SDA: Soap and Detergent Association. 2003. 2 Feb 2008.
    http://www.cleaning101.com/sdakids/SNAP%20Promo.pdf

"Why do we wash our hands?" County of Los Angeles Department of Public Health.
    2 Feb 2008.
http://www.cleaning101.com/sdakids/HANDWASHING%20ENGLIGH.pdf

Zwillich, Todd. "FDA Panel: No Advantage to Antibacterial Soap
    Advisory Panel Says Regular Soap and Water Just as Effective in Preventing
    Illness." WebMD Medical News. 86322. 2005. 2 Feb 2008.
http://www.webmd.com/news/20051020/fda-panel-no-advantage-to-antibacterial-soap

Student Network Resources Inc. © 2008

**EXHIBIT P**



| | | | | | |
|---|---|---|---|---|---|
| 09 Feb '08, Sat, 19:07:39 | 124.107.220.97 | index | - | | Google: factors of effective handwashing |
| 09 Feb '08, Sat, 19:21:11 | 208.124.69.209 | index | - | | Google: ruth parker cartoon drawings |
| 10 Feb '08, Sun, 01:06:05 | 117.20.19.195 | index | - | | Google: implementing a school handwashing program |
| 10 Feb '08, Sun, 04:37:06 | 64.12.116.141 | index | - | | - |
| 10 Feb '08, Sun, 06:07:13 | 151.102.241.100 | index | 22:15 | | Google: essay on handwashing for children |
| 10 Feb '08, Sun, 06:29:28 | 151.102.241.100 | index | - | | Google: essays on handwashing in children |
| 10 Feb '08, Sun, 08:36:55 | 87.3.211.162 | index | - | | - |

**EXHIBIT Q**



Mail.com the best personalized free web-based email

Dear Ronald Mathews,

Your order has been successfully completed. Kindly download your attached paper on the topic of 'School Handwashing Program'.

If you are unable to open the attachment, then kindly download it by using the password given below.

Password: 85593488

Please click here to enter the password provided.

Our writers have worked hard so that you can achieve the grades you've aimed for. Writing your paper was a pleasing experience and we are sure that you will be satisfied with the paper we have prepared.

We hope that you must have also enjoyed our services and would be ordering at our site again whenever you require custom writing services.

If you'd like to have more papers written on any of your desired topics, you can place another order by clicking the link given below. Ordering now will get you our same special discounted prices (ending very soon) and special consideration in the completion date of your order.

Click here to type the topic of your paper and place an order.

Continue enjoying our services.

Regards,

Ivy Research Papers

In order to reply to this e-mail, kindly click here to contact the 24-hour Customer Support Center at Ivy Research Papers.

2/12/08 12:41 AM

**EXHIBIT R**

## ~~Implementing an Effective Handwashing Program in Schools~~

### [AXACT INSERTED: • chool H•nd-w•shing Program]

~~Once upon a time, encouraging school children to wash their hands before eating and after using the bathroom was seen as a way to instill good manners in young people. Now, however, proper handwashing can be a matter of life and death for students and educators. Approximately one-fifth of the U.S. population attends or works in school on a full or part-time basis. This means that it is essential for the health of the public as well as students and educators that proper hygiene is practiced and the risk of communicable epidemics are minimized ("Seasonal Flu Information for Schools & Childcare Providers, CDC, 2008). It is also important for the mission as well as the health of the school. Sick children have poor attendance, which impacts their education. Sick educators cannot educate children, resulting in poor school performance. Sick students and school employees bring their illnesses home to their loved ones and friends, as well.~~

Schools are meeting-places of many wonderful ideas and people from diverse circumstances and backgrounds, but they are also often the meeting-grounds and thus breeding-grounds of many new varieties of germs, many of which are antibiotic-resistant. The need for handwashing promotional campaigns at schools is proclaimed by every news headline that blares yet another epidemic breaking out in a nearby school. Today, ~~"drug-resistant bacteria are considered a major health threat by public health experts. Some strains, including *S. aureus* (staph), have alarmed experts with increased levels of resistance to multiple antibiotics. Ruth M. Parker, MD, an associate professor of medicine at Emory University in Atlanta and a member of the panel, called the potential~~

Student Network Resources Inc. © 2008

~~for more antibacterial resistance absolutely terrifying" (Zwillich 2005).~~ Also, because students, especially younger students, often lack practical basic knowledge of hygienic practices, or fail to put their knowledge in action (much as they run through the halls, or talk out of turn unless they are reminded or reprimanded) students and people who work with students are at greater risk for contracting severe and common as well as severe and relatively uncommon communicable ailments. They can then pass these ailments onto the larger population outside of the school.

