**EXHIBIT W**

~~Restructuring a Travel Agency for the Gay and Lesbian Population~~**[Writer Name]**

**[Supervisor Name]**

**[Subject]**

**[Date]**

## Travel Agency Restructuring

### Introduction

**Travel and tourism has many different faces which include hotels, car rental agencies, theme parks, resorts, credit card companies, family-run restaurants, big-city convention centers. These are just some of the diverse elements of an industry that in some way reach virtually to every community in a country.**

### Restructuring

As more and more ~~people~~**group** turn towards online booking agencies that allow for self-booking or go through tour providers directly, the traditional operations of a travel agency are going to have to adapt in order to remain a viable business ~~venture~~**project**. Whether this adaptation means restructuring in the services one provides or restructuring as to the ~~clients~~**customer** one serves, without some form of ~~significant~~**important** restructuring targeted towards the changing market of travel, a travel agency will quickly go out of business **(Iwata, 5)**.

### Changes in Market

One of the biggest market changes in travel **industry** is the client, or who is doing the traveling. In the past, a travel agency has been able to ~~survive~~**stay alive** by targeting the middle class, two-income family. However, because of changes in the economy and business world,

including time available for travel and available disposable income, this traditional market is ~~rapidly~~**quickly** shrinking. Likewise, the business travel market is also shrinking as more and more traveling ~~corporations~~**agencies** are turning internally for travel needs, including the rapid growth of private planes for quick travel needs. Thus, in terms of the leisure travel market, the travel agency needs to find ~~a new~~**an innovative** traveling population. One that has been ~~traditionally~~**usually** ignored~~,~~ yet tends to travel, and spend, more than any other demographic is the gay and lesbian population. One suggestion presented by ~~numerous~~**many** travel agency-aimed trade publications is that this is this population is the most lucrative market for the modern-day travel agency to market towards **(Hughes, 12)**.

For example, one study presented was intended to ~~gain~~**get** a better insight into the hotel choice and use by the gay and lesbian population, an important niche population of the travel industry as a whole. According to the results, the ~~main~~**key** factor of importance in choosing a hotel is that these people feel accepted and welcome when their sexual orientation is known. In other words, gay men and **the** lesbian women expect to be treated in the same ~~manner~~**way** as heterosexuals are treated when using a hotel and its services. The common negatives cited relate to the behavior of the hotel staff, ~~various~~**a variety of** hotel attributes, and the general environment of the hotel.

~~This article is of importance to those who are involved in the travel industry because the~~**The** survey's findings may ~~assist~~**help** in shaping service provisions for and service delivery to the lesbian and gay population. The gay and lesbian population is one of the largest traveling groups in **the** society and thus attracting their business is essential. However, because of these negative factors, in all too ~~many~~**a lot of** cases this population has simply set up their own network of hotels. The hotel industry **of country** must compete in order to break into this viable

market. ~~Likewise, another article states, that marketing~~**Marketing** to the gay and lesbian

community must be a priority for any viable travel ~~agency~~**organization**. The reason for this is

that "positioning their brands within the gay and lesbian market can lead to **the** big business."

Big business refers to the fact that the gay and lesbian population accounted for over ~~ten~~**10**

percent of all United States travelers in 2004 and spent over fifty-four million dollars on travel.

Further, this population tends to travel more than other traveling populations because of **the**

"generally higher discretionary income(s) and more flexibility (in their) schedules." ~~In summary,~~

~~this article summarizes the topic best in saying: "(marketing to the gay and lesbian population)~~

~~goes beyond making sense from a cultural standpoint. It makes sense from a business standpoint~~

~~as well." This article is of essence to the travel professional because it~~**It** clearly lays out the

economic and **the** business facts pertaining to the need to market to the gay and lesbian

population. ~~Further, the article provides useful advice on how to market one's hotel to this~~

~~population, such as by locating a hotel in an urban area and making it a trendy and stylish hotel~~

~~with personality.~~

~~Finally, in a third article, the focus is on how a~~**A** travel agency can market specifically to

the gay ~~population~~**group**. As opposed to the trend even just ~~ten~~**10** years ago when no marketing

was done towards gays, "today the market for gay and lesbian consumers is highly coveted and

hitting the mainstream in a huge way." ~~According to the article there~~ **There** are over sixteen

million gay ~~consumer~~**consumers** with a collective $641 Billion in buying power. With this

money, the population is now attracting the business of hotels.

~~This article is important to those who are practitioners in the hotel and travel industries because it~~

~~highlights an important marketing and business trend. Without understanding what many of one's~~

~~competitors are doing, one will miss out on reaching this market, which translates to being bad~~

~~for business.~~

~~Bibliography~~

## Works Cited

Hughes, ~~Howard L~~**H**. ~~"~~Pink Tourism: Holidays of Gay Men and Lesbians~~. New York: CAB International, 2006.~~ **". 2006, 12**

Iwata, ~~Edward.~~ "More Marketing Aimed at~~**E. "Restructuring travel agency and**~~ Gay Consumers." USA Today~~. 2 November 2006.~~**, 2006, 5**

~~Parets, Robyn Taylor. "Marketing to Gay Community Can Pay Dividends to Hotels." Hotel & Motel Management. 7 May 2005.~~

~~Poria, Yaniv. "Assessing Gay Men and Lesbian Women's Hotel Experiences: An Exploratory Study of Sexual Orientation in the Travel Industry." Journal of Travel Research, Vol 44, 83567, No. 3, 327-334 (2006).~~

**EXHIBIT X**

## The Life and Ministry of John Shelby Spong

In a society where religious faith and lack of tolerance have come to be seen as synonymous, the life and ministry of John Shelby Spong stands in stark contrast to such an assumption.  Spong, a retired bishop of the Episcopal Diocese of Newark in New Jersey, has stood in defiance of more conventional interpreters of his church's doctrines from both a theological and social standpoint.  He has remained a proud advocate for liberal interpretations of the nature of Jesus.  He has shown tolerance of so-called alternative lifestyles, like homosexuality, and so-called radical beliefs, like feminism.  Rather than defend his Episcopalian faith in absolute terms, Spong has proclaimed the need for openness and plurality and made ecumenical beliefs the core of his ministry.

