# DREIER LLP

**ATTORNEYS AT LAW**

The Gursky Group

Ira S. Sacks *Partner*
Direct 212 652 3730
isacks@dreierllp.com

February 27, 2008

**VIA FACSIMILE**
Hon. Tonianne J. Bongiovanni
United States Magistrate Judge
Clarkson S. Fisher Federal Building
 and United States Courthouse
402 E. State Street
Room 6052
Trenton, NJ 08608

**RECEIVED**

**FEB 28 2008**

AT 8:30_____M
WILLIAM T. WALSH
CLERK

Re:   Axact (Pvt.), Ltd. v. Student Network Resources, Inc., Student
      Network Resources, LLC, Ross Cohen and John Derit
      Civil Action No. 07-5491 (FLW)(TJB)

Dear Judge Bongiovanni:

    We represent plaintiff and counterclaim defendant Axact (Pvt.), Ltd. ("Axact") in the above-captioned matter, and write to you to request an adjournment of the Rule 16 conference currently scheduled for March 19, 2008 at 2:30 p.m. Specifically, the parties join in this request to adjourn the Rule 16 conference to the week of April 28, 2008.

    As Your Honor is aware, on the evening of February 25, 2008, Defendants Ross Cohen, Student Network Resources, LLC and Student Network Resources, Inc. ("Defendants") filed and served, via ECF, their Amended Answer and Counterclaims. The Amended Answer and Counterclaims added several counterclaims by the Defendants against Axact. Under the Federal Rules of Civil Procedure, Axact's response to the Amended Counterclaims will be due on March 17, 2008, two days prior to the scheduled Rule 16 conference. As Your Honor is also aware, the parties are to submit a proposed Rule 26(f) order today to Your Honor in anticipation of the scheduled Rule 16 conference.

    On February 26, 2008, the parties proceeded with the Rule 26(f) conference they had scheduled prior to the filing and service of the Amended Answer and Counterclaims. However, the parties agreed that drafting and submitting a Rule 26(f) report to Your Honor, exchanging initial disclosures and proceeding with the scheduled Rule 16 conference with the Court would make little sense prior to, or just after, the time Axact answers the Amended Counterclaims.

499 Park Avenue New York, New York 10022
Telephone 212 328 6100  Facsimile 212 328 6101
Los Angeles · Stamford · Albany
www.dreierllp.com

Accordingly, and with the consent of the Defendants, we request an adjournment of the Rule 16 conference until the week of April 28, 2008, which will permit the parties time to conduct their Rule 26(f) conference and complete the Rule 26(f) report after Axact answers the Amended Counterclaims, and in accordance with Your Honor's rules concerning the dates for each of those events. We would also like to note that counsel for the Defendants is unavailable during the week of April 21, 2008, and on April 29, 2008.

Thank you for your consideration.

Respectfully,

Ira S. Sacks

cc: Peter L. Skolnik (via facsimile)

*The Initial Conference is rescheduled to 5/1/08 at 11AM. The Joint Discovery Plan is due to the Court by 4/24/08.*

*So Ordered*

*[signature] 2/27/08*