

**Peter L. Skolnik**
Member of the Firm
Tel   973 597 2508
Fax  973 597 2509
pskolnik@lowenstein.com

March 31, 2008

**VIA ECF AND FEDEX**

Hon. Freda L. Wolfson, U.S.D.J.
Clarkson S. Fisher Federal Bldg. & U.S. Courthouse
402 E. State Street
Trenton, NJ 08608

**Re:**   **Axact (PVT.), Ltd. v. Student Network Resources, Inc., et al.; 3:07-cv-05491**

Dear Judge Wolfson:

As the Court is aware, I represent the defendants in the referenced matter. I write in response to the March 18, 2008 motion of plaintiff's counsel to withdraw as counsel of record pursuant to Loc. Civ. R. 102.1, and voluntarily to dismiss the complaint pursuant to Fed. R. Civ. P. 41(a)(2).

Withdrawal under Rule 102.1 requires leave of court where, as here, other counsel is not substituted simultaneously. During the telephone conference with the Court on March 25, 2008, Mr. Sacks acknowledged that leave to withdraw could appropriately be conditioned upon a requirement that plaintiff obtain new counsel within 30 days. He acknowledged, as well, that plaintiff was aware of his application to withdraw, and was actively seeking substitute counsel.

Pursuant to Fed. R. Civ. P. 41(a)(2), where, as here, counterclaims have been pled prior to service of plaintiff's motion to dismiss, a complaint may be dismissed absent defendants' consent only if the counterclaims remain pending for independent adjudication. Plaintiff is currently in default with respect to filing its answer to defendants' February 25, 2008 counterclaims; pursuant to Fed. R. Civ. P. 12(a)(1)(B), plaintiff's answer was due on March 17, 2008.

Defendants hereby respectfully advise the Court that they do not oppose the immediate entry of the form of Order submitted by Mr. Sacks, including the provision for voluntary dismissal without prejudice pursuant to Fed. R. Civ. P. 41(a)(2), so long as the Order is modified (i) to specify that defendants' counterclaims remain pending, and (ii) to include a date certain by which substitute counsel for plaintiff must appear in the action. Defendants respectfully submit that the outside date for such appearance should be set at April 18, 2008 – 31 days after the filing

Lowenstein Sandler PC                                                                                                                www.lowenstein.com

**Reply**:   65 Livingston Avenue  Roseland, New Jersey 07068  Tel 973 597 2500  Fax 973 597 2400
         1251 Avenue of the Americas  New York, New York 10020  Tel 212 262 6700  Fax 212 262 7402

Dockets.Justia.com

of plaintiff's motion, and 32 days after plaintiff's default in answering defendants' counterclaims.

Respectfully submitted,

/s/ Peter L. Skolnik

Peter L. Skolnik

PLS:nvl

21332/2
03/31/08 5737047.2

cc: Hon. Tonianne J. Bongiovanni, U.S.M.J. (via Fedex)
      Andrew P. Napolitano, Esq. (via ECF and electronic mail)
      Ira S. Sacks, Esq. (via electronic mail)