Peter L. Skolnik
Michael A. Norwick
**LOWENSTEIN SANDLER PC**
65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500
Attorneys for Counterclaimants
Student Network Resources, Inc.,
Student Network Resources, LLC and Ross Cohen

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AXACT (PVT.), LTD.,<br><br>    Plaintiff-Counterclaim Defendant,<br><br>-v-<br><br>STUDENT NETWORK RESOURCES, INC.,<br>STUDENT NETWORK RESOURCES, LLC,<br>ROSS COHEN and JOHN DERIT,<br><br>    Defendants-Counterclaimants. | **Civil Action No. 07-CV-5491 (FLW)**<br><br>**REQUEST TO ENTER DEFAULT** |

TO:    CLERK
           UNITED STATES DISTRICT COURT
           DISTRICT OF NEW JERSEY

        Pursuant to Federal Rules of Civil Procedure 55(a), please enter the default of Counterclaim Defendant Axact (PVT.) Ltd. ("Axact") for failure to plead or otherwise defend against the Counterclaim in the above-captioned action as it fully appears from the Court's docket and from the Declaration of Michael A. Norwick, Esq., which is submitted herewith.

21332/2
04/21/2008 6154696.1

**LOWENSTEIN SANDLER PC**
65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500
Attorneys Counterclaim Plaintiffs, Student Network Resources, Inc., Student Network Resources, LLC, and Ross Cohen


By: /s/ Michael A. Norwick
      Michael A. Norwick

Dated: April 21, 2008