UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
(609) 989-2040

| CHAMBERS OF | U.S. COURTHOUSE |
|---|---|
| TONIANNE J. BONGIOVANNI | |
| UNITED STATES MAGISTRATE JUDGE | 402 E. STATE STREET, RM 6052<br>TRENTON, NJ 08608 |

April 23, 2008

### LETTER ORDER

**Re:** **AXACT (PVT.), LTD. v. STUDENT NETWORK RESOURCES, INC. et al.**
Civil Action No. 07-5491 (FLW)

To All Parties:

Please be advised that the Initial Conference scheduled in the above-referenced matter for

May 1, 2008 is hereby adjourned *sine die*.

**IT IS SO ORDERED.**

    s/ Tonianne J. Bongiovanni
**TONIANNE J. BONGIOVANNI**
**United States Magistrate Judge**