# UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY
**(609) 989-2182**

Chambers of
FREDA L. WOLFSON
United States District Judge

Clarkson S. Fisher Federal Building
& U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

May 2, 2008

Fahimul Karim Sarwat
Legal Department
Axact Pvt Ltd.
Axact House,
Axact Street, Main Khayaban-e-ltthad, Phase-VII
DHA, Karachi, Pakistan

Peter L. Skolnik, Esq.
Lowestein Sandler, PC
65 Livingston Avenue
Roseland, New Jersey 07068

> **Re:   Axact v. Student Network Resources**
> **Civil Action No. 07-5491(FLW)**

Dear Mr. Sarwat and Mr. Skolnik:

    I received Mr. Sarwat letter, dated April 29, 2008, requesting to proceed pro se on behalf of Axact in this matter. However, it is well-established law that artificial entities such as corporations, partnerships and associations may only appear in the federal courts of the United States through licensed counsel. See Rowland v. California Men's Colony, 506 U.S. 194, 201-02 (1993)("It has been the law for the better part of two centuries . . . that a corporation may appear in the federal courts only through licensed counsel. As the courts have recognized, the rationale for that rule applies equally to all artificial entities"); see also United States v. Cocivera, 104 F.3d 566 (3d Cir. 1996); Simbraw, Inc. v. United States, 367 F.2d 373 (3d Cir. 1966); Harrison v. Wahatoyas, L.L.C., 253 F.3d 552, 556 (10 Cir. 2001)("As a general matter, a corporation or other business entity can only appear in court through an attorney and not a non-attorney corporate officer appearing pro se"). Accordingly, Mr. Sarwat's request is denied.

    Moreover, the Court entered an Order on April 4, 2008 dismissing Axact's complaint without prejudice. This means that the complaint can be re-instated, but Axact must secure a licensed attorney to pursue its claims in this court. Additionally, Axact requires a licensed attorney to defend against the counterclaims that remain pending against Axact in this matter. I recommend that Axact proceed expeditiously in locating licensed New Jersey counsel, or else Axact risks being subject to default judgement on those claims.

Sincerely,

/s/ Freda L. Wolfson
Freda L. Wolfson, U.S.D.J.