UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| AXACT (PVT), LTD., | : | Civil Action No. 07-5491 (FLW) |
| Plaintiff, | : |  |
| v. | : | **ORDER** |
| STUDENT NETWORK RESOURCES, INC., STUDENT NETWORK RESOURCES, LLC., and ROSS COHEN, | : |  |
| Defendants. | : |  |

**THIS MATTER** having been opened to the Court by Peter L. Skolnik, Esq., counsel for Defendants-Counterclaimants Student Network Resources, Inc., Student Network Resources, LLC and Ross Cohen (collectively "Defendants" or "SNR") on a motion for default judgment; it appearing that the Complaint in this action having been served on November 4, 2007, and voluntarily withdrawn and dismissed without prejudice on April 4, 2008; and counterclaims in this action having been duly served on plaintiff-counterclaim defendant Axact (Pvt.). Ltd. ("Plaintiff" or "Axact") on February 25, 2008, and Axact having failed to plead or otherwise defend the counterclaims in this action, and said default having been duly entered on April 22, 2008; the Court having considered the motion and the Declarations of Peter L. Skolnik and Ross Cohen in support of default judgment pursuant to Fed. R. Civ. P. 78, and there being no opposition thereto; for the reasons stated in the Opinion filed on even date, and for good cause shown;

**IT IS** on this 20th day of October, 2008,

**ORDERED** that Defendants' Motion for Default Judgment is **GRANTED**; and it is further

**ORDERED** that Judgment shall be entered for statutory damages on Defendants' copyright claim in the amount of $300,000; and it is further

**ORDERED** that Judgment shall be entered for attorney's fees with respect to Defendants' copyright claim in the amount of $36,720.40; and it is further

**ORDERED** that Judgment sha ll be entered in the amount of $500 in compensatory damages, plus $350,000 in punitive damages, for Axact's violations of the Lanham Act; New Jersey common law of unfair competition; tortious interference with Defendants' prospective economic advantage; and violation of the New Jersey Consumer Fraud Act; and it is further

**ORDERED** that Judgment shall be entered in the amount of $843.25 in compensatory damages for Defendants' ascertainable loss, trebled to $2,529.75 pursuant to N.J.S.A. 56:8-19; and it is further

**DECLARED** pursuant to § 512(f) of the Copyright Act, that Axact has misrepresented that material posted by Defendants infringed Axact's copyrights; and it is further

**DECLARED** that Defendants have not violated any copyrights owned by Axact ; and it is further

**ORDERED** that Axact, those in privy with it and those with notice of the injunction, including any Internet search engines, Web hosts and domain-name registrars that are provided with notice of the injunction, shall be and hereby are enjoined (i) from publishing, distributing, selling and offering for sale copies of the works of SNR and others that are subject to valid and subsisting copyrights, and/or (ii) from facilitating access to any or all websites through which Axact engages

in such acts of copyright infringement, including but not limited to the following 544 term paper websites and to any new Internet site through which Axact engages in such acts of copyright infringement in the future:

007essay.com
0toall-research-paper-topics.com
0toall-research-paper-topics.net
0toallresearchpapertopics.info
100toptermpapersites.com
11hour-research-papers.com
11hourresearchpapers.com
1derful-book-reports.com
1foru-term-paper.com
1manpapers.com
1stoppapers.com
1to1-essay-writing.com
2good-dissertations.com
2good-dissertations.net
2gooddissertations.info
360-thesis-writing.net
4-college-admission-essays.net
7dayresearchpapers.com
accesspapers.com
actionpapers.net
affordable-dissertations.com
affordable-papers.com
affordable-term-papers.com
affordabledissertationwriting.com
affordableresearchpapers.com
affordablethesiswriter.com
agradeessays.com
agradelibrary.com
agradepapers.com
agradereports.com
all-free-research-papers.com
allessaytopics.com
alltoptermpapersites.com
analysis-essays.net
analytical-essays.net
apa-mla.net
assignmentrelief.com

