# EXHIBIT A

Dockets.Justia.com

*NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| AXACT (PVT), LTD., | : | Civil Action No. 07-5491 (FLW) |
| Plaintiff, | : | |
| | : | |
| v. | : | OPINION |
| | : | |
| STUDENT NETWORK RESOURCES, INC., | : | |
| STUDENT NETWORK RESOURCES, LLC., | : | |
| and ROSS COHEN, | : | |
| | : | |
| Defendants. | : | |

WOLFSON, District Judge:

Before the Court is a default judgment motion filed by Defendant-Counterclaimants, Student Network Resources. Inc., Student Network Resources, LLC, and Ross Cohen (collectively, "Defendants" or "SNR") against Plaintiff Axact (PVT), Ltd. ("Plaintiff" or "Axact") for certain relief requested in Defendants' Amended Counterclaims. In support of this application, Defendants rely upon the accompanying Declarations of Peter L. Skolnik and Ross Cohen, the pleadings and other exhibits filed in this action.

By way of a brief background for the purposes of this motion, Plaintiff owns, operates and/or controls a score of websites, using hundreds of domain names, in a number of Internet businesses based in Pakistan.[1] These include, inter alia, sites selling term papers and other academic works, and sites selling counterfeit academic degrees and/or diplomas from non-existent universities with no

---

[1] When a party is in default, the Court treats all pleadings and allegations of the opposing party as true. See Comdyne I, Inc. v. Corbin, 908 F.2d 1142, 1149 (3d Cir.1990).

instructors or classrooms. Plaintiff's term paper sites unfairly compete with Defendants' research sites, which contain original works that are copyrighted. In their submissions, Defendants set forth the evidence of infringement upon Defendants' copyrights by Plaintiff. The Court hereby adopts the undisputed evidence in the Declarations of Ross Cohen and Peter Skolnik and incorporates it herein by reference. See, generally, Mr. Cohen's Decl.; Mr. Skolnik's Decl.

After the initiation of this action, Plaintiff's counsel moved for leave to withdraw from this case, which the Court granted on April 4, 2008. The Court also dismissed Axact's complaint without prejudice, allowing Plaintiff, a corporation, which may not litigate without counsel, to retain substitute counsel by April 18, 2008. Subsequently, on April 29, 2008, Mr. Fahimul Karim Sarwat, on behalf of Axact, sent a letter to the Court requesting leave for Axact to proceed pro se. In response, the Court notified Mr. Sarwat, in a letter dated May 2, 2008, that corporations may only appear in court through licensed counsel. The Court's letter also advised Mr. Sarwat to secure counsel immediately. However, no counsel ever appeared for Axact. Plaintiff has therefore defaulted on the Counterclaims asserted against it by Defendants. Subsequently, pursuant to Defendants' request, on April 22, 2008, the Clerk of the Court entered default against Plaintiff.

Specifically, the Counterclaims include: 1) violation of the Digital Millennium Copyright Act, 17 U.S.C. § 512(f) pursuant to 17 U.S.C. § 101, et seq.; 2) violation of the Lanham Act, 15 U.S.C. § 1125(a); 3) common law unfair competition; 4) tortious interference with prospective economic advantage; and 4) violation of the New Jersey Consumer Fraud Act, N.J.S.A. 56:8-1, et seq. Now, Defendants move for default judgment on all counts.

## DISCUSSION

### A.    Standard of Review

Federal Rule of Civil Procedure 55 governs the entry of default judgment.  To obtain a default judgment pursuant to Fed. R. Civ. P. 55(b)(2), a litigant must first obtain an entry of default from the clerk of the court pursuant to Fed. R. Civ. P. 55(a).  Once this procedural hurdle has been met, it is within the discretion of this court whether to grant a motion for a default judgment. Chamberlain v. Giampapa, 210 F.3d 154, 164 (3d Cir. 2000).  Moreover, when a defendant is in default, the Court treats all pleadings and allegations of the plaintiff as true. See Comdyne I, Inc. v. Corbin, 908 F.2d 1142, 1149 (3d Cir.1990).  However, even after properly following the requirements of Rule 55, parties are not entitled to default judgment as of right and it is left to the "sound judicial discretion" of the Court. Hritz v. Woma Corp., 732 F.2d 1178, 1180 (3d Cir.1984). Furthermore, the preference is to dispose of cases on the merits whenever practicable. Id. at 1181 (citations omitted).

