| TONIA OUELLETTE KLAUSNER | PETER L. SKOLNIK |
|---|---|
| Wilson Sonsini Goodrich & Rosati PC | Lowenstein Sandler PC |
| 1301 Avenue of the Americas | 65 Livingston Avenue |
| New York, New York 10019 | Roseland, New Jersey 07068 |
| 212-497-7700 | 973-597-2508 |
| | |
| **Attorneys for Non-Party Google Inc.** | **Attorneys for Defendants-Counterclaims Plaintiffs** |

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

---

AXACT (PVT), LTD.,

    Plaintiff-Counterclaims Defendant,

v.

STUDENT NETWORK RESOURCES, INC., STUDENT NETWORK RESOURCES, LLC., and ROSS COHEN,

    Defendants-Counterclaims Plaintiffs

Civil Action No. 07-5491 (FLW)

STIPULATION AND ORDER

RECEIVED
DEC 12 2008
AT 8:30
WILLIAM T. WALSH
CLERK                M

---

**WHEREAS**, this Court issued an Order (the "Order") in connection with the above-captioned action on October 21, 2008, which on its face purports to bind non-party Google Inc. ("Google");

**WHEREAS**, Defendants-Counterclaims Plaintiffs Student Network Resources, Inc., Student Network Resources, LLC, and Ross Cohen (collectively "SNR") served a copy of the Order on Google and sought Google's compliance with the terms of the Order;

**WHEREAS**, Google objects to the scope of the Order on various grounds, including but not limited to the fact that it purports to apply to Google although Google is not acting in

concert with or in privity with Axact, and Google further maintains that, as written, it will be impossible for Google to comply with the Order;

**WHEREAS**, although Google takes no position with respect to the legality of the 544 websites specifically set forth in the Order, which are listed in Exhibit A hereto (the "Specified Websites"), the Court has determined the Specified Websites are unlawful and that for the Court's Order as applied to Plaintiff-Counterclaims Defendant Axact (PVT), Ltd. to be effective, Google must remove the Specified Websites from the Google search index pending further Court Order; and

**WHEREAS**, Google and SNR have agreed to limit Google's compliance with the Order to its removal of the Specified Websites from its search index;

**NOW, THEREFORE**, it is stipulated by Google and SNR and **ORDERED** by the Court:

1. Google shall promptly remove the Specified Websites from its search index pending further Court Order;

2. If subsequently added to the list of Specified Websites found by the Court to be unlawful in a modification of the Court's Order, Google shall remove the following additional websites from its search index pending further Court Order: thesisquest.com, dissertationquest.com, dissertationSquest.com, termpaperSquest.com, essaySquest.com, researchpaperSquest.com, dissertationexpert.co.uk, thesisexpert.co.uk, courseworkexpert.co.uk, assignmentexpert.co.uk, and academicresearchwriting.com;

3. Google shall have no obligation to otherwise comply with the Order or with any modification of the Order.

| | |
|---|---|
| **WILSON SONSINI GOODRICH & ROSATI PC**<br>Attorneys for Non-Party Google Inc. | **LOWENSTEIN SANDLER PC**<br>Attorneys for Defendants-Counterclaims Plaintiffs Student Network Resources, Inc., Student Network Resources, LLC and Ross Cohen |
| By: /s/ Tonia Ouellette Klausner<br>     Tonia Ouellette Klausner, Esq. | By: /s/ Peter L. Skolnik<br>     Peter L. Skolnik, Esq. |
| Dated: December 11, 2008 | Dated: December 11, 2008 |

**IT IS SO ORDERED:**

_____
The Honorable Freda L. Wolfson
United States District Judge

Dated: 12/12/08

# EXHIBIT A

| | |
|---|---|
| 007essay.com | 007essay.net |
| 0toall-research-paper-topics.com | 0toall-research-paper-topics.info |
| 0toall-research-paper-topics.net | 0toallresearchpapertopics.com |
| 0toallresearchpapertopics.info | 100percentcustomtermpapers.com |
| 100toptermpapersites.com | 100toptermpapersites.info |
| 11hour-research-papers.com | 11hour-research-papers.info |
| 11hourresearchpapers.com | 11hourresearchpapers.info |
| 1derful-book-reports.com | 1derful-book-reports.net |
| 1foru-term-paper.com | 1foru-term-paper.net |
| 1manpapers.com | 1manpapers.net |
| 1stoppapers.com | 1stoppapers.net |
| 1to1-essay-writing.com | 1to1-essay-writing.net |
| 2good-dissertations.com | 2good-dissertations.info |
| 2good-dissertations.net | 2gooddissertations.com |
| 2gooddissertations.info | 360-thesis-writing.com |
| 360-thesis-writing.net | 4-college-admission-essays.com |
| 4-college-admission-essays.net | 7day-research-papers.com |
| 7dayresearchpapers.com | academicprofs.com |
| accesspapers.com | actionpapers.com |
| actionpapers.net | activepapers.com |
| affordable-dissertations.com | affordable-essays.com |
| affordable-papers.com | affordable-research-papers.com |
| affordable-term-papers.com | affordable-thesis.com |

