UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

AXACT (PVT), LTD.,                          :

        Plaintiff,                          :                Civil Action No. 07-5491 (FLW)

        v.                                  :                **REVISED ORDER**

STUDENT NETWORK RESOURCES, INC.   :            **RECEIVED**
STUDENT NETWORK RESOURCES, LLC.,  :
and ROSS COHEN.                   :                **JAN - 5 2009**

        Defendants.                         :            AT 8:30_____M
                          WILLIAM T. WALSH
                            CLERK

        **THIS MATTER** having been opened to the Court by Peter L. Skolnik, Esq.,

counsel for Defendants-Counterclaimants Student Network Resources, Inc., Student

Network Resources, LLC and Ross Cohen (collectively "Defendants" or "SNR") on a

motion for default judgment; it appearing that the Complaint in this action having been

served on November 4, 2007, and voluntarily withdrawn and dismissed without prejudice

on April 4, 2008; and counterclaims in this action having been duly served on plaintiff-

counterclaim defendant Axact (Pvt.). Ltd. ("Plaintiff" or "Axact") on February 25, 2008,

and Axact having failed to plead or otherwise defend the counterclaims in this action, and

said default having been duly entered on April 22, 2008; the Court having considered the

motion and the Declarations of Peter L. Skolnik and Ross Cohen in support of default

judgment pursuant to Fed. R. Civ. P. 78, and there being no opposition thereto; for the

reasons stated in the Opinion filed on even date, and for good cause shown;

        **IT IS** on this 5th day of _January_, 200_9_

**ORDERED** that Defendants' Motion for Default Judgment is **GRANTED;** and it is further

**ORDERED** that Judgment shall be entered for statutory damages on Defendants' copyright claim in the amount of $300,000; and it is further

**ORDERED** that Judgment shall be entered for attorney's fees with respect to Defendants' copyright claim in the amount of $36,720.40; and it is further

**ORDERED** that Judgment shall be entered in the amount of $500 in compensatory damages, plus $350,000 in punitive damages, for Axact's violations of the Lanham Act; New Jersey common law of unfair competition; tortious interference with Defendants' prospective economic advantage; and violation of the New Jersey Consumer Fraud Act; and it is further

**ORDERED** that Judgment shall be entered in the amount of $843.25 in compensatory damages for Defendants' ascertainable loss, trebled to $2,529.75 pursuant to N.J. S.A. 56:8-19; and it is further

**DECLARED** pursuant to § 512(f) of the Copyright Act, that Axact has misrepresented that material posted by Defendants infringed Axact's copyrights; and it is further

**DECLARED** that Defendants have not violated any copyrights owned by Axact; and it is further

**ORDERED** that Axact, those in privy with it and/or those with notice of the injunction, including any Internet search engines, Web hosts and domain-name registrars that are provided with notice of the injunction, shall be and hereby are enjoined (i) from publishing, distributing, selling and/or offering for sale copies of the works of SNR and others

that are subject to valid and subsisting copyrights, and/or (ii) from enabling or facilitating

access to any or all websites/domains through which the Court has found that Axact engages

in such acts of copyright infringement, including but not limited to the 555 term paper

websites/domains listed below, as well as to any new Internet site/domain through which

Axact engages in such acts of copyright infringement in the future.   The prohibition on

enabling or facilitating access in (ii) above requires: any Internet search engine to remove all

enjoined sites/domains from its search index; any Web host to disable all enjoined

sites/domains that it hosts; and any domain-name registrar to disable the domain name

registrations of all enjoined domain names it has registered, and to prohibit the release of such

domain names for transfer to another domain-name registrar.

007essay.com
0toall-research-paper-topics.com
0toall-research-paper-topics.net
0toallresearchpapertopics.info
100toptermpapersites.com
11hour-research-papers.com
11hourresearchpapers.com
1derful-book-reports.com
1foru-term-paper.com
1manpapers.com
1stoppapers.com
1to1-essay-writing.com
2good-dissertations.com
2good-dissertations.net
2gooddissertations.info
360-thesis-writing.net
4-college-admission-essays.net
7dayresearchpapers.com
accesspapers.com
actionpapers.net
affordable-dissertations.com
affordable-papers.com
affordable-term-papers.com
affordabledissertationwriting.com