The fact that there has been an increased incidence of antibiotic-resistant bacteria in hospitals and many other public locations, but particularly in schools means that parents and maybe even some students are scared enough to take action, thus beginning a handwashing campaign at this juncture is an excellent idea for any school district. One well-publicized examples of this is MRSA, a kind of *Staphylococcus aureus* ~~("staph")~~ bacterium that is resistant to most common antibiotics, including methicillin, oxacillin, penicillin, and amoxicillin. It in particular is becoming more common in community settings, including schools. All staph bacteria-borne illnesses are spread by direct contact and school settings and there are many opportunities for direct contact among students, especially when students do not wash their hands, or merely rinse their hands quickly. ~~"Factors that have been associated with the spread of MRSA skin infections include close skin-to-skin-contact" (De Maria 2008)~~

While MRSA is one of the more recent extreme public health threats, influenza is a long-standing problem that affects young children more severely than other populations. Even when children have gotten flu shots, no shot can protect students against all forms of the ailment. And viruses are rampant in schools. Some viruses and

Student Network Resources Inc. © 2008

bacteria can live from 20 minutes or up to 2 hours or more on surfaces like cafeteria tables, doorknobs, and desks.  Handwashing can protect against the flu, as well as colds and other illnesses that can cause absences and raise the risk of weakening young children's already fragile immune symptoms to further infections.  Nearly 22 million school days are lost annually due to the common cold alone, which indicates that poor hygiene is a priority because it can impact the educational environment (~~"Seasonal Flu Information for Schools & Childcare Providers, CDC, 2008)~~.  Lost school days mean it is difficult for absent students to catch up with their classmates.  Gaps in the class roster can slow down the other, healthy student's learning as the teacher must modify the lesson plan accordingly, so the absent students can catch up.  Teachers who are absent because of illnesses they contract from students leave the entire classroom prey to substitutes unfamiliar with student learning habits.

However, persuading parents of the dangers of MRSA and the flu, even the common cold is unlikely to be the problem, although sending home flyers reminding parents of the importance of handwashing at home and at school, as well as the school board's acknowledgement of the problem is a good idea.  The problem is encouraging children to wash their hands properly, a challenge even for many well-meaning parents who find it difficult to make sure that their children are washing their hands before mealtimes! "Wash your hands.  When you're a kid, it's just one more thing you're being told you must do" ("Healthy Schools, Healthy People: How one school put clean hands into the spotlight." SDA: Soap and Detergent Association.  2003, p.1).  Making handwashing fun, not an adult-imposed chore is essential for school-wide behavioral

compliance, given that there is no feasible strategy by which adults can ensure that every child washes his other hands through supervision, at every moment of the day.

The Los Angeles Department of Health suggests that school districts pepper the walls with posters advising children to wash their hands.  One poster created by the health department is entitled "Why do we wash our hands?  When do we wash our hands?  How do we wash our hands?"  The text of the poster, which shows happy, healthy cartoon drawings of students engaged in a variety of activities, advises readers that "we" wash our hands before eating, touching wounds, using the toilet, etcetera.  The reminder not to touch wounds and touch another person before washing one's hands is especially important when preventing the spread of ailments such as MRSA, as MRSA is particularly apt to be passed on through open sores and cuts.  A student with a scab may not realize that he or she is more in danger of contracting the ailment, or passing the bacteria onto others.

~~Interestingly, the poster also lists some situations not specific to the school environment such as caring for children or pets, which may be wise given that a student who picks up an illness in these situations could still spread the disease after he or she comes to school.  The poster also lists situations that seem more common in the life of an adult, like helping someone to use the toilet.  Regardless, all adults can use such reminders and the non-specific school reminders are important because a child that practices healthy habits at home is more likely to practice those healthy habits in school, and simply to stay healthy in general.  Health campaigns at schools are at least partially designed to foster good habits as well as to protect other students from frequent absences, and healthcare workers.~~