Although he officially retired in 2001, Spong continues to this very day to advocate change in the church, so that young people will continue to see its message as relevant to their lives.  Spong has, in the great tradition of Anglican churchmen devoted to the promotion of political awareness, recently condemned the current Bush Administration and its war in Iraq.  Although the Bush Administration has often invoked faith to defend its actions, and cast opponents to its policy as stalwartly secular, Spong believes in no uncertain terms that the administration's actions go against the true nature of Christianity.  When the absence of weapons of mass destruction in Iraq was exposed, Spong tartly wrote, not of forgiveness of the president but: "The primary reason that 'bearing false witness' is part of the Ten Commandments is that no society survives unless the words of its citizens are trustworthy.  The commitment to truth on the part of its elected leaders is even more important.  …I see no evidence that this administration has

Student Network Resources Inc. © 2008

the ability to correct itself.  The subversion of truth to power is too deep a mark of its character" ("Bishop Spong on Politics," A New Christianity for a New World, 2006). Just as ministers have a special commitment to obey the truth and the law, so do public officials, for they also work in the public trust.

Whenever he believes the American government is being repressive, Spong has asserted that it is absurd to protect freedom by limiting freedom.  All true faith derives from the human ability to choose, freely and openly, one's faith and convictions.  To have faith means not to deny the rights of others, but to welcome discussion and dialogue. This spirit of openness is embodied in Spong's life, even in his appearance.  To better relate to the people he served in the Diocese of Newark, Spong seldom wore a miter. Representing the authority of the church given to him by wearing the robes of his office was less important than teaching the truth in the most immediate and accessible way possible.

Today, even after many years away from his native South, Spong still harbors the accent of his Charlotte, North Carolina roots, where he was born on June 16th, 1931, when Jim Crow was still very much in effect.  Growing up, Spong never shared a classroom, a restroom or a water fountain or lunch counter with a black person.  This did not foster prejudice within him, rather contrary to the spirit of the times it made him want to overcome hatred and divisions between people.  Furthermore, although he was a member of the 'privileged' race in his society, Spong was not unfamiliar with hardship. He grew up extremely poor.  His father was an alcoholic.  After his father died when Spong was twelve, Spong became man of the house, caring for his mother as best he

could.  Still, he always had time for church.  His mentor and surrogate father became the local parish priest (Barrett, 1997).

Spong pressed himself to achieve, becoming the first member of his family to go on to higher education, and married a woman named Joan Ketner, who helped support him through his work at Divinity School.  Spong was an early advocate of full and equal participation of women in the Episcopal Church, and he always defended women's right to work outside the home and to be treated as an equal in marriage.  Although Spong deeply loved Joan, Joan also suffered from mental illness, which was a trial when he was beginning his ministry.  Navigating the competing demands placed upon him by his parishioners, as well as his early civil rights activism, kept him busy.

Spong became a deacon after his twenty-fourth birthday, and was ordained six months afterward.  He was unafraid to take unpopular stances at the time, including supporting integration in North Carolina.  While still in North Carolina, Spong wrote frequently, and one of his most controversial works stirred a fruitful dialogue about interfaith relations.  After reading Spong's *This Hebrew Lord* a local rabbi was so impressed by Spong's scholarship that the two men agreed to debate the issues Spong's text raised, as to the Jewish nature of Jesus.  Spong was willing to stage the debate in a synagogue.  Although the synagogue's faithful were not 'converted' by Spong's words, the media attention the debate generated, as well as the tolerance and friendly exchange between the two religious leaders, inspired many Christians and Jews alike.

However, it was more orthodox Christians, rather Jewish people who were more disturbed by the tenants Spong's philosophy highlighted about the connections between Judaism and Christianity.  In his essay "A Call for a New Reformation," written on the

"eve of the new millennium," Spong wrote: "Theism, as a way of defining God, is dead. So most theological God-talk is today meaningless. A new way to speak of God must be found…Since God can no longer be conceived in theistic terms, it becomes nonsensical to seek to understand Jesus as the incarnation of the theistic deity. So the Christology of the ages is bankrupt" (Spong, 2000). The divinity of Jesus is always less important to Spong than the humanity of Jesus. In fact, Spong fears that doctrines like the virgin birth and the notion of Jesus as God incarnate can often alienate modern believers, rather than inspire them to come back to the faith from secularism. Believers turn because they feel that the church is no longer relevant or rejects them because of lifestyle choices like cohabitating before marriage.

Jesus' message, Spong stresses, is about inclusion and love of all people, never hatred. Religious Christians who attempt to rally the faithful by hating 'others' like gays, feminists, and members of other faiths run counter to Jesus' teachings. "May I say to my Christian friends as powerfully as I can, the Gospel of Jesus Christ is about love not hate, acceptance not rejection. It celebrates the essence of one's humanity. It calls people beyond the prejudices of tribe, ethnicity, gender or sexual orientation. It challenges those who have elevated their religious convictions to the realm of infallible or inerrant truth. But even more powerfully it calls those of us who claim to be disciples of this Christ to stand at the side of those our world would victimize, to counter the rhetoric of religious prejudice, to risk our lives for justice, and to do it quite publicly" (Spong, 1998).

Spong raised even more controversy after he gained a wider platform in his ministry even more politically divided Northeastern region of America. In 1976 John Shelby Spong was consecrated the Bishop Coadjutor of Newark, succeeding as Diocesan

Student Network Resources Inc. © 2008

in 1978.  "Neither he nor the Episcopal Church has been the same since," not just in

Newark, but worldwide (Barrett, 1997).  Spong was welcomed by his largely African-

American congregation.  However, controversy brewed as Spong's conviction and

defense of civil rights nurtured a conviction within his Christian conscience that gay

marriage was not contrary to the mission of God.  "Three or four years later," after he

came to his position, "the Bishop commissioned a diocesan task force to study what he

considered to be three key points: The overwhelming increase in young people living

together outside of marriage; unmarried older people living together for various

economic reasons; and whether people living in homosexual relationships could be called

into the church's desire to consecrate human partnership.  The underlying theme was the

pastoral recognition that sex inside of marriage is not always holy, but can be abused.

Might it then follow that sex not blessed by the sacrament of matrimony might sometimes

be holy, or at least tend in that direction" (Barrett, 1997).