007essay.net
0toall-research-paper-topics.info
0toallresearchpapertopics.com
100percentcustomtermpapers.com
100toptermpapersites.info
11hour-research-papers.info
11hourresearchpapers.info
1derful-book-reports.net
1foru-term-paper.net
1manpapers.net
1stoppapers.net
1to1-essay-writing.net
2good-dissertations.info
2gooddissertations.com
360-thesis-writing.com
4-college-admission-essays.com
7day-research-papers.com
academicprofs.com
actionpapers.com
activepapers.com
affordable-essays.com
affordable-research-papers.com
affordable-thesis.com
affordableessaywriting.com
affordabletermpapers.com
affordablethesiswriting.com
agradeessays.net
agradenow.com
agradepapers.net
agradereports.net
all-free-research-papers.net
alltop-term-paper-sites.com
analysis-essays.com
analytical-essays.com
apa-mla.com
argumentative-essays.net
assignmentrelief.net

| | |
|---|---|
| awesomeessays.com | awesomeessays.net |
| best-papers-helpme.net | best-research-papers-directory.com |
| best-research-papers-directory.net | bookreporthelp.net |
| bookreportrelief.com | bookreportrelief.net |
| buy-dissertations.com | buy-dissertations.net |
| buy-essays.com | buy-essays.net |
| buy-papers.com | buy-papers.net |
| buy-research-papers.com | buy-research-papers.net |
| buy-term-papers.com | buy-term-papers.net |
| buy-thesis.com | buy-thesis.net |
| cheap-essays.net | cheap-research-papers.com |
| cheap-research-papers.net | cheap-term-papers.com |
| cheap-term-papers.net | cleveressays.com |
| cleveressays.net | clevertermpapers.com |
| clickpapers.com | clickpapers.net |
| college-admission-essays.net | college-application-essays.com |
| college-application-essays.net | college-entrance-essays.com |
| college-entrance-essays.net | college-essay-consultation.com |
| college-essay-consultation.net | college-essays-tutor.com |
| college-essays-tutor.net | college-paper.com |
| college-paper.net | college-papers-online.net |
| college-research-papers-online.com | college-term-papers.net |
| college-writing-help.net | compare-and-contrast-essays.com |
| compare-and-contrast-essays.net | comparison-essays.com |
| comparison-essays.net | coolbookreports.com |
| coolbookreports.net | cooltermpapers.com |
| cooltermpapers.net | credibletermpapers.com |
| critical-essays.net | custom-dissertations-writing-help.com |
| custom-dissertations.net | custom-essay-writers.com |
| custom-essays-writing-help.com | custom-essays.net |
| custom-papers.net | custom-research-papers-writing-help.com |
| custom-research-papers.com | custom-research-papers.net |
| custom-term-papers-writing-help.com | custom-term-papers.com |
| custom-term-papers.net | custom-thesis-writing-help.com |
| custom-thesis.com | custom-thesis.net |
| customdissertations.com | customdissertations.net |
| customthesis.com | customthesis.net |
| cuteessays.com | cuteessays.net |
| cutereports.com | cutereports.net |
| descriptive-essays.net | dissertation-abstracts-online.com |
| dissertation-abstracts-online.net | dissertation-abstracts.com |
| dissertation-abstracts.net | dissertation-assistance.com |
| dissertation-doctors.com | dissertation-help.net |
| dissertation-papers.com | dissertation-papers.net |

| | |
|---|---|
| dissertation-proposal.com | dissertation-proposal.net |
| dissertation-service.com | dissertation-writer.com |
| dissertation-writing-advice.com | dissertation-writing-help.com |
| dissertation-writing-help.net | dissertation-writing-online.com |
| dissertationassistant.com | dissertationassistant.net |
| dissertationdrive.com | dissertationdrive.net |
| dissertationmaker.com | dissertationmaker.net |
| dissertationmd.com | dissertations-guide.com |
| dissertations-guide.net | dissertations-online.net |
| dissertationsexpert.com | dissertationsexpert.net |
| dissertationshelp.com | dissertationshelp.net |
| dissertationsmaster.com | dissertationsmaster.net |
| dissertationstore.com | dissertationstore.net |
| english-essays-help.com | english-essays-help.net |
| english-essays-online.net | english-essays.com |
| english-essays.net | essay-essay.com |
| essay-paper-sites.net | essay-papers.net |
| essay-services.com | essay-services.net |
| essay-topics.net | essaybag.com |
| essayexpert.co.uk | essayhome.com |
| essaynessay.com | essayquest.com |
| essayrelief.co.uk | essayrelief.com |
| essayrelief.net | essayreliefau.com |
| essayreliefau.net | essayreliefau.org |
| essayrush.com | essays-essays.com |
| essays-essays.net | essays-express.com |
| essays-for-sale.net | essays-heaven.com |
| essays-help.com | essays-writing.com |
| essays-writing.net | essaysbag.com |
| essayshome.com | essayshop.com |
| essaysinn.com | essaysmagic.com |
| essaysmagic.net | essaysontime.com |
| essaysontime.net | essaysparadise.com |
| essaysparadise.net | essayspecialist.com |
| essaysshop.com | essaysunlimited.com |
| essaysunlimited.net | fastbookreports.com |
| fastbookreports.net | fastdissertations.com |
| fastdissertations.net | finedissertations.com |
| finedissertations.net | finest-term-paper-sites.net |
| free-college-essay-guide.com | free-college-essay-guide.net |
| free-college-essays-online.com | free-college-essays-online.net |
| free-college-research-papers.com | free-college-research-papers.net |
| free-college-term-papers.com | free-college-term-papers.net |
| free-english-essays.com | free-english-essays.net |