Defendants seek the following relief:

(a)    An award of the maximum statutory damages of $150,000 pursuant to § 504 of the Copyright Act for each of Axact's two willful copyright infringements that followed registration of Student Network Resources, Inc.'s copyrights, for a total of $300,000;

(b)    An award of attorneys fees Defendants incurred in connection with their copyright counterclaims, pursuant to § 505 of the Copyright Act, in the amount of $36,720.40.

(c)    An award of $500 in compensatory damages plus $350,000 in punitive damages, for Axact's violations of the Lanham Act, New Jersey common law of unfair competition and tortious interference with Defendants' prospective economic advantage;

3

(d)   An award of $843.25 in compensatory damages for Counterclaimants' ascertainable loss, trebled to $2,529.75 pursuant to N.J.S.A. 56:8-19, plus $350,000 in punitive damages for Axact's violation of the New Jersey Consumer Fraud Act;

(e)   A declaration, pursuant to § 512(f) of the Copyright Act, that Axact has misrepresented that material posted by Defendants infringed Axact's copyrights, and that Defendants have not violated any copyrights owned by Axact;

(f)   A permanent injunction enjoining Axact from future copyright infringements, pursuant to § 502 of the Copyright Act;

(g)   A permanent injunction enjoining Axact from future false advertising, misrepresentation, fabricated reviews, false and misleading information, and other acts of unfair competition with Counterclaimants, pursuant to the Lanham Act and common law; and

(h)   A permanent injunction enjoining Axact from making false and misleading representations and warranties regarding the quality and originality of Axact's products and services in violation of the New Jersey Consumer Fraud Act.

B.   Statutory Damages Under 17 U.S.C. § 504(c)

Pursuant to 17 U.S.C. § 504(c)(2), the Court has discretion to "increase the award of statutory damages to a sum of not more than $150,000" for each work infringed "where the copyright owner sustains the burden of proving . . . that infringement was committed willfully." 17 U.S.C. § 504(c)(2). A party need not prove actual damages to be entitled to an award of statutory damages. Los Angeles News Serv. v. Reuters Television Int'l, Ltd., 149 F.3d 987, 996 (9th Cir. 1998), cert. denied, 525 U.S. 1141, 119 S. Ct. 1032 (1999). Indeed, courts award statutory damages on default judgments. See, e.g., Warner Bros. Records, Inc. v. Novak, No. CV 06-5342, 2007 WL 1381748,

4

at *2 (D.N.J. May 9, 2007) (citing cases).  The maximum permissible statutory damages have been awarded on default judgments.  Perfect 10, Inc. v. Talisman Comm., Inc., No. 99-10450, 2000 WL 364813, at *4 (C.D. Cal. Mar. 27, 2000) (awarding "the maximum amount of statutory damages available under § 504(c) of the Copyright Act" due, inter alia, to the "egregious and willful nature of the infringement").

Here, Mr. Cohen's Declaration clearly demonstrates that Axact's infringements of copyright are regular and egregious.  See Cohen Decl. at ¶ 46 (describing Axact's secret use of Cyrillic characters to evade detection); Cohen Decl. at ¶¶ 39-41 (describing Axact's submission of a second infringing paper when confronted about infringing the first); Cohen Decl. at ¶¶ 48-50 (describing Axact's admission of theft and subsequent delivery of another stolen paper).  Axact's conduct demonstrates an indifference to U.S. copyright law.  Further, the evidence demonstrates that Axact's "business model" is constructed entirely on willfully infringing copyrights held by others.  To impose the maximum statutory damage in this matter is necessary and appropriate to uphold the statutory policy of discouraging infringement.  See Los Angeles News, 149 F.3d at 996.  Defendants' request for relief in the amount of $300,000 is appropriate under the circumstances, and thus, will be granted.