| | |
|---|---|
| affordabledissertationwriting.com | affordableessaywriting.com |
| affordableresearchpapers.com | affordabletermpapers.com |
| affordablethesiswriter.com | affordablethesiswriting.com |
| agradeessays.com | agradeessays.net |
| agradelibrary.com | agradenow.com |
| agradepapers.com | agradepapers.net |
| agradereports.com | agradereports.net |
| all-free-research-papers.com | all-free-research-papers.net |
| allessaytopics.com | alltop-term-paper-sites.com |
| alltoptermpapersites.com | analysis-essays.com |
| analysis-essays.net | analytical-essays.com |
| analytical-essays.net | apa-mla.com |
| apa-mla.net | argumentative-essays.net |
| assignmentrelief.com | assignmentrelief.net |
| awesomeessays.com | awesomeessays.net |
| best-papers-helpme.net | best-research-papers-directory.com |
| best-research-papers-directory.net | bookreporthelp.net |
| bookreportrelief.com | bookreportrelief.net |
| buy-dissertations.com | buy-dissertations.net |
| buy-essays.com | buy-essays.net |
| buy-papers.com | buy-papers.net |
| buy-research-papers.com | buy-research-papers.net |
| buy-term-papers.com | buy-term-papers.net |
| buy-thesis.com | buy-thesis.net |

| | |
|---|---|
| cheap-essays.net | cheap-research-papers.com |
| cheap-research-papers.net | cheap-term-papers.com |
| cheap-term-papers.net | cleveressays.com |
| cleveressays.net | clevertermpapers.com |
| clickpapers.com | clickpapers.net |
| college-admission-essays.net | college-application-essays.com |
| college-application-essays.net | college-entrance-essays.com |
| college-entrance-essays.net | college-essay-consultation.com |
| college-essay-consultation.net | college-essays-tutor.com |
| college-essays-tutor.net | college-paper.com |
| college-paper.net | college-papers-online.net |
| college-research-papers-online.com | college-term-papers.net |
| college-writing-help.net | compare-and-contrast-essays.com |
| compare-and-contrast-essays.net | comparison-essays.com |
| comparison-essays.net | coolbookreports.com |
| coolbookreports.net | cooltermpapers.com |
| cooltermpapers.net | credibletermpapers.com |
| critical-essays.net | custom-dissertations-writing-help.com |
| custom-dissertations.net | custom-essay-writers.com |
| custom-essays-writing-help.com | custom-essays.net |
| custom-papers.net | custom-research-papers-writing-help.com |
| custom-research-papers.com | custom-research-papers.net |

4

| | |
|---|---|
| custom-term-papers-writing-help.com | custom-term-papers.com |
| custom-term-papers.net | custom-thesis-writing-help.com |
| custom-thesis.com | custom-thesis.net |
| customdissertations.com | customdissertations.net |
| customthesis.com | customthesis.net |
| cuteessays.com | cuteessays.net |
| cutereports.com | cutereports.net |
| descriptive-essays.net | dissertation-abstracts-online.com |
| dissertation-abstracts-online.net | dissertation-abstracts.com |
| dissertation-abstracts.net | dissertation-assistance.com |
| dissertation-doctors.com | dissertation-help.net |
| dissertation-papers.com | dissertation-papers.net |
| dissertation-proposal.com | dissertation-proposal.net |
| dissertation-service.com | dissertation-writer.com |
| dissertation-writing-advice.com | dissertation-writing-help.com |
| dissertation-writing-help.net | dissertation-writing-online.com |
| dissertationassistant.com | dissertationassistant.net |
| dissertationdrive.com | dissertationdrive.net |
| dissertationmaker.com | dissertationmaker.net |
| dissertationmd.com | dissertations-guide.com |
| dissertations-guide.net | dissertations-online.net |
| dissertationsexpert.com | dissertationsexpert.net |
| dissertationshelp.com | dissertationshelp.net |
| dissertationsmaster.com | dissertationsmaster.net |