007essay.net
0toall-research-paper-topics.info
0toallresearchpapertopics.com
100percentcustomtermpapers.com
100toptermpapersites.info
11hour-research-papers.info
11hourresearchpapers.info
1derful-book-reports.net
1foru-term-paper.net
1manpapers.net
1stoppapers.net
1to1-essay-writing.net
2good-dissertations.info
2gooddissertations.com
360-thesis-writing.com
4-college-admission-essays.com
7day-research-papers.com
academicprofs.com
actionpapers.com
activepapers.com
affordable-essays.com
affordable-research-papers.com
affordable-thesis.com
affordableessaywriting.com

affordableresearchpapers.com
affordablethesiswriter.com
agradeessays.com
agradelibrary.com
agradepapers.com
agradereports.com
all-free-research-papers.com
allessaytopics.com
alltoptermpapersites.com
analysis-essays.net
analytical-essays.net
apa-mla.net
assignmentrelief.com
awesomeessays.com
best-papers-helpme.net
best-research-papers-directory.net
bookreportrelief.com
buy-dissertations.com
buy-essays.com
buy-papers.com
buy-research-papers.com
buy-term-papers.com
buy-thesis.com
cheap-essays.net
cheap-research-papers.net
cheap-term-papers.net
cleveressays.net
clickpapers.com
college-admission-essays.net
college-application-essays.net
college-entrance-essays.net
college-essay-consultation.net
college-essays-tutor.net
college-paper.net
college-research-papers-online.com
college-writing-help.net
compare-and-contrast-essays.net
comparison-essays.net
coolbookreports.net
cooltermpapers.net
critical-essays.net
custom-dissertations.net
custom-essays-writing-help.com
custom-papers.net
custom-research-papers.com
custom-term-papers-writing-help.com

affordabletermpapers.com
affordablethesiswriting.com
agradeessays.net
agradenow.com
agradepapers.net
agradereports.net
all-free-research-papers.net
alltop-term-paper-sites.com
analysis-essays.com
analytical-essays.com
apa-mla.com
argumentative-essays.net
assignmentrelief.net
awesomeessays.net
best-research-papers-directory.com
bookreporthelp.net
bookreportrelief.net
buy-dissertations.net
buy-essays.net
buy-papers.net
buy-research-papers.net
buy-term-papers.net
buy-thesis.net
cheap-research-papers.com
cheap-term-papers.com
cleveressays.com
clevertermpapers.com
clickpapers.net
college-application-essays.com
college-entrance-essays.com
college-essay-consultation.com
college-essays-tutor.com
college-paper.com
college-papers-online.net
college-term-papers.net
compare-and-contrast-essays.com
comparison-essays.com
coolbookreports.com
cooltermpapers.com
credibletermpapers.com
custom-dissertations-writing-help.com
custom-essay-writers.com
custom-essays.net
custom-research-papers-writing-help.com
custom-research-papers.net
custom-term-papers.com

custom-term-papers.net
custom-thesis.com
customdissertations.com
customthesis.com
cuteessays.com
cutereports.com
descriptive-essays.net
dissertation-abstracts-online.net
dissertation-abstracts.net
dissertation-doctors.com
dissertation-papers.com
dissertation-proposal.com
dissertation-service.com
dissertation-writing-advice.com
dissertation-writing-help.net
dissertationassistant.com
dissertationdrive.com
dissertationmaker.com
dissertationmd.com
dissertations-guide.net
dissertationsexpert.com
dissertationshelp.com
dissertationsmaster.com
dissertationstore.com
english-essays-help.com
english-essays-online.net
english-essays.net
essay-paper-sites.net
essay-services.com
essay-topics.net
essayexpert.co.uk
essaynessay.com
essayrelief.co.uk
essayrelief.net
essayreliefau.net
essayrush.com
essays-essays.net
essays-for-sale.net
essays-help.com
essays-writing.net
essayshome.com
essaysinn.com
essaysmagic.net
essaysontime.net
essaysparadise.net
essaysshop.com

custom-thesis-writing-help.com
custom-thesis.net
customdissertations.net
customthesis.net
cuteessays.net
cutereports.net
dissertation-abstracts-online.com
dissertation-abstracts.com
dissertation-assistance.com
dissertation-help.net
dissertation-papers.net
dissertation-proposal.net
dissertation-writer.com
dissertation-writing-help.com
dissertation-writing-online.com
dissertationassistant.net
dissertationdrive.net
dissertationmaker.net
dissertations-guide.com
dissertations-online.net
dissertationsexpert.net
dissertationshelp.net
dissertationsmaster.net
dissertationstore.net
english-essays-help.net
english-essays.com
essay-essay.com
essay-papers.net
essay-services.net
essaybag.com
essayhome.com
essayquest.com
essayrelief.com
essayreliefau.com
essayreliefau.org
essays-essays.com
essays-express.com
essays-heaven.com
essays-writing.com
essaysbag.com
essayshop.com
essaysmagic.com
essaysontime.com
essaysparadise.com
essayspecialist.com
essaysunlimited.com