Student Network Resources Inc. © 2008

5

~~However, rather than simply using pre-made posters on the walls, having a poster contest, with a reward for the first, second and third place contestants in every grade might be a better way for students to have a 'hands-on' (no pun intended) sense in the campaign, especially if they saw their award-winning design, or the design of their friends, throughout the school reminding students to wash their hands, and the best ways to prevent the spread of illnesses. Also, students may know better what slogans are likely to be motivational for their peers.~~

~~The "Why do we wash our hands?" poster also proclaims, "When we wash our hands we . . . make bubbles by rubbing our hands together, sing our ABC's, or other favorite songs we know, use warm water to rinse the germs and the soap off." The 'singing' component of handwashing ("Happy Birthday" is another common song used to encourage children to wash their hands for longer periods of time) is an excellent way to encourage children to become part of the effort—for the first weeks, allowing the children to sing loudly, and to come up with new, short, silly songs that encourage them to wash their hands for the duration of the period needed to kill all of the bacteria on their hands and beneath their fingers will be something all students thoroughly enjoy! In fact, they may wash their hands for a long time simply for the pleasure of singing or annoying their fellow students and adults! The difficulty may be to get them to stop, or to turn the volume of their voices down after the full-throttled phase of the campaign is over. Hanging signs in the bathroom reminding students to sing while they wash their hands, and not to stop washing until they finish, and perhaps providing the lyrics of silly songs, might be a possible element of the handwashing campaign.~~

Student Network Resources Inc. © 2008

Having enough soap on hand may be a problem in some school districts, or obtaining soap that smells good, and encourages children to wash.  Getting liquid soap rather than bar soap (which tends to grow crusty and uninviting on sinks, as well as laden with bacteria) is another point to keep in mind.  Using antibacterial soap may be less of a priority than using soap, period, so long as the soap encourages the children to wash in a proper fashion (Zwillich 2005).  In fact, "In an 11 to 1 vote, advisory panel members" to the FDA "concluded that mass-marketed antiseptics have shown no evidence of preventing infections more effectively than hand washing with regular soap," and "experts said it may not be worth the risk of spawning resistant bacteria" (Zwillich, 2005).  Although many classrooms stock hand sanitizers that can be used in the absence of water, the efficacy of these products is also in dispute, although for classrooms without access to sink, teachers often use them as the 'next best thing.'

If soap shortages are a concern because of budgeting at the school, parents can be asked to volunteer to bring in liquid soap to stock the classroom and school, preferably in colorful, attractively smelling varieties.  If the teachers desire, they can allow the students to test and compare different types, scents, and prices, to see which wins a 'competition' for the 'best soap' and the best price.  Students can read the labels of different types of soaps, solvents, shampoos, and anti-bacterial hand sanitizers to understand why the products are (or are not) effective, on a chemical basis.

Even young students can 'get involved' and direct the nature of the handwashing campaign, rather than merely be 'told' what to do by adults.  A suggested health class lesson plan designed for elementary and middle school children may ask the students to

"think about how many things we touch on our way between the classroom and the lunchroom. How many things did you touch with your hands before you used your hands to put food into your mouth? …What are some of the ways that germs are spread from one person to another...What are some of the things we can do to prevent the spread of germs?" ~~(Ferrin 2008)~~.

Incorporating the hygiene campaign into science and health classes is a more sophisticated way to increase student education and empowerment. For example, students in Mrs. Kiser's 7th grade science class at Goodrich Middle School in Lincoln, Nebraska were first introduced to the topic by examining common bacteria on their hands and in the classroom through a microscope. Now they "know that clean hands are important to their health and the health of their classmates. They've seen live cultures of hand-borne yuck." ~~("Healthy Schools, Healthy People: How one school put clean hands into the spotlight," SDA: Soap and Detergent Association. 2003, p.2)~~. **[INSERTED PARAGRAPH MARKER]** The students were sufficiently motivated by what they saw that they decided to conduct some more experiments of their own. They went on to swabbed school surfaces and cultivated bacteria on agar plates to find the top germ breeding grounds in the school ~~("Healthy Schools, Healthy People: How one school put clean hands into the spotlight." SDA: Soap and Detergent Association. 2003, p.3)~~. The most germ-dense places in the school were the surfaces in the cafeteria, student phone booth, computer center, and the library.

The point of the exercise was not merely to excite disgust, but to identify potential sites for hand-cleaning stations and to show how not washing their hands left a very clear

and visible trace.  While every school is likely to have a bathroom and perhaps a sink in the locker room or art room, the presence of sinks is itself a reminder to wash one's hands.  Installing more sinks, having hands-free soap and paper towel dispensers, hand dryers, and other sanitary methods of handwashing is helpful, although this requires adults to 'get on board' with the child-lead effort.  To garner other suggestions, and to find the best places to put handwashing stations to suit the needs of the school, allowing the students to submit suggestions would further facilitate compliance.