Spong wanted to make Christianity meaningful and accessible to everyone, and

no doctrine remained unquestioned.  He was willing to accept gay believers as equals.

He did not accept the notion of 'hating' gay unions as a sin, but loving the 'sinners,' rather

he did not feel that gay relationships were sinful at all.  Even extramarital heterosexual

relationships should not be the focus of church vitriol.  He was more concerned with

fighting poverty in the depressed area where he worked, rather than worrying about

notions of chastity and theology.  Spong has repeatedly stressed, noting his historical

studies of the evolution of the history of the church, that what seemed relevant to

Christians in ancient times, like Trinitarian controversies, now seems antiquitated to us

now.  It is always the mission of contemporary Christians to make Christ's message

relevant to modernity, rather than trying to twist the words of patriarchs of the past to condemn minor sins or life choices in the present.

Of course, not all church leaders share Spong's believes. A nationwide controversy broke in 1987 when the press reported Spong's endorsement gay marriage, controversy that intensified with his later even more controversial support of ordaining openly gay bishops. There was talk that such a stance would split the Anglican Church for all time, even drive some Anglicans back to Catholicism. There was particular fear that the growing Anglican ministry in the developing world would be threatened, given the strong taboos against homosexuality in Africa and Latin America.

This was a turbulent time in Spong's life. His wife had also recently died, so Spong admits that he was feeling estranged from both his congregation and his faith, but just as he was willing to be unpopular in his support of civil rights in the South, he held fast to his support of the ordination of gays. After his wife's death, Spong remarried. One author wrote: "This experience of mutual respect and support in his marriage has deepened the Bishop's conviction that those not especially called by God to a life of celibacy deserve the chance to sanctify their relationships with the church's blessing. He remains determined to affirm the biblical teaching that it is not good for human beings to be alone" (Barrett, 1997). Rather than celebrating solitude and a contemplative existence, Spong celebrates Christians who live in the world, and apply the principles of the Gospels to solving social problems. Not being alone makes one stronger, thus Spong sees marriage for both homosexual and heterosexual persons as a positive thing.

Over the years, Spong continued to grapple with the church's teachings abut homosexuality. After the death of Matthew Shepard, out of the compassion he felt for

Newark's gay community, he asked a New Jersey gay and lesbian organization to help him commemorate the death of the young man who fell victim to a hate crime. But when he asked them on behalf of the church: "To our surprise they declined stating that Christianity had killed Matthew Shepard. When we protested this charge and said that this was only the religious right, they responded by quoting the resolution passed by the Anglican/Episcopal bishops of the world at last summer's Lambeth Conference which proclaimed by a large majority that homosexual persons are sinful, and voted to continue to exclude them from full membership in the life of the Church. Despite my personal opposition to that resolution, I was forced to admit that my church worldwide had sent a very negative message to the gay and lesbian people of the world, a negativity that they have almost come to expect from religious sources" (Spong, 1998). Spong believed the gay and lesbians leaders were wrong, for he saw faith as necessary to all individuals, regardless of sexual orientation—he disliked the beliefs of some of his fellow bishops, but still was a devout believer, just as he also believed the bishops were wrong in their resolution.

As well as reinterpreting doctrines that limit social inclusiveness and tolerance, Spong is also grappling to this day with the issues raised by Newton, Darwin, and Freud for modernity, and attempting to find a place for religion in the new intellectual framework of the millennium. Although is health has become more fragile (a bout with viral meningitis spurred him to retire), he still continues to write and teach and he is constantly thinking of where the church will be in the 21st century. "After Freud, it was not surprising to see Christianity degenerate into an increasingly shrill biblical fundamentalism where thinking was not encouraged and preconceived pious answers

were readily given, but where neither genuine questions nor maturity were allowed or encouraged.  As Christianity moved more and more in this direction, contemporary people, who think with modern minds, began to be repelled and to drop out of their faith commitments into the Church Alumni Association.  Between these two poles of mindless fundamentalism and empty secularism are found the mainline churches of Christendom, both Catholic and Protestant.  They are declining numerically, seem lost theologically, are concerned more about unity than truth, and are wondering why boredom is what people experience inside church walls.  The renewal of Christianity will not come from fundamentalism, secularism or the irrelevant mainline tradition.  If there is nothing more than this on the horizon then I see no future for the enterprise we call the Christian faith' (Spong, 2000).  Spong calls for a new reformation of Christianity, filled with a new passion, the kind of fervor that ignited by Martin Luther.  This zeal must fuse social justice with Christ's teachings, and welcome all Christians, regardless of whether they are gay or straight, black or white.  Christianity must speak the language of the times, and be relevant to all Christians.

Although Spong dwells in modernity, he does not celebrate all of its values, including its individualistic focus, which has turned people away from the true meaning of prayer.  The original need for prayer was to participate in the community, not to ask for things like a child penning letters to Santa Claus.  When struggling with his feelings during his first wife's cancer, he said that he could not make a bargain with the divine that he would believe more fervently if God would save her and he prayed harder.  Prayer is not God's popularity contest, he writes (Liberator, 2001).  Thus Spong is always challenging—challenging society's assumptions about race, sexual orientation, the

meaning of Christ, and the place of doctrine in the Church, and values both sacred and

secular.  Although he remains widely controversial, the good he has done over the course

of his life cannot be denied, in his pursuit of truth and justice.

## Works Cited

"Bishop Spong on Politics.' A New Christianity for a New World. 2006. 2 Feb 2008.
    http://www.johnshelbyspong.com/bishopspongon_politics.aspx

Barrett, Ellen. "John S. Spong." Reproduced from the September and October 1997
    Edition of *The Voice*, newspaper of the Diocese of Newark. 2 Feb 2008.
    www.dioceseofnewark.org
    http://www.dioceseofnewark.org/jsspong/profile.html

Liberator, Mark. "John Shelby Spong: A Revolutionary, Rational, Anti-Religionist." *The
    Liberator*. 2 Jun 2000. 2 Feb 2008.
    http://www.liberator.net/articles/LiberatorMark/Spong.html

Spong, John. S. "Statement from The Rt. Rev'd John S. Spong on the death of Matthew
    Shepard 22 October 1998. 2 Feb 2008. www.dioceseofnewark.org
    http://www.dioceseofnewark.org/jsspong/shepard.html