free-essays-4u.com
free-essays-help.com
free-essays-online.com
free-research-paper-topics.com
free-research-papers-online.net
free-term-papers-help.net
free-term-papers-online.net
geniusessay.com
good-research-papers.com
goodbookreports.com
goodpapers.com
goodtermpapers.com
goodthesis.net
great-term-paper-sites.net
help-on-research-papers.com
help-with-dissertations.com
helpon-doctoral-dissertations.com
helpon-research-papers.com
helpon-term-papers.com
helpon-thesis-topics.com
highpapers.com
history-essays.net
hitessays.net
ivydissertations.com
ivydissertationsau.com
ivydissertationsau.org
ivyresearchpapers.com
ivytermpapers.com
lovelyessays.com
master-thesis-writing.com
mightypapers.com
mr-essay.com
my-book-report.net
my-college-term-papers.net
my-free-book-reports.net
my-free-research-papers.net
my-thesis-papers.net
mybookreports.net
online-essays.com
online-thesis.com
ontimepapers.com
originaldissertations.net
originalessays.net
originalthesiswriting.co.uk

free-essays-4u.net
free-essays-help.net
free-essays-online.net
free-research-paper-topics.net
free-term-papers-help.com
free-term-papers-online.com
free-thesis-papers.net
getagrade.com
good-research-papers.net
goodbookreports.net
goodpapers.net
goodthesis.com
grabagrade.com
handyessays.com
help-with-a-paper.com
help-with-thesis.com
helpon-doctoral-dissertations.net
helpon-research-papers.net
helpon-term-papers.net
helpon-thesis-topics.net
highpapers.net
hitessays.com
instantpapers.com
ivydissertations.net
ivydissertationsau.net
ivyessaywriting.com
ivyresearchpapers.net
literature-essays.net
lovelyessays.net
master-thesis-writing.net
mightypapers.net
my-book-report.com
my-college-term-papers.com
my-free-book-reports.com
my-free-research-papers.com
my-thesis-papers.com
mybookreports.com
narrative-essays.net
online-essays.net
ontimeessays.com
originaldissertations.com
originalessays.com
originalthesis.com
originalthesiswriting.com

originalthesiswriting.net
originalthesiswritingau.net
originalthesiswritng.com
papers-help.com
papersbank.net
paperschoice.net
papersday.net
papersheaven.net
paperslibrary.com
papersmania.net
papersparadise.net
pickanessay.com
plagiarisguru.net
plagiarismguru.com
plagiarismguru.org
premiumessaywriting.com
premiumtermpapers.com
purchase-essays.com
realdissertations.com
research-n-thesis-sites.net
research-paper-sites.net
research-paper-writing.net
research-papers-for-sale.net
research-papers-guide.net
research-papers-research-papers.com
researchpaper-online.com
researchpaperquest.com
researchpaperspecialist.com
rockpapers.net
sample-research-papers.net
school-book-report-help.net
school-book-report.net
scoringessays.com
speedydissertations.com
speedyessays.com
student-essays.net
studentproblems.net
superessays.com
targetessays.com
term-paper-fortune.net
term-paper-garage.net
term-paper-house.net
term-paper-topics.net
term-papers-4u.net

originalthesiswritingau.com
originalthesiswritingau.org
paperlibrary.com
papersbank.com
paperschoice.com
papersday.com
papersheaven.com
papershelp.com
papersmania.com
papersparadise.com
persuasive-essays.net
plagiarisguru.com
plagiarisguru.org
plagiarismguru.net
premiumdissertationwriting.com
premiumresearchpapers.com
premiumthesiswriting.com
purchase-essays.net
realdissertations.net
research-paper-scholar.com
research-paper-writing.com
research-papers-for-sale.com
research-papers-guide.com
research-papers-online.com
research-papers-research-papers.net
researchpaper-online.net
researchpapersnresearchpapers.com
rockpapers.com
sample-research-papers.com
samslibrary.com
school-book-report.com
school-essays.net
scoringessays.net
speedydissertations.net
speedyessays.net
studentproblems.com
superbessays.com
superessays.net
term-paper-fortune.com
term-paper-garage.com
term-paper-house.com
term-paper-time.com
term-papers-4u.com
term-papers-avenue.com