C.    Injunctive Relief

"[C]ourts 'routinely issue injunctions as part of default judgments.'"  Warner Bros. Records, 2007 WL 1381748, at *3 (citing cases).  It is well settled law that in order to obtain injunctive relief, a party must establish each of the following elements: (1) it is likely to prevail on the merits; (2) it will suffer irreparable injury absent an injunction; (3) granting preliminary relief will not result in even greater harm to the other party; and (4) granting preliminary relief will be in the public interest.

Instant Air Freight Co. v. C.F. Air Freight, Inc., 882 F.2d 797, 800 (3d Cir. 1989); NutraSweet Co. v. Vit-Mar Enter. Inc., 176 F.3d 151, 153 (3d Cir. 1999).

In this matter, Defendants' counterclaims for copyright infringement, Lanham Act violations, common law unfair competition, tortious interference with prospective economic advantage, and violations of the Consumer Fraud Act all seek injunctive relief. They have demonstrated all the factors necessary for the Court to issue an injunction against Plaintiff. Specifically, the acts committed and continuing to be perpetuated are causing irreparable injury that cannot be fully compensated or measured in monetary terms. Thus, there can be no reasonable doubt that Plaintiff will continue to infringe copyrights, compete unfairly, and violate the Lanham Act and the Consumer Fraud Act, unless enjoined. In balancing the hardships, Defendants' right to control use of their copyrights far outweigh Plaintiff's knowing infringement. Finally, the public interest will be served by ceasing further infringement and providing misleading statements by Plaintiff.

D.    **Attorney's Fees Pursuant to 17 U.S.C. § 505**

The Copyright Act provides that the Court may, in its discretion, award full costs "against any party other than the United States or an officer thereof," and "may also award a reasonable attorney's fee to the prevailing party as part of the costs." § 505. Indeed, it has often been held that attorney's fees are awarded to prevailing copyright plaintiffs "generally" or "ordinarily." See, e.g., Rural Telephone Service Co., Inc. v. Feist Pubs., Inc., No. 83-4086, 1992 WL 160890, *3 (D. Kan. June 18, 1992) (surveying case law and concluding that "[b]ecause the Copyright Act is intended to encourage suits to redress copyright infringement, fees are generally awarded to a prevailing plaintiff"). Here, Defendants seek attorney's fee in the amount of $36,720.40, which counsel represents to be an estimate of that portion of the total attorney's fees incurred by Defendants

6

attributable to their copyright infringement claim, during the period (January 9-February 25, 2008) when the counterclaims were being developed, researched and prepared for filing. See Skolnik Decl. 55. The Court is satisfied with the reasonableness of the amount, and thus, finds it appropriate to award Defendants attorney's fees in the amount of $36,720.40.

E.    Treble Damages for Axact's Violations of the Consumer Fraud Act

The Consumer Fraud Act ("CFA") is a broadly worded, remedial statute, which "evinces a clear legislative intent . . . to root out consumer fraud." Lemelledo v. Benefit Mgmt. Corp., 150 N.J. 255, 264 (1997) (citing Barry v. Arrow Pontiac, 100 N.J. 57, 69 (1985); Martin v. Am. Appliance, 174 N.J. Super. 382, 384 (Law Div. 1980)). The CFA can be "invoked . . . to cover a wide variety of practices" because "fertility of human invention in devising new schemes of fraud is so great the CFA could not possibly enumerate all, or even most, of the areas and practices that it covers without severely retarding its broad remedial power to root out fraud in its myriad, nefarious manifestations." Lemelledo, 150 N.J. 265-66. For that reason, New Jersey's CFA is one of the strongest consumer protection statutes in the nation. Cox v. Sears Roebuck & Co., 138 N.J. 2, 15 (1994); accord Kugler v. Romain, 58 N.J. 522, 545 (1971).

Pursuant to the test set forth in Dabush v. Mercedes-Benz USA, LLC, 378 N.J. Super. 105, 114 (App. Div. 2005), Defendants have to show the following to state a claim under the CFA: (1) unlawful conduct by Axact (see Cohen Decl. at ¶¶ 55-63); (2) an ascertainable loss (see Cohen Decl. at ¶ 64); and (3) a causal relationship between Axact's unlawful conduct and the ascertainable loss, since but for Axact's unlawful conduct, SNR would have received papers of advertised quality and originality. See also N.J. Citizen Action v. Schering-Plough Corp., 367 N.J. Super. 8, 12-13 (App. Div.), cert. denied, 178 N.J. 249 (2003). "[To] constitute consumer fraud . . . the business practice

in question must be 'misleading' and stand outside the norm of reasonable business practice in that it will victimize the average consumer. . . . " Id. at 115.  As described in the Cohen Declaration, Axact's misrepresentations and misleading warranties regarding the quality and originality of its products and services will unquestionably victimize the average consumer, and constitute an unconscionable commercial practice of deception, fraud, and unlawful conduct in connection with the sale of goods and the performance of services sought by consumers.