| | |
|---|---|
| dissertationstore.com | dissertationstore.net |
| english-essays-help.com | english-essays-help.net |
| english-essays-online.net | english-essays.com |
| english-essays.net | essay-essay.com |
| essay-paper-sites.net | essay-papers.net |
| essay-services.com | essay-services.net |
| essay-topics.net | essaybag.com |
| essayexpert.co.uk | essayhome.com |
| essaynessay.com | essayquest.com |
| essayrelief.co.uk | essayrelief.com |
| essayrelief.net | essayreliefau.com |
| essayreliefau.net | essayreliefau.org |
| essayrush.com | essays-essays.com |
| essays-essays.net | essays-express.com |
| essays-for-sale.net | essays-heaven.com |
| essays-help.com | essays-writing.com |
| essays-writing.net | essaysbag.com |
| essayshome.com | essayshop.com |
| essaysinn.com | essaysmagic.com |
| essaysmagic.net | essaysontime.com |
| essaysontime.net | essaysparadise.com |
| essaysparadise.net | essayspecialist.com |
| essaysshop.com | essaysunlimited.com |
| essaysunlimited.net | fastbookreports.com |
| fastbookreports.net | fastdissertations.com |

6

| | |
|---|---|
| fastdissertations.net | finedissertations.com |
| finedissertations.net | finest-term-paper-sites.net |
| free-college-essay-guide.com | free-college-essay-guide.net |
| free-college-essays-online.com | free-college-essays-online.net |
| free-college-research-papers.com | free-college-research-papers.net |
| free-college-term-papers.com | free-college-term-papers.net |
| free-english-essays.com | free-english-essays.net |
| free-essays-4u.com | free-essays-4u.net |
| free-essays-help.com | free-essays-help.net |
| free-essays-online.com | free-essays-online.net |
| free-research-paper-topics.com | free-research-paper-topics.net |
| free-research-papers-online.net | free-term-papers-help.com |
| free-term-papers-help.net | free-term-papers-online.com |
| free-term-papers-online.net | free-thesis-papers.net |
| geniusessay.com | getagrade.com |
| good-research-papers.com | good-research-papers.net |
| goodbookreports.com | goodbookreports.net |
| goodpapers.com | goodpapers.net |
| goodtermpapers.com | goodthesis.com |
| goodthesis.net | grabagrade.com |
| great-term-paper-sites.net | handyessays.com |
| help-on-research-papers.com | help-with-a-paper.com |
| help-with-dissertations.com | help-with-thesis.com |
| helpon-doctoral-dissertations.com | helpon-doctoral-dissertations.net |

7

| | |
|---|---|
| helpon-research-papers.com | helpon-research-papers.net |
| helpon-term-papers.com | helpon-term-papers.net |
| helpon-thesis-topics.com | helpon-thesis-topics.net |
| highpapers.com | highpapers.net |
| history-essays.net | hitessays.com |
| hitessays.net | instantpapers.com |
| ivydissertations.com | ivydissertations.net |
| ivydissertationsau.com | ivydissertationsau.net |
| ivydissertationsau.org | ivyessaywriting.com |
| ivyresearchpapers.com | ivyresearchpapers.net |
| ivytermpapers.com | literature-essays.net |
| lovelyessays.com | lovelyessays.net |
| master-thesis-writing.com | master-thesis-writing.net |
| mightypapers.com | mightypapers.net |
| mr-essay.com | my-book-report.com |
| my-book-report.net | my-college-term-papers.com |
| my-college-term-papers.net | my-free-book-reports.com |
| my-free-book-reports.net | my-free-research-papers.com |
| my-free-research-papers.net | my-thesis-papers.com |
| my-thesis-papers.net | mybookreports.com |
| mybookreports.net | narrative-essays.net |
| online-essays.com | online-essays.net |
| online-thesis.com | ontimeessays.com |
| ontimepapers.com | originaldissertations.com |
| originaldissertations.net | originalessays.com |

8

| | |
|---|---|
| originalessays.net | originalthesis.com |
| originalthesiswriting.co.uk | originalthesiswriting.com |
| originalthesiswriting.net | originalthesiswritingau.com |
| originalthesiswritingau.net | originalthesiswritingau.org |
| originalthesiswritng.com | paperlibrary.com |
| papers-help.com | papersbank.com |
| papersbank.net | paperschoice.com |
| paperschoice.net | papersday.com |
| papersday.net | papersheaven.com |
| papersheaven.net | papershelp.com |
| paperslibrary.com | papersmania.com |
| papersmania.net | papersparadise.com |
| papersparadise.net | persuasive-essays.net |
| pickanessay.com | plagiarisguru.com |
| plagiarisguru.net | plagiarisguru.org |
| plagiarismguru.com | plagiarismguru.net |
| plagiarismguru.org | premiumdissertationwriting.com |
| premiumessaywriting.com | premiumresearchpapers.com |
| premiumtermpapers.com | premiumthesiswriting.com |
| purchase-essays.com | purchase-essays.net |
| realdissertations.com | realdissertations.net |
| research-n-thesis-sites.net | research-paper-scholar.com |
| research-paper-sites.net | research-paper-writing.com |
| research-paper-writing.net | research-papers-for-sale.com |
| research-papers-for-sale.net | research-papers-guide.com |