essaysunlimited.net
fastbookreports.net
fastdissertations.net
finedissertations.net
free-college-essay-guide.com
free-college-essays-online.com
free-college-research-papers.com
free-college-term-papers.com
free-english-essays.com
free-essays-4u.com
free-essays-help.com
free-essays-online.com
free-research-paper-topics.com
free-research-papers-online.net
free-term-papers-help.net
free-term-papers-online.net
geniusessay.com
good-research-papers.com
goodbookreports.com
goodpapers.com
goodtermpapers.com
goodthesis.net
great-term-paper-sites.net
help-on-research-papers.com
help-with-dissertations.com
helpon-doctoral-dissertations.com
helpon-research-papers.com
helpon-term-papers.com
helpon-thesis-topics.com
highpapers.com
history-essays.net
hitessays.net
ivydissertations.com
ivydissertationsau.com
ivydissertationsau.org
ivyresearchpapers.com
ivytermpapers.com
lovelyessays.com
master-thesis-writing.com
mightypapers.com
mr-essay.com
my-book-report.net
my-college-term-papers.net
my-free-book-reports.net
my-free-research-papers.net
my-thesis-papers.net

fastbookreports.com
fastdissertations.com
finedissertations.com
finest-term-paper-sites.net
free-college-essay-guide.net
free-college-essays-online.net
free-college-research-papers.net
free-college-term-papers.net
free-english-essays.net
free-essays-4u.net
free-essays-help.net
free-essays-online.net
free-research-paper-topics.net
free-term-papers-help.com
free-term-papers-online.com
free-thesis-papers.net
getagrade.com
good-research-papers.net
goodbookreports.net
goodpapers.net
goodthesis.com
grabagrade.com
handyessays.com
help-with-a-paper.com
help-with-thesis.com
helpon-doctoral-dissertations.net
helpon-research-papers.net
helpon-term-papers.net
helpon-thesis-topics.net
highpapers.net
hitessays.com
instantpapers.com
ivydissertations.net
ivydissertationsau.net
ivyessaywriting.com
ivyresearchpapers.net
literature-essays.net
lovelyessays.net
master-thesis-writing.net
mightypapers.net
my-book-report.com
my-college-term-papers.com
my-free-book-reports.com
my-free-research-papers.com
my-thesis-papers.com
mybookreports.com

mybookreports.net
online-essays.com
online-thesis.com
ontimepapers.com
originaldissertations.net
originalessays.net
originalthesiswriting.co.uk
originalthesiswriting.net
originalthesiswritingau.net
originalthesiswritng.com
papers-help.com
papersbank.net
paperschoice.net
papersday.net
papersheaven.net
paperslibrary.com
papersmania.net
papersparadise.net
pickanessay.com
plagiarisguru.net
plagiarismguru.com
plagiarismguru.org
premiumessaywriting.com
premiumtermpapers.com
purchase-essays.com
realdissertations.com
research-n-thesis-sites.net
research-paper-sites.net
research-paper-writing.net
research-papers-for-sale.net
research-papers-guide.net
research-papers-research-papers.com
researchpaper-online.com
researchpaperquest.com
researchpaperspecialist.com
rockpapers.net
sample-research-papers.net
school-book-report-help.net
school-book-report.net
scoringessays.com
speedydissertations.com
speedyessays.com
student-essays.net
studentproblems.net
superessays.com
targetessays.com

narrative-essays.net
online-essays.net
ontimeessays.com
originaldissertations.com
originalessays.com
originalthesis.com
originalthesiswriting.com
originalthesiswritingau.com
originalthesiswritingau.org
paperlibrary.com
papersbank.com
paperschoice.com
papersday.com
papersheaven.com
papershelp.com
papersmania.com
papersparadise.com
persuasive-essays.net
plagiarisguru.com
plagiarisguru.org
plagiarismguru.net
premiumdissertationwriting.com
premiumresearchpapers.com
premiumthesiswriting.com
purchase-essays.net
realdissertations.net
research-paper-scholar.com
research-paper-writing.com
research-papers-for-sale.com
research-papers-guide.com
research-papers-online.com
research-papers-research-papers.net
researchpaper-online.net
researchpapersnresearchpapers.com
rockpapers.com
sample-research-papers.com
samslibrary.com
school-book-report.com
school-essays.net
scoringessays.net
speedydissertations.net
speedyessays.net
studentproblems.com
superbessays.com
superessays.net
term-paper-fortune.com

term-paper-fortune.net
term-paper-garage.net
term-paper-house.net
term-paper-topics.net
term-papers-4u.net
term-papers-bazaar.com
term-papers-delight.com
term-papers-for-sale.com
term-papers-guide.com
term-papers-help-online.net
term-papers-help.net
term-papers-online.net
term-papers-term-papers.com
term-papers-way.com
term-papers-wonder.com
termpaper123.com
termpapergarage.com
termpaperquest.com
termpaperrelief.net
termpapers-online.net
termpapersamazon.net
termpapersavenue.net
termpapersinn.com
termpapersntermpapers.com
termpaperswonder.com
thedissertationsonline.com
thesis-help.net
thesis-papers.net
thesis-proposal.net
thesis-statement.net
thesis-writer.net
thesis-writing-assistance.net
thesis-writing-service.net
thesisassistant.com
thesiscenter.net
thesisexpert.net
thesismagic.net
thesismaker.net
thesisunlimited.com
thesiswritinghelp.com
timelyessays.com
topdissertationsites.com
topics-for-research-papers.com
toptermpapersites.com
topthesissites.com
trueessays.net