~~In short,~~ the best strategies to encourage handwashing are not prescriptive—i.e., the suggestions that 'tell' students how they should behave.  Students must understand why they should wash their hands, and the scientific reasons behind handwashing. Although scare and shock tactics do not work, seeing bacteria under the microscope is a wonderful way to educate students and to encourage them to feel a healthy disgust for dirt, grit and grime.  This shows them that their parents are not simply nagging them to wash their hands to be irritating, but are acting out of real concern for their health.  For older students, understanding the reasons and the danger for the spread of antibiotic-resistant bacteria or new forms of the influenza virus is a way of teaching current events and science, as well as to reinforce the visual impact of seeing what lies invisible on different common school surfaces.  For all ages, creativity and understanding the how's and why's behind common household products inspires students to feel as if they are participating in making the school a better place.  Every student likes to know more about what sorts of ingredients are in every day products, and comparing the efficacy of certain products that they use every day, like soaps and shampoos.

Student Network Resources Inc. © 2008

No student likes to be sick. Washing hands is a health promoting habit. The reason that students and some adults do not wash their hands may partly be due to laziness, partly because they find it irritating to do what 'mother told them to do,' and also because they do not understand the risks of noncompliance. By making handwashing seem like less of a chore and helping the school better understand why handwashing is so important, a school district can become healthier and cleaner. The students with the help of the teachers must direct the effort, because they have the most to gain and lose from the results of the program.

## Works Cited

DeMaria, Alfred. "Questions and Answers about MRSA for School Health
        Professionals." 2008. Department of Public Health. 2 Feb 2008.
        http://www.mass.gov/dph/cdc/antibiotic/mrsa_school_health.htm#1

Ferrin, Wendy Wakefield. "Germs on their Fingers." 2 Feb 2008.
        http://www.cleaning101.com/sdakids/Germ%20pages%20pdf.pdf

"Seasonal Flu Information for Schools & Childcare Providers." CDC. 2008.
        2 Feb 2008. http://www.cdc.gov/flu/school/

"Healthy Schools, Healthy People: How one school put clean hands into the spotlight?"
        SDA: Soap and Detergent Association. 2003. 2 Feb 2008.
        http://www.cleaning101.com/sdakids/SNAP%20Promo.pdf

"Why do we wash our hands?" County of Los Angeles Department of Public Health.
        2 Feb 2008.
http://www.cleaning101.com/sdakids/HANDWASHING%20ENGLIGH.pdf

Zwillich, Todd. "FDA Panel: No Advantage to Antibacterial Soap

Student Network Resources Inc. © 2008

~~———————Advisory Panel Says Regular Soap and Water Just as Effective in Preventing~~
~~————————Illness." WebMD Medical News. 86322. 2005. 2 Feb 2008.~~
~~http://www.webmd.com/news/20051020/fda-panel-no-advantage-to-antibacterial-soap~~

**[AXACT INSERTED HERE A 3-SOURCE "BIBLIOGRAPHY" THAT THEY
APPARENTLY STOLE FROM AN UNKNOWN SOURCE.]**

Student Network Resources Inc. © 2008

**EXHIBIT S**

**Restructuring a Travel Agency for the Gay and Lesbian Population**

As more and more people turn towards online booking agencies that allow for self-booking or go through tour providers directly, the traditional operations of a travel agency are going to have to adapt in order to remain a viable business venture. Whether this adaptation means restructuring in the services one provides or restructuring as to the clients one serves, without some form of significant restructuring targeted towards the changing market of travel, a travel agency will quickly go out of business.

One of the biggest market changes in travel is the client, or who is doing the traveling. In the past, a travel agency has been able to survive by targeting the middle class, two-income family. However, because of changes in the economy and business world, including time available for travel and available disposable income, this traditional market is rapidly shrinking. Likewise, the business travel market is also shrinking as more and more traveling corporations are turning internally for travel needs, including the rapid growth of private planes for quick travel needs.

Thus, in terms of the leisure travel market, the travel agency needs to find a new traveling population. One that has been traditionally ignored, yet tends to travel, and spend, more than any other demographic is the gay and lesbian population. One suggestion presented by numerous travel agency-aimed trade publications is that this is this population is the most lucrative market for the modern-day travel agency to market towards.