Spong, John S. "A Call for a New Reformation." 2000. 2 Feb 2008.
    www.dioceseofnewark.org
    http://www.dioceseofnewark.org/jsspong/reform.html

Student Network Resources Inc. © 2008

**EXHIBIT Y**



## Revision Request

**Dear Customer,**
Thank you your revision request has been successfully recieved.

| | |
|---|---|
| **Order reference number:** | 3120719 |
| **E-mail:** | baseball21@collector.org |
| **Reason:** | **TOPIC: Gays and Feminists in John Shelby Spong's Church** There has been a mistake. This isn't my essay! The document that you emailed to me (3120719-77784.doc) is just the text of SOURCES that I already have: http://www.liberator.net/articles/LiberatorMark/Spong.html http://www.bible.org/page.php?page_id=3872 Please send me the ACTUAL essay that you WROTE for me on: - Gays and Feminists in John Shelby Spong's Church - Send an essay on that EXACT topic! Nothing else is acceptable. And it has to be 10-11 pages, not 14! I paid for URGENT delivery of 11 pages. I need it immediately! |

Thank you for using our revision request facility. If you have other queries related to your order, check the frequently asked questions page or contact our 24-hour customer support center.

## Additionally, you can...

### Ask for a free quote

You can request a free quote by just typing the topic of your paper in the field given below. There's no obligation of buying. This simply allows you to find out how much your order would cost.

**No obligation of buying
Get a 100% Free Quote**

### Place an order

If you'd like to have some more papers written on the topic you just ordered or want us to help you with a new one, you can place your order by simply clicking on the link below:

**Click here to place an order**

2/14/08 6:31 PM

**EXHIBIT Z**



## Revision Request

**Dear Customer,**
Thank you your revision request has been successfully recieved.

| | |
|---|---|
| **Order reference number:** | 3120719 |
| **E-mail:** | baseball21@collector.org |
| **Reason:** | This is my SECOND revision request! Where is my essay on Gays and Feminists in John Shelby Spong's Church? Do you people not understand simple English? I already told you that 100% of the text in 3120719-77784.doc is UNACCEPTABLE! DO NOT EMAIL ME THAT DOCUMENT AGAIN! I already told you that the paper you emailed to me consists ONLY of text from my sources that I ALREADY HAVE: http://www.tulsainterfaith.org/Newsletter/TIANL0505.htm http://www.cheathouse.com/essay/essay_view.php?p_essay_id=64167 http://en.wikipedia.org/wiki/John_Shelby_Spong http://www.bible.org/page.php?page_id=3872 http://www.liberator.net/articles/LiberatorMark/Spong.html So, what do you do? You email me the same paper with some slight edits to the text that you did not write in the first place! I don't want this paper AT ALL! It's not a even a paper! All you have done is taken the text from my five different URL sources listed above and pasted that text into a document that you are calling "my essay"! WHY ARE YOU NOT EMAILING TO ME THE ESSAY THAT YOU ACTUALLY WROTE FOR ME?! This is the second time that I am asking for my ACTUAL ESSAY. If I do not receive the actual essay within 24 hours, I will report every little detail of your act of FRAUD to Google (http://www.google.com/contact/spamreport.html) to have your site BANNED. I will include all of your emails in my report. SEND ME THE ACTUAL ESSAY ON Gays and Feminists in John Shelby Spong's Church. |

Thank you for using our revision request facility. If you have other queries related to your order, check the frequently asked questions page or contact our 24-hour customer support center.

2/15/08 12:27 PM

**EXHIBIT AA**



Mail.com the best personalized free web-based email

http://mail01.mail.com/scripts/common/home.main?a=8f98139853a8036efd7c1f1501a80903017087e1366c5

EMAIL ▾ | ADDRESSES ▾ | CALENDAR ▾ | NOTEPAD ▾ | PREMIUM ▾ | CONTENT ▾ | SHOPPING ▾

**Check Mail** | **Compose** | **Folders**                Download Mail Alert | ☐ Options | ☀ My Account | 🔒 Logout

**Read Message**          **Printable Version / Print with annotation**          **Previous | Next**

🖅 | Reply | Reply All | Forward | As Attachment ▾ | Add annotation | Delete        Move To | ⏩

From: "Essay Relief" <care@essayrelief.com>   Save Address  Block Sender  This is Spam

To: <baseball21@collector.org>
CC:
Subject: Your report is Revised - Ref # 3120719
Date: Mon, 18 Feb 2008 21:17:05 +0500
Return-Path: <care@essayrelief.com>
Delivered-To: baseball21@collector.org@mail.com
Received: (qmail 30189 invoked by uid 0); 18 Feb 2008 16:18:18 -0000
X-Ob-Received: from unknown (192.168.8.55) by mta1-8.us4.outblaze.com; 18 Feb 2008 16:18:18 -0000
Received: from IPDAEZ1821MIA.offshoreemail.com (offshoreemail.com [209.213.114.24]) by
spf18.us4.outblaze.com (Postfix) with ESMTP id 9F1B9CF0CF for <baseball21@collector.org>; Mon, 18
Feb 2008 16:18:13 +0000 (GMT)
Received: from content ([202.125.134.86]) by offshoreemail.com with MailEnable ESMTP; Mon, 18 Feb
2008 11:17:44 -0500
Thread-Index: AchySbO1TYmXmdKURIOqrvrqm7cBWQ==
Thread-Topic: Your report is Revised - Ref # 3120719
Message-Id: <DA73B3FF07E2407F84791841EC249417@exact.com>
Mime-Version: 1.0
Content-Type: multipart/mixed; boundary="----=_NextPart_000_02BE_01C87273.9C8B75D0"
X-Mailer: Microsoft CDO for Windows 2000
Content-Class: urn:content-classes:message
Importance: normal
Priority: normal
X-Mimeole: Produced By Microsoft MimeOLE V6.00.3790.3959
X-Antivirus: avast! (VPS 080218-0, 02/18/2008), Outbound message
X-Antivirus-Status: Clean

Show Basic Headers                                              Back To [INBOX]

Content-Type: text/html; charset=iso-8859-1
Content-Transfer-Encoding: 7bit

Please DO NOT reply to this email.
To update or reply to this message, use our 24 Hour Customer Support Center link at the bottom of this page.