term-papers-bazaar.com
term-papers-bazaar.net
term-papers-delight.com
term-papers-delight.net
term-papers-for-sale.com
term-papers-for-sale.net
term-papers-guide.com
term-papers-guide.net
term-papers-help-online.net
term-papers-help.com
term-papers-help.net
term-papers-inn.com
term-papers-online.net
term-papers-sites-home.net
term-papers-term-papers.com
term-papers-term-papers.net
term-papers-way.com
term-papers-way.net
term-papers-wonder.com
term-papers-wonder.net
termpaper123.com
termpaperexpert.com
termpapergarage.com
termpapergenie.com
termpaperquest.com
termpaperrelief.com
termpaperrelief.net
termpapers-online.com
termpapers-online.net
termpapersamazon.com
termpapersamazon.net
termpapersavenue.com
termpapersavenue.net
termpapershelp.com
termpapersinn.com
termpapersinn.net
termpapersntermpapers.com
termpaperspecialist.com
termpaperswonder.com
thedissertations.com
thedissertationsonline.com
thesis-assistant.com
thesis-help.net
thesis-master.com
thesis-papers.net
thesis-proposal.com
thesis-proposal.net
thesis-smith.com
thesis-statement.net
thesis-writer.com
thesis-writer.net
thesis-writing-advice.com
thesis-writing-assistance.net
thesis-writing-service.com
thesis-writing-service.net
thesis-writing.net
thesisassistant.com
thesiscenter.com
thesiscenter.net
thesisexpert.com
thesisexpert.net
thesismagic.com
thesismagic.net
thesismaker.com
thesismaker.net
thesissmith.com
thesisunlimited.com
thesisunlimited.net
thesiswritinghelp.com
thesiswritinghelp.net
timelyessays.com
topbookreportsites.com
topdissertationsites.com
topessaysites.com
topics-for-research-papers.com
topresearchpapersites.com
toptermpapersites.com
toptermpapersites.net
topthesissites.com
trueessays.com
trueessays.net
truepapers.net
winningpapers.com
winningpapers.net
wisetermpapers.com
wisetermpapers.net
worldclasstermpapers.com
worldclasstermpapers.net

| | |
|---|---|
| write-a-term-paper.com | writean-essay.com |
| writean-essay.net | writeatermpaper.com |
| writeatermpaper.net | writeathesis.com |
| writeathesis.net | writing-a-dissertation.com |
| writing-a-research-paper.net | writing-a-term-paper.com |
| writing-a-thesis.com | writing-book-reports-online.net |
| writing-book-reports.com | writing-book-reports.net |
| writing-dissertations-online.com | writing-dissertations-online.net |
| writing-essays.net | writing-papers.net |
| writing-research-papers-online.com | writing-term-papers-online.com |
| writing-term-papers.com | writing-thesis-online.com |
| writing-thesis-online.net | writing-thesis-statements.com |
| writing-thesis-statements.net | writingdissertations.com |
| writingdissertations.coms | writingdissertations.net |
| writingspecialist.com | writingtermpapers.net |

and it is further

**ORDERED** that Axact, those in privy with it and those with notice of the injunction, including any Internet search engines, Web hosts and domain-name registrars that are provided with notice of the injunction, shall be and hereby are enjoined (i) from falsely advertising and misrepresenting the nature, characteristics, qualities or geographical origin of Axact's goods and services in violation of the Lanham Act or the common law and to the detriment of SNR on Axact's academic term paper-writing sites, on any other type of Internet site, including any search engine, Web host or domain-name registrar to which Axact or any of Axact's agents submit any textual/visual content relating to academic paper sites, in Axact's advertisements in various Internet venues, or elsewhere; (ii) from publishing or providing access to – on PapersHelp.com and elsewhere – fabricated reviews or false and misleading information about any Internet web sites providing term paper or example research services, including but not limited to SNR's sites and Axact's sites, in violation of the Lanham Act or the common law and to the detriment of SNR; and (iii) from

9

engaging in unfair competition with SNR in any manner, in violation of the Lanham Act and the common law and to the detriment of SNR ; and it is further

**ORDERED** that Axact, those in privy with it and those with notice of the injunction, including any Internet search engines, Web hosts and domain-name registrars that are provided with notice of the injunction, shall be and hereby are enjoined from making or providing access to false and misleading representations and warranties regarding the quality and originality of Axact's products and services in violation of the Consumer Fraud Act ; and it is further

**ORDERED** that this case is **CLOSED**.

/s/ Freda L. Wolfson
The Honorable Freda L. Wolfson
United States District Judge