Moreover, the purchase prices SNR paid for the infringing papers delivered by Axact constitute ascertainable losses; Axact's misrepresentations qualify as unlawful practices.  See Cox v. Sears Roebuck, 138 N.J. at 17.  SNR paid a total of $843.25 for those papers; pursuant to N.J.S.A. 56:8-19, "[i]n any action under this section the court shall, in addition to any other appropriate legal or equitable relief, award threefold the damages sustained by any person in interest."  Accordingly, Defendants are entitled to an award of $2,529.75.

F.   Punitive Damages

Pursuant to New Jersey's Punitive Damages Act, N.J.S.A. 2A:15-5.9, et seq., such damages, intended "to penalize and to provide additional deterrence against a defendant to discourage similar conduct in the future," may be awarded where compensatory damages of at least $500 have been incurred (N.J.S.A. 2A:15-5.10), and may be in an amount that is "five times the liability . . . for compensatory damages or $350,000, whichever is greater." N.J.S.A. 2A:15-5.14.

Here, Axact's wanton and willful disregard for persons who foreseeably might be harmed by its acts and omissions are outlined throughout the Cohen Declaration.  Clearly, as the evidence shows, Axact acts with reckless disregard of the likelihood that serious harm will arise from its conduct, its conduct continues unabated, and it takes repeated devious measures to conceal that

conduct. See N.J.S.A. 2A:15-5.12(4)(b)(2) and (4). Moreover, Axact's conduct has not been terminated: it boasts of prior-year revenues in excess of $180 million (see Skolnik Decl. 18); and a substantial portion of those revenues necessarily derivs from its copyright infringements and other misconduct. See N.J.S.A. 2A:15-5.12(4)(c)(2)-(4).

As set forth in the Cohen Declaration, Axact's false and misleading representations and deceptive practices have led to SNR's loss of customers and goodwill, and have caused SNR economic harm and the loss of prospective economic advantage in an amount not less than $500. Cohen Decl. at ¶ at 54; see Skolnik Decl. at ¶¶ 46-47, 49. SNR has also sustained an ascertainable loss under the Consumer Fraud Act of $843.25, as noted earlier. To penalize and discourage Axact's egregious conduct, the Court shall award punitive damages in the amount of $350,000 for Axact's violations of the Lanham Act, New Jersey common law of unfair competition and tortious interference with Defendants' prospective economic advantage, and violation of the New Jersey Consumer Fraud Act. An appropriate Order shall follow.

Dated: October 20, 2008

/s/ Freda L. Wolfson
The Honorable Freda L. Wolfson,
United States District Judge

EXHIBIT B

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| AXACT (PVT), LTD., | : | Civil Action No. 07-5491 (FLW) |
| Plaintiff. | : | |
| v. | : | ORDER |
| STUDENT NETWORK RESOURCES, INC., STUDENT NETWORK RESOURCES, LLC., and ROSS COHEN, | : | |
| Defendants. | : | |

THIS MATTER having been opened to the Court by Peter L. Skolnik, Esq., counsel for Defendants-Counterclaimants Student Network Resources, Inc., Student Network Resources, LLC and Ross Cohen (collectively "Defendants" or "SNR") on a motion for default judgment; it appearing that the Complaint in this action having been served on November 4, 2007, and voluntarily withdrawn and dismissed without prejudice on April 4, 2008; and counterclaims in this action having been duly served on plaintiff-counterclaim defendant Axact (Pvt.). Ltd. ("Plaintiff" or "Axact") on February 25, 2008, and Axact having failed to plead or otherwise defend the counterclaims in this action, and said default having been duly entered on April 22, 2008; the Court having considered the motion and the Declarations of Peter L. Skolnik and Ross Cohen in support of default judgment pursuant to Fed. R. Civ. P. 78, and there being no opposition thereto; for the reasons stated in the Opinion filed on even date, and for good cause shown;