9

| | |
|---|---|
| research-papers-guide.net | research-papers-online.com |
| research-papers-research-papers.com | research-papers-research-papers.net |
| researchpaper-online.com | researchpaper-online.net |
| researchpaperquest.com | researchpapersnresearchpapers.com |
| researchpaperspecialist.com | rockpapers.com |
| rockpapers.net | sample-research-papers.com |
| sample-research-papers.net | samslibrary.com |
| school-book-report-help.net | school-book-report.com |
| school-book-report.net | school-essays.net |
| scoringessays.com | scoringessays.net |
| speedydissertations.com | speedydissertations.net |
| speedyessays.com | speedyessays.net |
| student-essays.net | studentproblems.com |
| studentproblems.net | superbessays.com |
| superessays.com | superessays.net |
| targetessays.com | term-paper-fortune.com |
| term-paper-fortune.net | term-paper-garage.com |
| term-paper-garage.net | term-paper-house.com |
| term-paper-house.net | term-paper-time.com |
| term-paper-topics.net | term-papers-4u.com |
| term-papers-4u.net | term-papers-avenue.com |
| term-papers-bazaar.com | term-papers-bazaar.net |
| term-papers-delight.com | term-papers-delight.net |
| term-papers-for-sale.com | term-papers-for-sale.net |

10

| | |
|---|---|
| term-papers-guide.com | term-papers-guide.net |
| term-papers-help-online.net | term-papers-help.com |
| term-papers-help.net | term-papers-inn.com |
| term-papers-online.net | term-papers-sites-home.net |
| term-papers-term-papers.com | term-papers-term-papers.net |
| term-papers-way.com | term-papers-way.net |
| term-papers-wonder.com | term-papers-wonder.net |
| termpaper123.com | termpaperexpert.com |
| termpapergarage.com | termpapergenie.com |
| termpaperquest.com | termpaperrelief.com |
| termpaperrelief.net | termpapers-online.com |
| termpapers-online.net | termpapersamazon.com |
| termpapersamazon.net | termpapersavenue.com |
| termpapersavenue.net | termpapershelp.com |
| termpapersinn.com | termpapersinn.net |
| termpapersntermpapers.com | termpaperspecialist.com |
| termpaperswonder.com | thedissertations.com |
| thedissertationsonline.com | thesis-assistant.com |
| thesis-help.net | thesis-master.com |
| thesis-papers.net | thesis-proposal.com |
| thesis-proposal.net | thesis-smith.com |
| thesis-statement.net | thesis-writer.com |
| thesis-writer.net | thesis-writing-advice.com |
| thesis-writing-assistance.net | thesis-writing-service.com |
| thesis-writing-service.net | thesis-writing.net |

11

| | |
|---|---|
| thesisassistant.com | thesiscenter.com |
| thesiscenter.net | thesisexpert.com |
| thesisexpert.net | thesismagic.com |
| thesismagic.net | thesismaker.com |
| thesismaker.net | thesissmith.com |
| thesisunlimited.com | thesisunlimited.net |
| thesiswritinghelp.com | thesiswritinghelp.net |
| timelyessays.com | topbookreportsites.com |
| topdissertationsites.com | topessaysites.com |
| topics-for-research-papers.com | topresearchpapersites.com |
| toptermpapersites.com | toptermpapersites.net |
| topthesissites.com | trueessays.com |
| trueessays.net | truepapers.net |
| winningpapers.com | winningpapers.net |
| wisetermpapers.com | wisetermpapers.net |
| worldclasstermpapers.com | worldclasstermpapers.net |
| write-a-term-paper.com | writean-essay.com |
| writean-essay.net | writeatermpaper.com |
| writeatermpaper.net | writeathesis.com |
| writeathesis.net | writing-a-dissertation.com |
| writing-a-research-paper.net | writing-a-term-paper.com |
| writing-a-thesis.com | writing-book-reports-online.net |
| writing-book-reports.com | writing-book-reports.net |
| writing-dissertations-online.com | writing-dissertations-online.net |
| writing-essays.net | writing-papers.net |

| | |
|---|---|
| writing-research-papers-online.com | writing-term-papers-online.com |
| writing-term-papers.com | writing-thesis-online.com |
| writing-thesis-online.net | writing-thesis-statements.com |
| writing-thesis-statements.net | writingdissertations.com |
| writingdissertations.coms | writingdissertations.net |
| writingspecialist.com | writingtermpapers.net |