term-paper-garage.com
term-paper-house.com
term-paper-time.com
term-papers-4u.com
term-papers-avenue.com
term-papers-bazaar.net
term-papers-delight.net
term-papers-for-sale.net
term-papers-guide.net
term-papers-help.com
term-papers-inn.com
term-papers-sites-home.net
term-papers-term-papers.net
term-papers-way.net
term-papers-wonder.net
termpaperexpert.com
termpapergenie.com
termpaperrelief.com
termpapers-online.com
termpapersamazon.com
termpapersavenue.com
termpapershelp.com
termpapersinn.net
termpaperspecialist.com
thedissertations.com
thesis-assistant.com
thesis-master.com
thesis-proposal.com
thesis-smith.com
thesis-writer.com
thesis-writing-advice.com
thesis-writing-service.com
thesis-writing.net
thesiscenter.com
thesisexpert.com
thesismagic.com
thesismaker.com
thesissmith.com
thesisunlimited.net
thesiswritinghelp.net
topbookreportsites.com
topessaysites.com
topresearchpapersites.com
toptermpapersites.net
trueessays.com
truepapers.net

winningpapers.com
wisetermpapers.com
worldclasstermpapers.com
write-a-term-paper.com
writean-essay.net
writeatermpaper.net
writeathesis.net
writing-a-research-paper.net
writing-a-thesis.com
writing-book-reports.com
writing-dissertations-online.com
writing-essays.net
writing-research-papers-online.com
writing-term-papers.com
writing-thesis-online.net
writing-thesis-statements.net
writingdissertations.coms
writingspecialist.com

winningpapers.net
wisetermpapers.net
worldclasstermpapers.net
writean-essay.com
writeatermpaper.com
writeathesis.com
writing-a-dissertation.com
writing-a-term-paper.com
writing-book-reports-online.net
writing-book-reports.net
writing-dissertations-online.net
writing-papers.net
writing-term-papers-online.com
writing-thesis-online.com
writing-thesis-statements.com
writingdissertations.com
writingdissertations.net
writingtermpapers.net

thesisquest.com
dissertationquest.com
dissertationSquest.com
termpaperSquest.com
essaySquest.com
academicresearchwriting.com

researchpaperSquest.com
dissertationexpert.co.uk
thesisexpert.co.uk
courseworkexpert.co.uk
assignmentexpert.co.uk

and it is further

**ORDERED** (i) that the domain-name registrars GoDaddy.com and Dotster.com shall immediately transfer to Defendant Student Network Resources, Inc. all domain names included in the list above for which each of them serves as registrar; (ii) that Student Network Resources, Inc. shall thereupon be responsible for all costs associated with maintenance of the domain names so transferred; and (iii) that Student Network Resources, Inc. shall, upon its own election or upon request from GoDaddy.com and/or Dotster.com, re-register the transferred domain names with another domain-name registrar; and it is further

**ORDERED** that Axact, those in privy with it and/or those with notice of the injunction, including any Internet search engines, Web hosts and domain-name registrars

that are provided with notice of the injunction, shall be and hereby are enjoined (i) from falsely advertising and misrepresenting the nature, characteristics, qualities or geographical origin of Axact's goods and services in violation of the Lanham Act or the common law and to the detriment of SNR on Axact's academic term paper-writing sites/domains, on any other type of Internet site/domain, including any search engine, Web host or domain-name registrar to which Axact or any of Axact's agents submit any textual/visual content relating to academic paper sites/domains, in Axact's advertisements in various Internet venues, or elsewhere; (ii) from publishing or providing access to -- on PapersHelp.com and elsewhere -- fabricated reviews or false and misleading information about any Internet web sites/domains providing term paper or example research services, including but not limited to SNR's sites/domains and Axact's sites/domains, in violation of the Lanham Act or the common law and to the detriment of SNR; and (iii) from engaging in unfair competition with SNR in any manner, in violation of the Lanham Act and the common law and to the detriment of SNR; and it is further

        **ORDERED** that Axact, those in privy with it and/or those with notice of the injunction, including any Internet search engines, Web hosts and domain-name registrars that are provided with notice of the injunction, shall be and hereby are enjoined from making or providing access to false and misleading representations and warranties regarding the quality and originality of Axact's products and services in violation of the Consumer Fraud Act ; and it is further

        **ORDERED** that this case is **CLOSED.**

The Honorable Freda L. Wolfson
United States District Judge

-10-