For example, one study presented was intended to gain a better insight into the hotel choice and use by the gay and lesbian population, an important niche population of the travel industry as a whole. According to the results, the main factor of importance in choosing a hotel is that these people feel accepted and welcome when their sexual orientation is known. In other words, gay men and lesbian women expect to be treated in the same manner as heterosexuals are treated when using a hotel and its services. The common negatives cited relate to the behavior of the hotel staff, various hotel attributes, and the general environment of the hotel.

This article is of importance to those who are involved in the travel industry because the survey's findings may assist in shaping service provisions for and service delivery to the lesbian and gay population. The gay and lesbian population is one of the largest traveling groups in society and thus attracting their business is essential. However, because of these negative factors, in all too many cases this population has simply set up their own network of hotels. The hotel industry must compete in order to break into this viable market.

Likewise, another article states, that marketing to the gay and lesbian community must be a priority for any viable travel agency. The reason for this is that "positioning their brands within the gay and lesbian market can lead to big business." Big business refers to the fact that the gay and lesbian population accounted for over ten percent of all United States travelers in 2004 and spent over fifty-four million dollars on travel. Further, this population tends to travel more than other traveling populations because of "generally higher discretionary income(s) and more flexibility (in their) schedules." In summary, this article summarizes the topic best in saying: "(marketing to the gay and

lesbian population) goes beyond making sense from a cultural standpoint.  It makes sense from a business standpoint as well."

This article is of essence to the travel professional because it clearly lays out the economic and business facts pertaining to the need to market to the gay and lesbian population.  Further, the article provides useful advice on how to market one's hotel to this population, such as by locating a hotel in an urban area and making it a trendy and stylish hotel with personality.

Finally, in a third article, the focus is on how a travel agency can market specifically to the gay population.  As opposed to the trend even just ten years ago when no marketing was done towards gays, "today the market for gay and lesbian consumers is highly coveted and hitting the mainstream in a huge way."  According to the article there are over sixteen million gay consumer with a collective $641 Billion in buying power. With this money, the population is now attracting the business of hotels.

This article is important to those who are practitioners in the hotel and travel industries because it highlights an important marketing and business trend.  Without understanding what many of one's competitors are doing, one will miss out on reaching this market, which translates to being bad for business.

**Bibliography:**

Hughes, Howard L. *Pink Tourism: Holidays of Gay Men and Lesbians*.  New York: CAB International, 2006.

Iwata, Edward. "More Marketing Aimed at Gay Consumers." *USA Today*. 2 November 2006.

Parets, Robyn Taylor. "Marketing to Gay Community Can Pay Dividends to Hotels." *Hotel & Motel Management*. 7 May 2005.

Poria, Yaniv. "Assessing Gay Men and Lesbian Women's Hotel Experiences: An Exploratory Study of Sexual Orientation in the Travel Industry." *Journal of Travel Research*, Vol 44, 83567, No. 3, 327-334 (2006).

**EXHIBIT T**



Mail.com the best personalized free web-based email

Dear David Forrester,

This email is being sent on behalf of our billing company  "EDUCATION SERVICE PROVIDER".

As per our records, your payment for order ref #6008235 could not be verified. Keeping in view the same your order has now been put on HOLD.

EDUCATION SERVICE PROVIDER made all possible efforts to contact you. However, no response was received from your end.

Kindly note that your order can only be processed upon the verification required.  Hence, it is once again requested that you call the billing company at 866-393-3377 for verification of your order.

Upon the verification of your details, the paper will be completed and delivered as prioritized. If you have any further concerns then feel free to contact us through Customer Support Form.

Thanking you in anticipation and looking forward to have your cooperation in this regard.