Dear Greg Linden,

We have successfully gone through the changes suggested by you. Attached is your updated paper. We hope that you've enjoyed our service. We will be looking forward to see you once again.

If you are unable to open the attachment, then kindly download it by using the password given below.

Password: 86184150

Please click here to enter the password provided.

Wait!
Do you have another order to place?
Write the topic of your paper in the box given below and avail $5 per page discount on our 100% custom and original papers.
**Kindly note that this discount is for non-members only. If you already have the member**

Content-Type: application/msword; name=3120719-77784.doc
Content-Transfer-Encoding: base64
Content-Disposition: attachment; filename=3120719-77784.doc

3120719-77784.doc [~60K]

🖅 | Reply | Reply All | Forward | As Attachment ▾        Move To | ⏩ Previous | Next | Back To
Delete                                                                              [INBOX]

**EXHIBIT BB**



**EXHIBIT CC**

# EMBRYO DONATION

**Introduction:**

Embryonic donation--or embryonic *adoption*--is a high-tech method of circumventing some of the difficulties encountered by infertile couples in achieving pregnancy.  It is most commonly used when both partners are infertile, one or both partners present a high risk of transmitting a genetic disorder to the child, or as an alternative to in-vitro fertilization (IVF) after multiple IVF procedures have failed (Mundy 2005).  Generally, the procedure involves implanting a viable, living embryo directly into the womb, using a previously created embryo.  However, the procedure can also be accomplished by combining separately extracted sperm and ovum for external combination and fertilization prior to implantation.

All stem-cell-related technology has been the focus of much media attention ever since the realization of the beneficial potential of human stem cells, primarily because of the moral issues related to the use of human embryos for medical research (Shreeve p.44). Embryo donation, on the other hand, raises altogether different ethical issues, but is, on the whole, far less objectionable even to many of those most opposed to stem-cell technologies and research, precisely because its goal is to generate human life from the embryos themselves.  The fundamental moral objection to other uses of stem cells is that, unlike embryo donation, they result in the inevitable destruction of viable human embryos (Mundy p.17).

**Procedures and Selection Criteria:**

In-vitro fertilization is a well-known method of achieving pregnancy for couples that have failed to do so naturally, but it can require multiple procedures to accomplish the desired

result.  Therefore, IVF is often a relatively lengthy and expensive process that far exceeds the comparative cost of achieving pregnancy through implantation of donated embryos.  On the other hand, IVF still offers the hope of parenthood that includes the advantage of using the genes of both parents, extracted separately and combined externally.  However, for some couples, giving birth to a child sharing their genes is impossible, even through IVF; for them, embryo donation is a viable alternative that is less expensive and less likely than IVF to require repeat procedures.

Embryo donation is normally recommended for couples where either partner or both partners are infertile.  Males who have extremely low sperm counts or no sperm at all are incapable of impregnating their spouses even through IVF techniques.  Similarly, females may be incapable of producing ova by virtue of premature menopause, malfunctioning ovaries, ovaries damaged by infection, diseases, cancer, or treatments such as radiation or chemotherapy (IVF-infertility.com 2008).

Couples with known predisposition to genetic diseases, such as muscular dystrophy, cystic fibrosis, and Huntington's disease face the dilemma of transmitting a devastating illness to their children or terminating their pregnancy, which may violate their personal or religious beliefs.  While IVF procedures are available that provide pre-implantation genetic diagnosis, this presents additional complications and complexity to a procedure that is already difficult, and at considerably increased financial expense (IVF-infertility.com 2008).

The third category of potential candidates for embryo implantation are couples where the woman fails to respond positively to fertility drugs or whose own ova are of too poor quality to achieve pregnancy, or where repeated extraction attempts have been unsuccessful (IVF-infertility.com 2008).  The donors of embryos for implantation are carefully screened for both

genetic and inheritable disease.  Both sperm donors and egg donors are subject to mandatory

screening HIV, Hepatitis B and C, Cytomegalovirus, and syphilis, in addition to other specific

traits like Sickle Cell Anemia, Tay-Sachs Disease, as required by both the American Society for

Reproductive Medicine (ASRM) and the Human Fertilization and Embryology Authority

(HFEA).

    The main source of donor embryos is the excess embryos produced during the IVF

process, because IVF procedures very often produce more embryos than necessary for a single

pregnancy.  As a result, approximately half a million potentially viable embryos are currently

maintained in a frozen state in the United States (Mundy 2005).  Frequently, couples who

achieve pregnancy through IVF techniques donate their excess embryos for use by couples in

similar predicament for whom IVF procedures prove unsuccessful.  Alternatively, sperm and egg

may be procured from separate individuals rather than from couples, for separate donation and

subsequent mixing and fertilization prior to implantation.  In either case, donors are screened just

as carefully.


**Political, Bioethical, and Moral Considerations:**

    In principle, all forms of human reproductive technology face political opposition from

the Religious Right and other highly conservative groups.  However, more moderate

conservatives support embryo donation because it represents the antithesis of abortion and of

fetal stem-cell research, because it culminates in living human beings rather than in the

destruction of potentially viable embryonic tissue.  Even President George Bush, always a vocal

opponent of stem-cell research, supports embryonic donation. In 2005, he posed with pictures of

21 babies produced from **86,993** frozen embryos donated by successful IVF couples to other

4

infertile couples in conjunction with his opposition to federal funding for embryonic stem-cell research (Mundy 2005).

While the term "embryo adoption" is sometimes used synonymously with embryo donation, it is important to make clear to donor couples that this term is highly inaccurate from a legal perspective (Kindregan & McBrien p.11). Unlike the case of bona fide adoptions, donors retain no legal rights whatsoever with respect to the donated embryo. The recipient couples are entitled to full parental rights that are indistinguishable from the rights of natural parents (Kindregan & McBrien p.12).

There are several other obvious advantages of "adopting" an embryo compared to traditional adoption of a full-term fetus or a child. Specifically, egg donation in the course of IVF procedures is very expensive, costing as much as $20,000 in fees for extraction, drugs, fertilization, transfer, and payment to the donor. By contrast, the typical cost of embryo donation and implantation is ordinarily no more than one-fifth of that and very often, even significantly less, because recipient parents pay only for actual medical costs; whereas egg (and sperm) donors are entitled to receive payment, federal law prohibits payment for viable embryos (Mundy p.57).