IT IS on this 20th day of October, 2008,

ORDERED that Defendants' Motion for Default Judgment is GRANTED; and it is further

ORDERED that Judgment shall be entered for statutory damages on Defendants' copyright claim in the amount of $300,000; and it is further

ORDERED that Judgment shall be entered for attorney's fees with respect to Defendants' copyright claim in the amount of $36,720.40; and it is further

ORDERED that Judgment shall be entered in the amount of $500 in compensatory damages, plus $350,000 in punitive damages, for Axact's violations of the Lanham Act; New Jersey common law of unfair competition; tortious interference with Defendants' prospective economic advantage; and violation of the New Jersey Consumer Fraud Act; and it is further

ORDERED that Judgment shall be entered in the amount of $843.25 in compensatory damages for Defendants' ascertainable loss, trebled to $2,529.75 pursuant to N.J.S.A. 56:8-19; and it is further

DECLARED pursuant to § 512(f) of the Copyright Act, that Axact has misrepresented that material posted by Defendants infringed Axact's copyrights; and it is further

DECLARED that Defendants have not violated any copyrights owned by Axact ; and it is further

ORDERED that Axact, those in privy with it and those with notice of the injunction, including any Internet search engines, Web hosts and domain-name registrars that are provided with notice of the injunction, shall be and hereby are enjoined (i) from publishing, distributing, selling and offering for sale copies of the works of SNR and others that are subject to valid and subsisting copyrights, and/or (ii) from facilitating access to any or all websites through which Axact engages

2

in such acts of copyright infringement, including but not limited to the following 544 term paper

websites and to any new Internet site through which Axact engages in such acts of copyright

infringement in the future:

007essay.com
0toall-research-paper-topics.com
0toall-research-paper-topics.net
0toallresearchpapertopics.info
100toptermpapersites.com
11hour-research-papers.com
11hourresearchpapers.com
1derful-book-reports.com
1foru-term-paper.com
1manpapers.com
1stoppapers.com
1to1-essay-writing.com
2good-dissertations.com
2good-dissertations.net
2gooddissertations.info
360-thesis-writing.net
4-college-admission-essays.net
7dayresearchpapers.com
accesspapers.com
actionpapers.net
affordable-dissertations.com
affordable-papers.com
affordable-term-papers.com
affordabledissertationwriting.com
affordableresearchpapers.com
affordablethesiswriter.com
agradeessays.com
agradelibrary.com
agradepapers.com
agradereports.com
all-free-research-papers.com
allessaytopics.com
alltoptermpapersites.com
analysis-essays.net
analytical-essays.net
apa-mla.net
assignmentrelief.com

007essay.net
0toall-research-paper-topics.info
0toallresearchpapertopics.com
100percentcustomtermpapers.com
100toptermpapersites.info
11hour-research-papers.info
11hourresearchpapers.info
1derful-book-reports.net
1foru-term-paper.net
1manpapers.net
1stoppapers.net
1to1-essay-writing.net
2good-dissertations.info
2gooddissertations.com
360-thesis-writing.com
4-college-admission-essays.com
7day-research-papers.com
academicprofs.com
actionpapers.com
activepapers.com
affordable-essays.com
affordable-research-papers.com
affordable-thesis.com
affordableessaywriting.com
affordabletermpapers.com
affordablethesiswriting.com
agradeessays.net
agradenow.com
agradepapers.net
agradereports.net
all-free-research-papers.net
alltop-term-paper-sites.com
analysis-essays.com
analytical-essays.com
apa-mla.com
argumentative-essays.net
assignmentrelief.net