Customer Service

2/14/08 1:25 AM

**EXHIBIT U**

eXTReMe Tracking

https://www.extremetracking.com/n3?login=papernut&server=n4&report=last.detailed&mt=s&pid=&visitor=&period=tmonth&sdate=&...  Google

| 11 Feb '08, Mon, 22:57:59 | 76.102.19.32 | index | - | | . |
| 11 Feb '08, Mon, 23:17:29 | 117.20.19.195 | index | - | | Google: Travel Agency Restructuring |
| 12 Feb '08, Tue, 01:46:22 | 80.179.119.22 | index | - | | Google: bacteria on hands poster for kids |
| 12 Feb '08, Tue, 02:25:19 | 165.21.154.96 | index | - | | . |
| 12 Feb '08, Tue, 05:25:00 | 165.29.108.30 | index | - | | Google: sample essay of scientific method on handwashing |
| 12 Feb '08, Tue, 08:14:51 | 91.121.9.61 | index | - | | Google: the factors that effect the operations of atravel agency |
| 12 Feb '08, Tue, 07:27:32 | 122.164.191.25 | index | - | | . |
| 12 Feb '08, Tue, 09:24:21 | 66.202.227.20 | index | - | | Google: paper on hand washing |

2/14/08 1:18 AM

**EXHIBIT V**



Mail.com the best personalized free web-based email

http://mail01.mail.com/scripts/common/home.main?a=8f98139853a8036efd7d843df46fbd7a844fac0d4e4a10ae

**Google** [                    ] Search

See the world through math and science. girlsgotech.org

**EMAIL ▾   ADDRESSES ▾   CALENDAR ▾   NOTEPAD ▾   PREMIUM ▾   CONTENT ▾   SHOPPING**

Download Mail Alert    ▢ Options    My Account    Logout

Check Mail    Compose    Folders

Read Message          Printable Version / Print with annotation          Previous | Next

Apply | Reply All | Forward | As Attachment | Add annotation | Delete |     Move To... |

From: "Term Papers Heaven" <care@papersheeven.com>     Save Address | Block Sender | This is Spam
To: <hansolo@earthling.net>
CC:
Subject: David Forrester, your completed assignment (6008235) on the topic of 'Travel A.' by site Term Papers Heaven
Date: Tue, 12 Feb 2008 15:18:28 +0500
Return-Path: <care@papersheeven.com>
Delivered-To: hansolo@earthling.net@mail.com
Received: (qmail 6965 invoked by uid 0); 12 Feb 2008 10:19:23 -0000
X-Ob-Received: from unknown [192.168.9.25] by mta1-8.us4.outblaze.com; 12 Feb 2008 10:19:23 -0000
Received: from IPDAEZ1821MIA.offshoreemail.com (offshoreemail.com [209.213.114.24] by spf3.us4.outblaze.com (Postfix)
with ESMTP id 4626C1E2D7B for <hansolo@earthling.net>; Tue, 12 Feb 2008 10:19:07 +0000 (GMT)
Received: from content ([202.125.134.86]) by offshoreemail.com with MailEnable ESMTP; Tue, 12 Feb 2008 05:19:14 -0500
Thread-Index: AchfYJwRaOE26fLcQuIdZSC9OWfdmQ==
Thread-Topic: David Forrester, your completed assignment (6008235) on the topic of 'Travel A.' by site Term Papers Heaven
Message-Id: <1A6D46205E29441266F17E4CFD42378GC@papend.com>
Mime-Version: 1.0
Content-Type: multipart/mixed; boundary="=_NextPart_000_3186_01C86D8A.84F0B0E0"
X-Mailer: Microsoft CDO for Windows 2000
Content-Class: urn:content-classes:message
Importance: normal
Priority: normal
X-Mimeole: Produced By Microsoft MimeOLE V6.00.3790.3959
X-Antivirus: avast! (VPS 080211-0, 02/11/2008), Outbound message
X-Antivirus-Status: Clean

Show Basic Headers                                          Back To [INBOX]

GIVE BLOOD

bloodsaves.com

Content-Type: text/html; charset=iso-8859-1
Content-Transfer-Encoding: 7bit

Dear David Forrester,

Your order has been successfully completed. Kindly download your attached paper on the topic of 'Travel Agency Restructuring'.

If you are unable to open the attachment, then kindly download it by using the password given below.

Password: 65484480

Please click here to enter the password provided.

Our writers have worked hard so that you can achieve the grades you've aimed for. Writing your paper was a pleasing experience and we are sure that you
will be satisfied with the paper we have prepared.

We hope that you must have also enjoyed our services and would be ordering at our site again whenever you require custom writing services.

If you'd like to have more papers write n on any of your desired topics, you can place another order by clicking the link given below. Ordering now will get
you our same special discounted prices (ending very soon) and special consideration in the completion date of your order.

Click here to type the topic of your paper and place an order.

Continue enjoying our services.

Regards,

Term Papers Heaven

2/12/08 2:34 AM