Perhaps even more importantly from the perspective of recipient couples, the source of donated embryos are usually other infertile couples who have already been subjected to the most rigorous screening. Whereas egg (and sperm) donors are also screened, they generally participate for profit and, therefore, have incentive to conceal information that could disqualify them. Furthermore, because traditional adoption and surrogate pregnancies require a third party to carry the fetus to term, the recipient parents are not necessarily in control of the uterine environment (Mundy 2005) and the health of their baby is subject to choices made by the

surrogate mother throughout gestation. Finally, in that regard, surrogate mothers may sometimes suffer changes of heart and emotional attachment to the infant, which can complicate the transaction and introduce significant emotional turmoil for all involved once they deliver the baby.

Embryo donation still represents potential ethical issues, including "trait shopping" based on superficial characteristics. Presently, embryo donation is less controversial than embryonic research, but in the future, it may raise complicated issues in bioethics and in many areas of state and federal law (Kindregan & McBrien p.70).

## **<u>REFERENCES</u>**

IVF-Infertility.com Website. (2008) Retrieved February 17, 2008, from IVF-Infertility Website, at http://www.ivf-infertility.com/

Kindregan, Charles, P., McBrien, Maureen. "Embryo Donation: Unresolved Legal Issues in the Transfer of Surplus Cryopreserved Embryos." Villanova Law Review. **86993**. 169 (2004).

Mundy, Liza "The Booming and Bizarre Business of Embryo Adoption." Washington Post May. 2005. Retrieved February 17, 2008, from Slate.com website, at: www.slate.com/id/2119845/

Mundy, Liza. Everything Conceivable: How Assisted Reproduction is Changing Men, Women, and the World. New York: Knopf, 2007.

Shreeve. Jamie. "The Other Stem-Cell Debate." The New York Times Magazine 10 Apr. 2005; pp.42-7.

**EXHIBIT DD**



**EXHIBIT EE**





**EXHIBIT FF**

**Query Detail**

http://www.originalthesiswriting.com/OTW/Qdetail.aspx?Ty=2&qc=8cac8c9877a28d68a877&qt=  Google

Query Detail

## Original **Thesis Writing**

PHONE TOLL FREE **866-551-0352**   LIVE CHAT  Click Here
FAX 512-646-3701   E-MAIL  Click Here

HOME | FEE STRUCTURE | HOW TO PROCEED? | ORDER NOW | CONTACT US

# 24 Hour Customer Support Center

**Dear  Michael Landry,**                                              care@originalthesiswriting.com

View the complete correspondence for this query below:

---

**To:** stargate@humanoid.net
**From:** care@originalthesiswriting.com
**Date:**  Friday, February 22, 2008
**Subject:** Dear Michael Landry, your query at originalthesiswriting.com

Dear Michael Landry,

We truly regret the inconvenience caused.

I. We are certainly a customized services provider. However, we have forwarded your case to the management and we assure you that strict action will be taken against your assigned writer as our image is being deteriorated.

II. We have also received your rewrite request and your paper is in the rewriting process. We assure you that you will be provided with a quality piece of work this time.

Michael, we assure you of our careful attention.

Thanks,
Customer Services

-----------------------------------------------------------------

QID: 982755
Subject: General
Query: Send me a completely different essay immediately! Who do you think you are fooling? You completely copy-and-paste plagiarized every word of "your" essay from third party websites. You completely falsified the bibliography, and placed fake parenthetical citations throughout the stolen paragraphs. You stole the entire essay from random paragraphs on the following Web pages:

http://www.ivf-infertility.com/donation/embryo/index.php
http://www.ivf-infertility.com/donation/embryo/embryo2.php
http://www.ivf-infertility.com/donation/embryo/embryo4.php
http://www.conceivingconcepts.com/learning/articles/embryo.html

The requirements are that I have to write an "Embryo Donation" essay paper. It must be a 6-page essay! The format does not matter, but the bibliography must contain 4-5 sources that have in-text citations throughout the essay. I need it TODAY, which is Friday, February 22!

EducationSP.com Order Number: 1738076813
Originalthesiswriting.com O

Back

**EXHIBIT GG**



# 24 Hour Customer Support Center

**Dear Michael Landry,**

care@originalthesiswriting.com

View the complete correspondence for this query below:

**To:** care@originalthesiswriting.com
**From:** stargate@humanoid.net
**Date:** Saturday, February 23, 2008
**Subject:** General

So, let me get this straight: I catch your former professor from Rochville University blatantly stealing the copyrighted contents of the first essay from 5 different websites, and then, despite your apologies and assurances that it will never happen again, you immediately steal the "rewrite," in its entirety, from "The American Psychological Association" (http://www2.warwick.ac.uk/fac/sci/psych/resources/msc/module/ps906/maccallum_et_al.pdf)? I'm speechless. I hereby demand, once again, that you immediately email to me the Embryo Donation essay that you actually WROTE for me. Order 2014892.

( Back )

---

↑ Top

**Home | Fee Structure | How to Proceed? | Order Now | Contact Us**

**Customer Support Center**

? Frequently Asked Questions      📄 Thesis Revision Form      🔄 Order Tracking Area

All rights reserved © 1996-2003, Original Thesis Writing.com
Conditions and Policies



2/23/08 1:01 PM

2/25/2008

**EXHIBIT HH**

# Axact's 544 Known Academic Paper Sites

007essay.com
0toall-research-paper-topics.com
0toall-research-paper-topics.net
0toallresearchpapertopics.info
100toptermpapersites.com
11hour-research-papers.com
11hourresearchpapers.com
1derful-book-reports.com
1foru-term-paper.com
1manpapers.com
1stoppapers.com
1to1-essay-writing.com
2good-dissertations.com
2good-dissertations.net
2gooddissertations.info
360-thesis-writing.net
4-college-admission-essays.net
7dayresearchpapers.com
accesspapers.com
actionpapers.net
affordable-dissertations.com
affordable-papers.com
affordable-term-papers.com
affordabledissertationwriting.com
affordableresearchpapers.com
affordablethesiswriter.com
agradeessays.com
agradelibrary.com
agradepapers.com
agradereports.com
all-free-research-papers.com
allessaytopics.com
alltoptermpapersites.com
analysis-essays.net
analytical-essays.net
apa-mla.net
assignmentrelief.com
awesomeessays.com
best-papers-helpme.net
best-research-papers-directory.net
bookreportrelief.com
buy-dissertations.com