3

awesomeessays.com
best-papers-helpme.net
best-research-papers-directory.net
bookreportrelief.com
buy-dissertations.com
buy-essays.com
buy-papers.com
buy-research-papers.com
buy-term-papers.com
buy-thesis.com
cheap-essays.net
cheap-research-papers.net
cheap-term-papers.net
cleveressays.net
clickpapers.com
college-admission-essays.net
college-application-essays.net
college-entrance-essays.net
college-essay-consultation.net
college-essays-tutor.net
college-paper.net
college-research-papers-online.com
college-writing-help.net
compare-and-contrast-essays.net
comparison-essays.net
coolbookreports.net
cooltermpapers.net
critical-essays.net
custom-dissertations.net
custom-essays-writing-help.com
custom-papers.net
custom-research-papers.com
custom-term-papers-writing-help.com
custom-term-papers.net
custom-thesis.com
customdissertations.com
customthesis.com
cuteessays.com
cutereports.com
descriptive-essays.net
dissertation-abstracts-online.net
dissertation-abstracts.net
dissertation-doctors.com
dissertation-papers.com

awesomeessays.net
best-research-papers-directory.com
bookreporthelp.net
bookreportrelief.net
buy-dissertations.net
buy-essays.net
buy-papers.net
buy-research-papers.net
buy-term-papers.net
buy-thesis.net
cheap-research-papers.com
cheap-term-papers.com
cleveressays.com
clevertermpapers.com
clickpapers.net
college-application-essays.com
college-entrance-essays.com
college-essay-consultation.com
college-essays-tutor.com
college-paper.com
college-papers-online.net
college-term-papers.net
compare-and-contrast-essays.com
comparison-essays.com
coolbookreports.com
cooltermpapers.com
credibletermpapers.com
custom-dissertations-writing-help.com
custom-essay-writers.com
custom-essays.net
custom-research-papers-writing-help.com
custom-research-papers.net
custom-term-papers.com
custom-thesis-writing-help.com
custom-thesis.net
customdissertations.net
customthesis.net
cuteessays.net
cutereports.net
dissertation-abstracts-online.com
dissertation-abstracts.com
dissertation-assistance.com
dissertation-help.net
dissertation-papers.net

4

dissertation-proposal.com
dissertation-service.com
dissertation-writing-advice.com
dissertation-writing-help.net
dissertationassistant.com
dissertationdrive.com
dissertationmaker.com
dissertationmd.com
dissertations-guide.net
dissertationsexpert.com
dissertationshelp.com
dissertationsmaster.com
dissertationstore.com
english-essays-help.com
english-essays-online.net
english-essays.net
essay-paper-sites.net
essay-services.com
essay-topics.net
essayexpert.co.uk
essaynessay.com
essayrelief.co.uk
essayrelief.net
essayreliefau.net
essayrush.com
essays-essays.net
essays-for-sale.net
essays-help.com
essays-writing.net
essayshome.com
essaysinn.com
essaysmagic.net
essaysontime.net
essaysparadise.net
essaysshop.com
essaysunlimited.net
fastbookreports.net
fastdissertations.net
finedissertations.net
free-college-essay-guide.com
free-college-essays-online.com
free-college-research-papers.com
free-college-term-papers.com
free-english-essays.com

dissertation-proposal.net
dissertation-writer.com
dissertation-writing-help.com
dissertation-writing-online.com
dissertationassistant.net
dissertationdrive.net
dissertationmaker.net
dissertations-guide.com
dissertations-online.net
dissertationsexpert.net
dissertationshelp.net
dissertationsmaster.net
dissertationstore.net
english-essays-help.net
english-essays.com
essay-essay.com
essay-papers.net
essay-services.net
essaybag.com
essayhome.com
essayquest.com
essayrelief.com
essayreliefau.com
essayreliefau.org
essays-essays.com
essays-express.com
essays-heaven.com
essays-writing.com
essaysbag.com
essayshop.com
essaysmagic.com
essaysontime.com
essaysparadise.com
essaysspecialist.com
essaysunlimited.com
fastbookreports.com
fastdissertations.com
finedissertations.com
finest-term-paper-sites.net
free-college-essay-guide.net
free-college-essays-online.net
free-college-research-papers.net
free-college-term-papers.net
free-english-essays.net