007essay.net
0toall-research-paper-topics.info
0toallresearchpapertopics.com
100percentcustomtermpapers.com
100toptermpapersites.info
11hour-research-papers.net
11hourresearchpapers.info
1derful-book-reports.net
1foru-term-paper.net
1manpapers.net
1stoppapers.net
1to1-essay-writing.net
2good-dissertations.info
2gooddissertations.com
360-thesis-writing.com
4-college-admission-essays.com
7day-research-papers.com
academicprofs.com
actionpapers.com
activepapers.com
affordable-essays.com
affordable-research-papers.com
affordable-thesis.com
affordableessaywriting.com
affordabletermpapers.com
affordablethesiswriting.com
agradeessays.net
agradenow.com
agradepapers.net
agradereports.net
all-free-research-papers.net
alltop-term-paper-sites.com
analysis-essays.com
analytical-essays.com
apa-mla.com
argumentative-essays.net
assignmentrelief.net
awesomeessays.net
best-research-papers-directory.com
bookreporthelp.net
bookreportrelief.net
buy-dissertations.net

buy-essays.com
buy-papers.com
buy-research-papers.com
buy-term-papers.com
buy-thesis.com
cheap-essays.net
cheap-research-papers.net
cheap-term-papers.net
cleveressays.net
clickpapers.com
college-admission-essays.net
college-application-essays.net
college-entrance-essays.net
college-essay-consultation.net
college-essays-tutor.net
college-paper.net
college-research-papers-online.com
college-writing-help.net
compare-and-contrast-essays.net
comparison-essays.net
coolbookreports.net
cooltermpapers.net
critical-essays.net
custom-dissertations.net
custom-essays-writing-help.com
custom-papers.net
custom-research-papers.com
custom-term-papers-writing-help.com
custom-term-papers.net
custom-thesis.com
customdissertations.com
customthesis.com
cuteessays.com
cutereports.com
descriptive-essays.net
dissertation-abstracts-online.net
dissertation-abstracts.net
dissertation-doctors.com
dissertation-papers.com
dissertation-proposal.com
dissertation-service.com
dissertation-writing-advice.com
dissertation-writing-help.net
dissertationassistant.com
dissertationdrive.com
dissertationmaker.com

buy-essays.net
buy-papers.net
buy-research-papers.net
buy-term-papers.net
buy-thesis.net
cheap-research-papers.com
cheap-term-papers.com
cleveressays.com
clevertermpapers.com
clickpapers.net
college-application-essays.com
college-entrance-essays.com
college-essay-consultation.com
college-essays-tutor.com
college-paper.com
college-papers-online.net
college-term-papers.net
compare-and-contrast-essays.com
comparison-essays.com
coolbookreports.com
cooltermpapers.com
credibletermpapers.com
custom-dissertations-writing-help.com
custom-essay-writers.com
custom-essays.net
custom-research-papers-writing-help.com
custom-research-papers.net
custom-term-papers.com
custom-thesis-writing-help.com
custom-thesis.net
customdissertations.net
customthesis.net
cuteessays.net
cutereports.net
dissertation-abstracts-online.com
dissertation-abstracts.com
dissertation-assistance.com
dissertation-help.net
dissertation-papers.net
dissertation-proposal.net
dissertation-writer.com
dissertation-writing-help.com
dissertation-writing-online.com
dissertationassistant.net
dissertationdrive.net
dissertationmaker.net

dissertationmd.com
dissertations-guide.net
dissertationsexpert.com
dissertationshelp.com
dissertationsmaster.com
dissertationstore.com
english-essays-help.com
english-essays-online.net
english-essays.net
essay-paper-sites.net
essay-services.com
essay-topics.net
essayexpert.co.uk
essaynessay.com
essayrelief.co.uk
essayrelief.net
essayreliefau.net
essayrush.com
essays-essays.net
essays-for-sale.net
essays-help.com
essays-writing.net
essayshome.com
essaysinn.com
essaysmagic.net
essaysontime.net
essaysparadise.net
essaysshop.com
essaysunlimited.net
fastbookreports.net
fastdissertations.net
finedissertations.net
free-college-essay-guide.com
free-college-essays-online.com
free-college-research-papers.com
free-college-term-papers.com
free-english-essays.com
free-essays-4u.com
free-essays-help.com
free-essays-online.com
free-research-paper-topics.com
free-research-papers-online.net
free-term-papers-help.net
free-term-papers-online.net
geniusessay.com
good-research-papers.com

dissertations-guide.com
dissertations-online.net
dissertationsexpert.net
dissertationshelp.net
dissertationsmaster.net
dissertationstore.net
english-essays-help.net
english-essays.com
essay-essay.com
essay-papers.net
essay-services.net
essaybag.com
essayhome.com
essayquest.com
essayrelief.com
essayreliefau.com
essayreliefau.org
essays-essays.com
essays-express.com
essays-heaven.com
essays-writing.com
essaysbag.com
essayshop.com
essaysmagic.com
essaysontime.com
essaysparadise.com
essayspecialist.com
essaysunlimited.com
fastbookreports.com
fastdissertations.com
finedissertations.com
finest-term-paper-sites.net
free-college-essay-guide.net
free-college-essays-online.net
free-college-research-papers.net
free-college-term-papers.net
free-english-essays.net
free-essays-4u.net
free-essays-help.net
free-essays-online.net
free-research-paper-topics.net
free-term-papers-help.com
free-term-papers-online.com
free-thesis-papers.net
getagrade.com
good-research-papers.net