free-essays-4u.com
free-essays-help.com
free-essays-online.com
free-research-paper-topics.com
free-research-papers-online.net
free-term-papers-help.net
free-term-papers-online.net
geniusessay.com
good-research-papers.com
goodbookreports.com
goodpapers.com
goodtermpapers.com
goodthesis.net
great-term-paper-sites.net
help-on-research-papers.com
help-with-dissertations.com
helpon-doctoral-dissertations.com
helpon-research-papers.com
helpon-term-papers.com
helpon-thesis-topics.com
highpapers.com
history-essays.net
hitessays.net
ivydissertations.com
ivydissertationsau.com
ivydissertationsau.org
ivyresearchpapers.com
ivytermpapers.com
lovelyessays.com
master-thesis-writing.com
mightypapers.com
mr-essay.com
my-book-report.net
my-college-term-papers.net
my-free-book-reports.net
my-free-research-papers.net
my-thesis-papers.net
mybookreports.net
online-essays.com
online-thesis.com
ontimepapers.com
originaldissertations.net
originalessays.net
originalthesiswriting.co.uk

free-essays-4u.net
free-essays-help.net
free-essays-online.net
free-research-paper-topics.net
free-term-papers-help.com
free-term-papers-online.com
free-thesis-papers.net
getagrade.com
good-research-papers.net
goodbookreports.net
goodpapers.net
goodthesis.com
grabagrade.com
handyessays.com
help-with-a-paper.com
help-with-thesis.com
helpon-doctoral-dissertations.net
helpon-research-papers.net
helpon-term-papers.net
helpon-thesis-topics.net
highpapers.net
hitessays.com
instantpapers.com
ivydissertations.net
ivydissertationsau.net
ivyessaywriting.com
ivyresearchpapers.net
literature-essays.net
lovelyessays.net
master-thesis-writing.net
mightypapers.net
my-book-report.com
my-college-term-papers.com
my-free-book-reports.com
my-free-research-papers.com
my-thesis-papers.com
mybookreports.com
narrative-essays.net
online-essays.net
ontimeessays.com
originaldissertations.com
originalessays.com
originalthesis.com
originalthesiswriting.com

originalthesiswriting.net
originalthesiswritingau.net
originalthesiswritng.com
papers-help.com
papersbank.net
paperschoice.net
papersday.net
papersheaven.net
paperslibrary.com
papersmania.net
papersparadise.net
pickanessay.com
plagiarisguru.net
plagiarismguru.com
plagiarismguru.org
premiumessaywriting.com
premiumtermpapers.com
purchase-essays.com
realdissertations.com
research-n-thesis-sites.net
research-paper-sites.net
research-paper-writing.net
research-papers-for-sale.net
research-papers-guide.net
research-papers-research-papers.com
researchpaper-online.com
researchpaperquest.com
researchpaperspecialist.com
rockpapers.net
sample-research-papers.net
school-book-report-help.net
school-book-report.net
scoringessays.com
speedydissertations.com
speedyessays.com
student-essays.net
studentproblems.net
superessays.com
targetessays.com
term-paper-fortune.net
term-paper-garage.net
term-paper-house.net
term-paper-topics.net
term-papers-4u.net

originalthesiswritingau.com
originalthesiswritingau.org
paperlibrary.com
papersbank.com
paperschoice.com
papersday.com
papersheaven.com
papershelp.com
papersmania.com
papersparadise.com
persuasive-essays.net
plagiarisguru.com
plagiarisguru.org
plagiarismguru.net
premiumdissertationwriting.com
premiumresearchpapers.com
premiumthesiswriting.com
purchase-essays.net
realdissertations.com
research-paper-scholar.com
research-paper-writing.com
research-papers-for-sale.com
research-papers-guide.com
research-papers-online.com
research-papers-research-papers.net
researchpaper-online.net
researchpapersnresearchpapers.com
rockpapers.com
sample-research-papers.com
samslibrary.com
school-book-report.com
school-essays.net
scoringessays.net
speedydissertations.net
speedyessays.net
studentproblems.com
superbessays.com
superessays.net
term-paper-fortune.com
term-paper-garage.com
term-paper-house.com
term-paper-time.com
term-papers-4u.com
term-papers-avenue.com