goodbookreports.com
goodpapers.com
goodtermpapers.com
goodthesis.net
great-term-paper-sites.net
help-on-research-papers.com
help-with-dissertations.com
helpon-doctoral-dissertations.com
helpon-research-papers.com
helpon-term-papers.com
helpon-thesis-topics.com
highpapers.com
history-essays.net
hitessays.net
ivydissertations.com
ivydissertationsau.com
ivydissertationsau.org
ivyresearchpapers.com
ivytermpapers.com
lovelyessays.com
master-thesis-writing.com
mightypapers.com
mr-essay.com
my-book-report.net
my-college-term-papers.net
my-free-book-reports.net
my-free-research-papers.net
my-thesis-papers.net
mybookreports.net
online-essays.com
online-thesis.com
ontimepapers.com
originaldissertations.net
originalessays.net
originalthesiswriting.co.uk
originalthesiswriting.net
originalthesiswritingau.net
originalthesiswritng.com
papers-help.com
papersbank.net
paperschoice.net
papersday.net
papersheaven.net
paperslibrary.com
papersmania.net
papersparadise.net

goodbookreports.net
goodpapers.net
goodthesis.com
grabagrade.com
handyessays.com
help-with-a-paper.com
help-with-thesis.com
helpon-doctoral-dissertations.net
helpon-research-papers.net
helpon-term-papers.net
helpon-thesis-topics.net
highpapers.net
hitessays.com
instantpapers.com
ivydissertations.net
ivydissertationsau.net
ivyessaywriting.com
ivyresearchpapers.net
literature-essays.net
lovelyessays.net
master-thesis-writing.net
mightypapers.net
my-book-report.com
my-college-term-papers.com
my-free-book-reports.com
my-free-research-papers.com
my-thesis-papers.com
mybookreports.com
narrative-essays.net
online-essays.net
ontimeessays.com
originaldissertations.com
originalessays.com
originalthesis.com
originalthesiswriting.com
originalthesiswritingau.com
originalthesiswritingau.org
paperlibrary.com
papersbank.com
paperschoice.com
papersday.com
papersheaven.com
papershelp.com
papersmania.com
papersparadise.com
persuasive-essays.net

pickanessay.com
plagiarisguru.net
plagiarismguru.com
plagiarismguru.org
premiumessaywriting.com
premiumtermpapers.com
purchase-essays.com
realdissertations.com
research-n-thesis-sites.net
research-paper-sites.net
research-paper-writing.net
research-papers-for-sale.net
research-papers-guide.net
research-papers-research-papers.com
researchpaper-online.com
researchpaperquest.com
researchpaperspecialist.com
rockpapers.net
sample-research-papers.net
school-book-report-help.net
school-book-report.net
scoringessays.com
speedydissertations.com
speedyessays.com
student-essays.net
studentproblems.net
superessays.com
targetessays.com
term-paper-fortune.net
term-paper-garage.net
term-paper-house.net
term-paper-topics.net
term-papers-4u.net
term-papers-bazaar.com
term-papers-delight.com
term-papers-for-sale.com
term-papers-guide.com
term-papers-help-online.net
term-papers-help.net
term-papers-online.net
term-papers-term-papers.com
term-papers-way.com
term-papers-wonder.com
termpaper123.com
termpapergarage.com
termpaperquest.com

plagiarisguru.com
plagiarisguru.org
plagiarismguru.net
premiumdissertationwriting.com
premiumresearchpapers.com
premiumthesiswriting.com
purchase-essays.net
realdissertations.net
research-paper-scholar.com
research-paper-writing.com
research-papers-for-sale.com
research-papers-guide.com
research-papers-online.com
research-papers-research-papers.net
researchpaper-online.net
researchpapersnresearchpapers.com
rockpapers.com
sample-research-papers.com
samslibrary.com
school-book-report.com
school-essays.net
scoringessays.net
speedydissertations.net
speedyessays.net
studentproblems.com
superbessays.com
superessays.net
term-paper-fortune.com
term-paper-garage.com
term-paper-house.com
term-paper-time.com
term-papers-4u.com
term-papers-avenue.com
term-papers-bazaar.net
term-papers-delight.net
term-papers-for-sale.net
term-papers-guide.net
term-papers-help.com
term-papers-inn.com
term-papers-sites-home.net
term-papers-term-papers.net
term-papers-way.net
term-papers-wonder.net
termpaperexpert.com
termpapergenie.com
termpaperrelief.com

termpaperrelief.net
termpapers-online.net
termpapersamazon.net
termpapersavenue.net
termpapersinn.com
termpapersntermpapers.com
termpaperswonder.com
thedissertationsonline.com
thesis-help.net
thesis-papers.net
thesis-proposal.net
thesis-statement.net
thesis-writer.net
thesis-writing-assistance.net
thesis-writing-service.net
thesisassistant.com
thesiscenter.net
thesisexpert.net
thesismagic.net
thesismaker.net
thesisunlimited.com
thesiswritinghelp.com
timelyessays.com
topdissertationsites.com
topics-for-research-papers.com
toptermpapersites.com
topthesissites.com
trueessays.net
winningpapers.com
wisetermpapers.com
worldclasstermpapers.com
write-a-term-paper.com
writean-essay.net
writeatermpaper.net
writeathesis.net
writing-a-research-paper.net
writing-a-thesis.com
writing-book-reports.com
writing-dissertations-online.com
writing-essays.net
writing-research-papers-online.com
writing-term-papers.com
writing-thesis-online.net
writing-thesis-statements.net
writingdissertations.coms
writingspecialist.com

termpapers-online.com
termpapersamazon.com
termpapersavenue.com
termpapershelp.com
termpapersinn.net
termpaperspecialist.com
thedissertations.com
thesis-assistant.com
thesis-master.com
thesis-proposal.com
thesis-smith.com
thesis-writer.com
thesis-writing-advice.com
thesis-writing-service.com
thesis-writing.net
thesiscenter.com
thesisexpert.com
thesismagic.com
thesismaker.com
thesissmith.com
thesisunlimited.net
thesiswritinghelp.net
topbookreportsites.com
topessaysites.com
topresearchpapersites.com
toptermpapersites.net
trueessays.com
truepapers.net
winningpapers.net
wisetermpapers.net
worldclasstermpapers.net
writean-essay.com
writeatermpaper.com
writeathesis.com
writing-a-dissertation.com
writing-a-term-paper.com
writing-book-reports-online.net
writing-book-reports.net
writing-dissertations-online.net
writing-papers.net
writing-term-papers-online.com
writing-thesis-online.com
writing-thesis-statements.com
writingdissertations.com
writingdissertations.net
writingtermpapers.net