term-papers-bazaar.com
term-papers-delight.com
term-papers-for-sale.com
term-papers-guide.com
term-papers-help-online.net
term-papers-help.net
term-papers-online.net
term-papers-term-papers.com
term-papers-way.com
term-papers-wonder.com
termpaper123.com
termpapergarage.com
termpaperquest.com
termpaperrelief.net
termpapers-online.net
termpapersamazon.net
termpapersavenue.net
termpapersinn.com
termpapersntermpapers.com
termpaperswonder.com
thedissertationsonline.com
thesis-help.net
thesis-papers.net
thesis-proposal.net
thesis-statement.net
thesis-writer.net
thesis-writing-assistance.net
thesis-writing-service.net
thesisassistant.com
thesiscenter.net
thesisexpert.net
thesismagic.net
thesismaker.net
thesisunlimited.com
thesiswritinghelp.com
timelyessays.com
topdissertationsites.com
topics-for-research-papers.com
toptermpapersites.com
topthesissites.com
trueessays.net
winningpapers.com
wisetermpapers.com
worldclasstermpapers.com

term-papers-bazaar.net
term-papers-delight.net
term-papers-for-sale.net
term-papers-guide.net
term-papers-help.com
term-papers-inn.com
term-papers-sites-home.net
term-papers-term-papers.net
term-papers-way.net
term-papers-wonder.net
termpaperexpert.com
termpapergenie.com
termpaperrelief.com
termpapers-online.com
termpapersamazon.com
termpapersavenue.com
termpapershelp.com
termpapersinn.net
termpaperspecialist.com
thedissertations.com
thesis-assistant.com
thesis-master.com
thesis-proposal.com
thesis-smith.com
thesis-writer.com
thesis-writing-advice.com
thesis-writing-service.com
thesis-writing.net
thesiscenter.com
thesisexpert.com
thesismagic.com
thesismaker.com
thesissmith.com
thesisunlimited.net
thesiswritinghelp.net
topbookreportsites.com
topessaysites.com
topresearchpapersites.com
toptermpapersites.net
trueessays.com
truepapers.net
winningpapers.net
wisetermpapers.net
worldclasstermpapers.net

write-a-term-paper.com
writean-essay.net
writeatermpaper.net
writeathesis.net
writing-a-research-paper.net
writing-a-thesis.com
writing-book-reports.com
writing-dissertations-online.com
writing-essays.net
writing-research-papers-online.com
writing-term-papers.com
writing-thesis-online.net
writing-thesis-statements.net
writingdissertations.coms
writingspecialist.com

writean-essay.com
writeatermpaper.com
writeathesis.com
writing-a-dissertation.com
writing-a-term-paper.com
writing-book-reports-online.net
writing-book-reports.net
writing-dissertations-online.net
writing-papers.net
writing-term-papers-online.com
writing-thesis-online.com
writing-thesis-statements.com
writingdissertations.com
writingdissertations.net
writingtermpapers.net

and it is further

ORDERED that Axact, those in privy with it and those with notice of the injunction, including any Internet search engines, Web hosts and domain-name registrars that are provided with notice of the injunction, shall be and hereby are enjoined (i) from falsely advertising and misrepresenting the nature, characteristics, qualities or geographical origin of Axact's goods and services in violation of the Lanham Act or the common law and to the detriment of SNR on Axact's academic term paper-writing sites, on any other type of Internet site, including any search engine, Web host or domain-name registrar to which Axact or any of Axact's agents submit any textual/visual content relating to academic paper sites, in Axact's advertisements in various Internet venues, or elsewhere; (ii) from publishing or providing access to – on PapersHelp.com and elsewhere – fabricated reviews or false and misleading information about any Internet web sites providing term paper or example research services, including but not limited to SNR's sites and Axact's sites, in violation of the Lanham Act or the common law and to the detriment of SNR; and (iii) from

9

engaging in unfair competition with SNR in any manner, in violation of the Lanham Act and the common law and to the detriment of SNR ; and it is further

ORDERED that Axact, those in privy with it and those with notice of the injunction, including any Internet search engines, Web hosts and domain-name registrars that are provided with notice of the injunction, shall be and hereby are enjoined from making or providing access to false and misleading representations and warranties regarding the quality and originality of Axact's products and services in violation of the Consumer Fraud Act ; and it is further

ORDERED that this case is CLOSED.

/s/ Freda L. Wolfson
The Honorable Freda L. Wolfson
United States District Judge

10